UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

-against-

INTERNATIONAL INVESTMENT
GROUP, LLC,

        Defendant.

INDEX NO. 1:19-CV-10796

**HONORABLE DENISE L. COTE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2019

## [PROPOSED] ORDER TO SEAL

Having duly considered the letter from counsel Marc Powers requesting to redact portions of his submissions and the supporting Declaration of Marc D. Powers dated November 27, 2019;

**IT IS HEREBY ORDERED THAT** the request to seal portions of the Declaration of Marc D. Powers is **GRANTED**.

SO ORDERED on this 2<u></u> day of December 2019.

_____
HONORABLE DENISE L. COTE