UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
:
SECURITIES AND EXCHAGE COMMISSION, :
:
Plaintiff, : 19cv10796 (DLC)
:
-v- : ORDER
:
INTERNATIONAL INVESTMENT GROUP, LLP, :
:
Defendant. :
:
------------------------------------X

DENISE COTE, District Judge:

On December 17, 2019, the Securities and Exchange Commission filed a letter with this Court regarding pending applications for relief from the preliminary asset freeze and litigation stay ordered pursuant to this Court's November 26, 2019 Judgment and Preliminary Asset Freeze Order (the "November 26 Order"). Accordingly, it is hereby

ORDERED that Hughes Hubbard & Reed, LLP's December 9, 2019 application on behalf of International Investment Group, LLC ("IIG") for approval of payments pursuant to a settlement agreement with certain of its insurers (the "Settlement Payments") is granted.

IT IS FURTHER ORDERED that Thompson Hine LLP's December 9, 2019 application on behalf of Girobank, N.V. and Girobank International, N.V. ("Girobank") for relief from the litigation stay ordered pursuant to the November 26 Order is granted in

part. The litigation stay is lifted for the limited purpose of allowing Girobank to apply to the New York Supreme Court to adjudicate whether the May 2, 2019 Stipulation and Order entered in In re Girobank, No. 652135/2019 (N.Y. Sup. Ct. May 2, 2019), bars the Settlement Payments. Girobank is not authorized to conduct discovery or seek any sanction for contempt against IIG. Girobank also is not authorized to take steps to acquire or perfect a security interest in any of IIG's property.

IT IS FURTHER ORDERED that BakerHostetler LLP's ("Baker") November 27, 2019 and Ford O'Brien LLP's ("Ford") December 4, 2019 applications for leave to seek advancement of legal fees from IIG's insurers is denied. For known claims, Baker and Ford must provide advance notice of claims, including the amounts being claimed, to other potentially interested persons and entities, including the insureds identified in the relevant policies, their insolvency liquidators, as applicable, and advisory clients of IIG. Recipients of such notice will be afforded an opportunity to object. Baker and Ford may then refile their applications with this Court. Baker and Ford may

not seek permission to make future unspecified claims for expenses.

Dated: New York, New York
December 17, 2019

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
DENISE COTE
United States District Judge