# EXHIBIT B

| | |
|---|---|
| **From:** | Fortino, Philip A |
| **To:** | Rebecca Hume |
| **Cc:** | Oliver Smith |
| **Subject:** | [EXTERNAL] RE: SEC v. International Investment Group, LLC 19 Civ.10796 (S.D.N.Y.) |
| **Date:** | Monday, January 13, 2020 11:09:49 AM |

Rebecca:

We agree that the current petition does not fall within the existing carve-out to the litigation stay. As discussed on Friday, your client therefore should seek relief from the stay by writing to the Court. You may represent in your letter to the Court that the Commission does not object to this relief.

Philip A. Fortino
U.S. Securities and Exchange Commission
Division of Enforcement
(212) 336-1014

---

**From:** Rebecca Hume <Rebecca.Hume@kobrekim.com>
**Sent:** Friday, January 10, 2020 4:47 PM
**To:** Fortino, Philip A <fortinop@SEC.GOV>
**Cc:** Oliver.Smith@kobrekim.ky
**Subject:** SEC v. International Investment Group, LLC 19 Civ.10796 (S.D.N.Y.)

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Mr. Fortino,

Thank you for taking time to speak with me earlier. As discussed please find attached our letter to you of today's date as well as the enclosures referred to (the two winding up petitions and the Order reflecting the withdrawal of the First Petition due to the re-presentation of the petition on 4 December, being the Second Petition).

Please don't hesitate to let me know if you have any questions otherwise we look forward to hearing from you on Monday.

Kind regards,

Rebecca

Rebecca Hume
+1 345 749 4016

**4**

[www.kobrekim.com](www.kobrekim.com)

**Americas** (New York, Buenos Aires, Chicago, Miami, San Francisco, São Paulo, Washington DC)
**Asia-Pacific** (Hong Kong, Seoul, Shanghai), **EMEA** (London, Tel Aviv), **Offshore** (BVI, Cayman Islands)

This e-mail message is from Kobre & Kim (Cayman), a general partnership established under the laws of the Cayman Islands, referred to above as Kobre & Kim, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

5