UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
SECURITIES AND EXCHANGE COMMISSION,      :
                                         :
                          Plaintiff,     :     19cv10796 (DLC)
          -v-                            :
                                         :          ORDER
INTERNATIONAL INVESTMENT GROUP, LLP,     :
                                         :
                          Defendant.     :
                                         :
------------------------------------- X

DENISE COTE, District Judge:

On January 24, 2020, Herrick, Feinstein LLP ("Herrick"), as liquidator of International Investment Group, LLP's ("IIG") Structured Trade Finance Fund Ltd. ("STFF"), filed a letter with this Court requesting certain relief from the Judgment and Preliminary Asset Freeze Order of November 26, 2019. Accordingly, it is hereby

ORDERED that, unless the Securities and Exchange Commission ("SEC") or any other interested person files an opposition to this request by **January 29, 2020**, Herrick's request for the immediate release of $1,402,976.89 to Tuper SA ("Tuper") shall be granted.

IT IS FURTHER ORDERED that Herrick's additional requests -- for the release and payment of funds to STFF and IIG Malta Bank, Ltd., and to establish a "negative notice" procedure that would govern Tuper's right to receive additional funds -- will be

discussed at the initial pretrial conference scheduled for January 31, 2020 at 11:00 am.

Dated: New York, New York
January 27, 2020

_____
DENISE COTE
United States District Judge