UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
SECURITIES AND EXCHANGE COMMISSION,

                           Plaintiff,

          -v-

INTERNATIONAL INVESTMENT GROUP, LLP,

                           Defendant.
------------------------------------- X

19cv10796 (DLC)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/2020

DENISE COTE, District Judge:

On January 27, 2020, this Court ordered, by January 29, the Securities and Exchange Commission ("SEC") or any other interested person to file any opposition to the January 24 request of Herrick, Feinstein LLP ("Herrick") for the immediate release of $1,402,976.89 to Tuper SA ("Tuper"). Herrick's request has not been opposed. Accordingly, it is hereby

ORDERED that Herrick's request for the immediate release of $1,402,976.89 to Tuper is granted.

IT IS FURTHER ORDERED that Herrick's request to establish a "negative notice" procedure to govern Tuper's right to receive additional funds is granted with the following modification. If no party objects within ten days to a request filed with this Court, Tuper and/or IIG will present the Court with a proposed order granting the request.

IT IS FURTHER ORDERED that the SEC shall respond to

Herrick's request for the release and payment of funds to STFF and IIG Malta Bank by **February 5, 2020**.

Dated:   New York, New York
         January 31, 2020

                                    _____
                                           DENISE COTE
                                    United States District Judge