Jordan D. Weinreich, Esq. (jweinreich@shermanwells.com)
Joshua S. Bratspies, Esq. (jbratspies@shermanwells.com)
SHERMAN WELLS SYLVESTER & STAMELMAN LLP
1185 Avenue of the Americas, 3rd Floor
New York, New York 10036
212-763-6464

*Attorneys for Non-Party Bank Leumi USA*

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: 19-cv-10796-DLC |
| | Hon. Denise L. Cote, U.S.D.J. |
| Plaintiff, | |
| v. | **NOTICE OF NON-PARTY BANK LEUMI USA'S MOTION FOR PARTIAL RELIEF FROM THE JUDGMENT AND PRELIMINARY ASSET FREEZE ORDER** |
| INTERNATIONAL INVESTMENT GROUP, LLP, | |
| Defendant. | |

**TO:   All Counsel of Record**

**PLEASE TAKE NOTICE** that, on March 20, 2020 at 10:00 a.m., or as soon thereafter as the Court may permit, Non-Party Bank Leumi USA ("Bank Leumi"), by and through its attorneys, Sherman Wells Sylvester & Stamelman LLP, shall move before the Honorable Denise L. Cote, U.S.D.J., at the Daniel Patrick Moynihan United States Courthouse 500 Pearl Street, Courtroom 18B, New York, New York, for an Order granting partial relief from the Judgment and Preliminary Asset Freeze Order as to Defendant International Investment Group LLC (Dkt. No. 9) (the "Freeze Order"), and authorizing the use of frozen account assets at Bank Leumi to satisfy and repay an outstanding loan in the principal amount of $200,000.00, plus interest and attorneys' fees, that is due and owing to Bank Leumi from IIG Trade Finance, LLC, an affiliate of Defendant International Investment Group LLC.

**PLEASE TAKE FURTHER NOTICE** that in support of said motion. Bank Leumi will rely upon the Memorandum of Law and Declaration of Douglas J. Meyer submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested pursuant to Rule 3(F) of the Individual Practices of the Hon. Denise L. Cote, U.S.D.J.

DATED: February 27, 2020

                                                                                           SHERMAN WELLS SYLVESTER & STAMELMAN LLP

                                                                                            By:    */s/ Jordan D. Weinreich*

                                                                                           Jordan D. Weinreich, Esq.
                                                                                           1185 Avenue of the Americas, 3rd Floor
                                                                                           New York, New York 10036
                                                                                           jweinreich@shermanwells.com
                                                                                           jbratspies@shermanwells.com
                                                                                           212-763-6464

                                                                    *Attorneys for Non-Party Bank Leumi USA*

## CERTIFICATION OF SERVICE

I hereby certify that on this date, a copy of the Notice of Motion and supporting papers were served by ECF on all counsel of record.

DATED: February 27, 2020

                                                      SHERMAN WELLS SYLVESTER & STAMELMAN LLP

                                                     By:    */s/ Jordan D. Weinreich*
                                                     Jordan D. Weinreich, Esq.
                                                     1185 Avenue of the Americas, 3rd Floor
                                                     New York, New York 10036
                                                     jweinreich@shermanwells.com
                                                     jbratspies@shermanwells.com
                                                     212-763-6464

                                                     *Attorneys for Non-Party Bank Leumi USA*

4845-6631-3141, v. 1