

**Jordan D. Weinreich**
Partner

Direct: 973.302.9695
jweinreich@shermanwells.com

February 27, 2020

***By ECF***

Hon. Denise L. Cote, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**Re:** ***Securities and Exchange Commission v. International Investment Group, LLP***
**Case No. 19-cv-10796**

Dear Judge Cote:

This firm is counsel to Non-Party Bank Leumi USA ("Bank Leumi"). Concurrent with this letter, Bank Leumi is filing a Motion for an Order granting partial relief from the Judgment and Preliminary Asset Freeze Order as to Defendant International Investment Group LLC. In accordance with Rule 3(F) of Your Honor's Individual Practices, we are submitting this letter to request oral argument on Bank Leumi's motion.

The Court's consideration of our request is much appreciated.

Respectfully submitted,

Jordan D. Weinreich

Cc:    Counsel of record (by ECF)

4817-6367-1222, v. 1