UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
SECURITIES AND EXCHANGE COMMISSION,       :
                                          :
                Plaintiff,                :    19cv10796 (DLC)
                                          :
            -v-                           :    ORDER
                                          :
INTERNATIONAL INVESTMENT GROUP, LLP,      :
                                          :
                Defendant.                :
                                          :
-----------------------------------------X

DENISE COTE, District Judge:

On February 27, 2020, nonparty Bank Leumi USA ("Bank Leumi") filed a motion for partial relief from the Judgment and Preliminary Asset Freeze Order of November 26, 2019. Accordingly, it is hereby

ORDERED that the Securities and Exchange Commission ("SEC") or any other interest person shall file with the Court any notice of its intention to oppose Bank Leumi's February 27 motion by **March 6, 2020**.

Dated:   New York, New York
         February 28, 2020

                                    _____
                                           DENISE COTE
                                    United States District Judge