UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/2020

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | Case No.: 19-cv-10796-DLC |
|  | ) ) | Hon. Denise L. Cote, U.S.D.J. |
| Plaintiff, | ) |  |
| v. | ) ) | **ORDER** |
| INTERNATIONAL INVESTMENT GROUP, LLP, | ) ) ) |  |
| Defendant. | ) ) | |

**THIS MATTER**, having been opened to the Court by Herrick, Feinstein LLP ("Herrick"), attorneys for IIG Structured Trade Finance Fund Ltd. ("STFF"), by way of an application seeking partial relief from the Judgment and Preliminary Asset Freeze Order as to Defendant International Investment Group LLC (Dkt. No. 9) (the "Freeze Order") to permit the release of certain funds subject to the Freeze Order that are maintained in an account at Bank Leumi USA ("Bank Leumi") titled in the name of "Trade Finance Trust – Tuper S.A." and assigned account number xxxxxx6801 (the "Tuper Account"), and the Court having considered the papers in support of Herrick's application (Dkt. Nos. 62 – 63), and without objection from the Securities and Exchange Commission (Dkt. No. 70), and for good cause shown;

**IT IS** on this 28th day of ____February____, 2020

**ORDERED** that Bank Leumi shall transfer to STFF funds in the amount of $69,813.79 from the Tuper Account in accordance with written wire instructions to be provided by Herrick; and it is further

**ORDERED** that Bank Leumi shall transfer to IIG Bank (Malta) Ltd. ("Malta") funds in the amount of $69,813.78 from the Tuper Account in accordance with written wire

instructions to be provided by Malta or its counsel, Tannenbaum Helpern Syracuse & Hirschtritt LLP; and it is further

**ORDERED** that, following the completion of the wire transfers to STFF and Malta as expressly authorized above, the remaining account funds held at Bank Leumi that are subject to the Freeze Order shall remain frozen pending further Order of this Court except as to distributions already permitted by Order of this Court through the negative notice procedure in Dkt. No. 62 that was so-ordered in Dkt. No. 71; and it is further

**ORDERED** that Herrick shall serve a copy of any request filed with the Court pursuant to the negative notice procedure set forth in Dkt. No. 62 and so-ordered in Dkt. No. 71 on counsel for Bank Leumi, Jordan D. Weinreich, Esq., Sherman Wells Sylvester & Stamelman LLP, by email to jweinreich@shermanwells.com; and it is further

**ORDERED** that Herrick shall serve a copy of this Order on counsel for Bank Leumi, Jordan D. Weinreich, Esq., Sherman Wells Sylvester & Stamelman LLP, by email to jweinreich@shermanwells.com.

_____
HON. DENISE L. COTE, U.S.D.J.

- 2 -