```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    19cv10796 (DLC)
SECURITIES AND EXCHANGE COMMISSION,      :
                                         :         ORDER
                              Plaintiff, :
              -v-                        :
                                         :
INTERNATIONAL INVESTMENT GROUP, LLP,     :
                                         :
                              Defendant. :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the in-person conference scheduled for **April 3, 2020** at **11:30 am** will be held telephonically. The parties shall use the following dial-in instructions for the telephone conference:

    Dial-in: 888-363-4749

    Access code: 4324948

The attorneys who will serve as principal trial counsel must participate in this telephone conference.

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:    New York, New York
           March 19, 2020

                                        _____
                                             DENISE COTE
                                  United States District Judge