```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
SECURITIES AND EXCHAGE COMMISSION,      :
                                        :
                  Plaintiff,            :    19cv10796 (DLC)
                                        :
         -v-                            :         ORDER
                                        :
INTERNATIONAL INVESTMENT GROUP, LLP,    :
                                        :
                  Defendant.            :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On March 23, 2020, the parties filed a proposed final consent judgment. Accordingly, it is hereby

ORDERED that any opposition to the proposed final consent judgment is due Friday, **March 27, 2020**. If any opposition is filed, the parties' response is due Tuesday, **March 31**.

Dated:  New York, New York
        March 24, 2020

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　       DENISE COTE
　　　　　　　　　　　　　　　　United States District Judge