```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
SECURITIES AND EXCHANGE COMMISSION,      :
                                         :
                    Plaintiff,           :   19cv10796 (DLC)
                                         :
              -v-                        :        ORDER
                                         :
INTERNATIONAL INVESTMENT GROUP, LLP,     :
                                         :
                    Defendant.           :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

On March 23, 2020, the parties filed a proposed final consent judgment. On March 24, the Court ordered that any opposition to the proposed final consent judgment be filed by March 27, 2020. As no such opposition was filed, the Court approved the proposed final consent judgment today. Accordingly, it is hereby

ORDERED that the parties shall file a status letter with the Court on **May 1, 2020.**

IT IS FURTHER ORDERED that nonparty Bank Leumi USA's ("Bank Leumi") February 27, 2020 motion for partial relief from the

Judgment and Preliminary Asset Freeze Order of November 26, 2019 is terminated as moot.

Dated: New York, New York
March 30, 2020

```
               _____
                    DENISE COTE
               United States District Judge
```