```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
 SECURITIES AND EXCHANGE COMMISSION,     :
                                         :
                       Plaintiff,        :     19cv10796 (DLC)
                                         :
             -v-                         :     ORDER
                                         :
 INTERNATIONAL INVESTMENT GROUP, LLP,    :
                                         :
                       Defendant.        :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the telephonic conference scheduled for April 3, 2020 is cancelled.

Dated:   New York, New York
         April 2, 2020

                                    _____
                                         DENISE COTE
                                    United States District Judge