```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
SECURITIES AND EXCHAGE COMMISSION,      :
                                        :
                Plaintiff,              :      19cv10796 (DLC)
                                        :
        -v-                             :      ORDER
                                        :
INTERNATIONAL INVESTMENT GROUP, LLC,    :
                                        :
                Defendant.              :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

A request having been made, and no party objecting, it is hereby

ORDERED that this Court shall retain jurisdiction over this case for matters that are ancillary to the final judgment entered against International Investment Group, LLC ("IIG") on March 30, 2020.

Dated:   New York, New York
         April 2, 2020

_____
DENISE COTE
United States District Judge