```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
SECURITIES AND EXCHANGE COMMISSION,     :
                                        :
                    Plaintiff,          :      19cv10796 (DLC)
                                        :
              -v-                       :           ORDER
                                        :
INTERNATIONAL INVESTMENT GROUP, LLC,    :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On March 30, 2020, this Court entered final judgment against defendant International Investment Group, LLC ("IIG") (the "Final Judgment"). On April 2, non-parties to this action, representing that no parties objected, requested that the Court retain jurisdiction over this case for matters that are ancillary to the Final Judgment. The same day, the Court granted this request. Later that day, non-parties Girobank, N.V. and Girobank International, N.V. stated that they opposed this Court retaining jurisdiction. Accordingly, it is hereby

ORDERED that should a party bring a dispute to this Court's attention that is ancillary to the Final Judgment, all parties shall be given an opportunity to be heard on (1) whether this

Court has jurisdiction over the particular dispute, and (2) the merits of the dispute should the Court have jurisdiction.

Dated: New York, New York
April 3, 2020

```
          _____
                  DENISE COTE
            United States District Judge
```