# EXHIBIT D

*(To be completed by deal analyst)*

## FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | Contrato de Línea de Crédito Para la Prefinanciación de Exportaciones | | |
| Facility Type (Specify): | Revolving Credit-Uncommitted | Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 18-Jul-14 / 3/13/15-3/19/15-12/28/15 | Off taker Name(s): | Molino Americano S.A. |
| | | Commodity/Industry Sector (Specify): | Other (please specify) / Corn |
| Maturity Date: | 31-Jul-17 | | |
| Borrower: | CIA. ARGENTINA DE GRANOS SA | Trust: | N/A |
| Fee Type (Specify): | none | Trustee / Administrator: | N/A |
| Fee Amount (Fixed$/Percentage): Frequency of Fee (Specify): | none | Collateral Manager: | N/A |
| | | Broker/Representative/Agent: | DBA Corporate Finance |
| | | Investment Structure: | Pre-Export Financing-Inven. Exp. |

## PARTICIPATION ADVANCE / INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance: | Discount Instrument | Date of Advance / Purchase: | 1-Jun-17 |
| Off taker Name: | Molino Americano S.A. | Maturity Date(s) Applicable to Adv (Specify): | Specified below / 31-Jul-17 |
| (Loan to be Purchased): | Specified below / GRAN10-1 | No. of Days: | 60 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $2,000,000.00 |
| Purchaser | GLOBAL TRADE FINANCE FUND (GTFF) | Discount Rate: | 100.00% |
| | | Advance Amount / Loan Participation Price: | $2,000,000.00 |
| **COUNTRIES** | | Repayment Terms: | Single Maturity |
| Risk Country: | Uruguay | GTFF LTD Loan # (Assigned Upon Purchase of Loan Participation) (Specify): | GRAN14 |
| Origin (Specify): | Argentina | | |
| Destination (Specify): | Other (specified below) / Various | Specific Loan Collateral (Specify): | Specified below / Assignment of Export Contract |

## DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

| WIRE INSTRUCTIONS: | To: Deutsche Bank Trust Company Americas, 60 Wall Street, New York, NY 10005<br>ABA: 021-001-033<br>Swift: BKTRUST33<br>Credit: TFT Settlement Account<br>Account: 04-946-733 |
|---|---|
| EFFECTIVE DATE: | 6/1/2017 |
| OFFICER SIGNATURE: | *(signed)* Thomas LaVecchia, Senior Director, IIG Trade Finance LLC |

## INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| Spread (Interest Rate) | N/A |
| Base Interest Rate at Initial Draw: | 9.00% |
| Total Rate: | 9.00% |
| Reset Date | |
| Ceiling (Maximum Rate): | |
| Floor (Minimum Rate): | |
| Interest / Reset Frequency: | Monthly |
| Payment Method: | Pays Interest Monthly |

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.

TFF is purchasing from TFT the amount of principal: $2,000,000.00
The amount of Interest $15,000.00
Grand Total $2,015,000.00

## Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | GTFF | Operations Analyst: | RC/CS |
| Office: | | Manager: _____ (Initial) | CRC |
| Branch: | | Deal Analyst: _____ (Initial) | |
| GL Code (TFT - Discount): | | Entered in Stucky by (initial): | CS |
| GL Code: | | Date: | Specified below |
| GL Code (TFT BV): | 9 | Loan #: | GRAN14 |
| Compute [Capitalize Interest]: | | Activated By: | TL/RC |
| Accrue & Compute [Does not Capitalize]: | | Weekly Stucky Verification Completed: By: / Date: | |
| Amortize Loans (Reduction Schedule): | | Papershell Set-Up Completed: By: / Date: | |

(1)

# TICKET FOR ADVANCES/PARTICIPATIONS - GLOBAL TRADE FINANCE FUND (GTFF)
*(to be completed by deal analysts)*

[20]

## FACILITY INFORMATION

| | |
|---|---|
| Title of Loan/Credit Agreement | Contrato de Línea de Crédito Para la Prefinanciación de Exportaciones |
| Facility Type: (Specify) | Revolving Credit-Uncommitted |
| Date of Loan/Credit Agreement: | 18-Jul-14 |
| (Date of Amendments- If applicable) | 3/13/15-3/19/15-12/28/15 |
| Maturity Date: | 31-Jan-18 |
| Borrower: | CIA. ARGENTINA DE GRANOS SA |
| Fee Type: (Specify) | none |
| Fee Amount (Fixed$/Percentage): | |
| Frequency of Fee: (Specify) | none |
| Originator | TRADE FINANCE TRUST |
| Off taker Name(s): | Molino Americano S.A. |
| Commodity/Industry Sector: (Specify) | Other (please specify) / Soybean |
| Trust : | N/A |
| Trustee / Administrator: | N/A |
| Collateral Manager: | N/A |
| Broker/Representative/Agent: | DBA Corporate Finance |
| Investment Structure: | Pre-Export Financing-Inven. Exp. |

## PARTICIPATION ADVANCE / INTEREST INFORMATION

| | |
|---|---|
| Type of Advance: | Discount Instrument |
| Off taker Name: | Molino Americano S.A. |
| (Loan to be Purchased): | N/A (advance of new funds to borrower) |
| Seller | TRADE FINANCE TRUST |
| Purchaser | GLOBAL TRADE FINANCE FUND (GTFF) |
| Date of Advance / Purchase: | 24-Nov-17 |
| Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 31-Jan-18 |
| No. of Days: | 68 |
| Nominal Amount (Expected Maturity Value): | $2,034,000.00 |
| Discount Rate: | 98.33% |
| Advance Amount / Loan Participation Price: | $2,000,000.00 |
| Repayment Terms: | Single Maturity |
| GTFF LTD Loan # (Assigned Upon Purchase of Loan Participation): (Specify) | GRAN21 |
| Specific Loan Collateral (Specify) | Specified below / Assigment of Export Contract |

### COUNTRIES

| | |
|---|---|
| Risk Country: | Uruguay |
| Origin: (Specify) | Argentina |
| Destination: (Specify) | Other (specified below) / Various |

## DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

WIRE INSTRUCTIONS:
To: Deutsche Bank Trust Company Americas
60 Wall Street, New York, NY 10005
ABA: 021-001-033
Swift: BKTRUST33
Credit: TFT Settlement Account
Account: 04-946-733

EFFECTIVE DATE: 11/24/2017
OFFICER SIGNATURE: [signature]

Richard Cadena
Senior Director
IIG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.

## INTEREST RATE DETAILS

| | |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| Spread (Interest Rate) | 0.000% |
| Base Interest Rate at Initial Draw: | 9.00% |
| Total Rate: | 9.00% |
| Reset Date | None |
| Ceiling (Maximum Rate): | n/a |
| Floor (Minimum Rate): | 9.00% |
| Interest / Reset Frequency: | At Maturity |
| Payment Method: | Pays Interest at Maturity |

| | |
|---|---|
| GTFF is purchasing from TFT principal: | $2,000,000.00 |
| The amount of interest: | $0.00 |
| Grand Total: | $2,000,000.00 |

## Operations Only

| | |
|---|---|
| Region: | GTFF |
| Office: | |
| Branch: | |
| GL Code (TFT - Discount): | |
| GL Code: | |
| GL Code (TFT BV): | 9 |
| Compute [Capitalize Interest]: | |
| Accrue & Compute [Does not Capitalize]: | |
| Amortize Loans (Reduction Schedule): | |
| Operations Analyst: | RC/CS |
| Manager: (Initial) | CRC |
| Deal Analyst: (Initial) | |
| Entered in Stucky by (initial): | CS |
| Date: | Specified below |
| Loan #: | GRAN21 |
| Activated By: | TL/RC |
| Weekly Stucky Verification Completed: By: Date: | |
| Papershell Set-Up Completed: By: Date: | |

## FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | Contrato de Línea de Crédito Para la Prefinanciación de Exportaciones | | |
| Facility Type: (Specify) | Revolving Credit-Uncommitted | Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- If applicable) | 18-Jul-14; 3/13/15-3/19/15-12/28/15 | Off taker Name(s): | Molino Americano S.A. |
| | | Commodity/Industry Sector: (Specify) | Other (please specify) — Soybean |
| Maturity Date: | 31-Jan-18 | | |
| Borrower: | CIA. ARGENTINA DE GRANOS SA | Trust: | N/A |
| Fee Type (Specify): | none | Trustee / Administrator: | N/A |
| Fee Amount (Fixed$/Percentage): | | Collateral Manager: | N/A |
| Frequency of Fee: (Specify) | none | Broker/Representative/Agent: | DBA Corporate Finance |
| | | Investment Structure: | Pre-Export Financing-Inven. Exp. |

## PARTICIPATION ADVANCE / INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance: | Discount Instrument | Date of Advance / Purchase: | 28-Nov-17 |
| Off taker Name: | Molino Americano S.A. | Maturity Date(s) Applicable to Adv: (Specify) | Specified below — 31-Jan-18 |
| (Loan to be Purchased): | N/A (advance of new funds to borrower) | No. of Days: | 64 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $1,524,000.00 |
| Purchaser | GLOBAL TRADE FINANCE FUND (GTFF) | Discount Rate: | 98.43% |
| | | Advance Amount / Loan Participation Price: | $1,500,000.00 |
| | | Repayment Terms: | Single Maturity |
| | | GTFF LTD Loan # (Assigned Upon Purchase of Loan Participation): (Specify) | GRAN22 |

### COUNTRIES

| Field | Value | Field | Value |
|---|---|---|---|
| Risk Country: | Uruguay | | |
| Origin: (Specify) | Argentina | Specific Loan Collateral (Specify) | Specified below — Assigment of Export Contract |
| Destination: (Specify) | Other (specified below) — Various | | |

## DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

WIRE INSTRUCTIONS:
- To: Deutsche Bank Trust Company Americas
- 60 Wall Street, New York, NY 10005
- ABA: 021-001-033
- Swift: BKTRUST33
- Credit: TFT Settlement Account
- Account: 04-946-733

EFFECTIVE DATE: 11/28/2017

OFFICER SIGNATURE: [signature]

Richard Cadena
Senior Director
IIG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.

## INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| Spread (Interest Rate) | 0.000% |
| Base Interest Rate at Initial Draw: | 9.00% |
| Total Rate: | 9.00% |
| Reset Date | None |
| Ceiling (Maximum Rate): | n/a |
| Floor (Minimum Rate): | 9.00% |
| Interest / Reset Frequency: | At Maturity |
| Payment Method: | Pays Interest at Maturity |

| | |
|---|---|
| GTFF is purchasing from TFT principal: | $1,500,000.00 |
| The amount of Interest: | $0.00 |
| Grand Total: | $1,500,000.00 |

## Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | GTFF | Operations Analyst: | RC/CS |
| Office: | | Manager: (Initial) | CRC |
| Branch: | | Deal Analyst: (Initial) | |
| GL Code (TFT - Discount): | | Entered in Stucky by (Initial): | CS |
| GL Code: | | Date: | Specified below |
| GL Code (TFT BV): | 9 | Loan #: | GRAN22 |
| Compute [Capitalize Interest]: | | Activated By: | TL/RC |
| Accrue & Compute [Does not Capitalize]: | | Weekly Stucky Verification Completed: By: / Date: | |
| Amortize Loans (Reduction Schedule): | | Papershell Set-Up Completed: By: / Date: | |

## TICKET FOR ADVANCES / PARTICIPATIONS - TRADE FINANCE FUNDING I B.V.
*(to be completed by deal analysts)*

Date Prepared: 6-Jul-17

### FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | Contrato de Línea de Crédito Para la Prefinanciación de Exportaciones | | |
| Facility Type (Specify) | Revolving Credit-Uncommitted | Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement (Date of Amendments - If applicable) | 18-Jul-14 / 3/13/15-3/19/15-12/28/15 | Off taker Name(s) | Molino Americano S.A. |
| | | Commodity/Industry Sector (Specify) | Other (please specify) / Corn |
| Maturity Date | 31-Oct-17 | | |
| Borrower | CIA. ARGENTINA DE GRANOS SA | Trust | N/A |
| Fee Type (Specify) | none | Trustee / Administrator | N/A |
| Fee Amount (Fixed$/Percentage) | | Collateral Manager | N/A |
| Frequency of Fee (Specify) | none | Broker/Representative/Agent | OBA Corporate Finance |
| | | Investment Structure | Pre-Export Financing-Inven. Exp. |

### PARTICIPATION ADVANCE / INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance | Discount Instrument | Date of Advance / Purchase | 6-Jul-17 |
| Off taker Name | Molino Americano S.A. | Maturity Date(s) Applicable to Adv (Specify) | Specified below / 31-Oct-17 |
| (Loan to be Purchased) | Specified below / GRAN10-2 | No. of Days | 117 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value) | $823,400.00 |
| | | Discount Rate | 102.93% |
| Purchaser | STRUCTURED TRADE FINANCE FUND (STFF) | Advance Amount / Loan Participation Price | $800,000.00 |
| | | Repayment Terms | Single Maturity |

#### COUNTRIES

| Field | Value | Field | Value |
|---|---|---|---|
| Risk Country | Uruguay | GTFF LTD Loan # (Assigned Upon Purchase of Loan Participation) (Specify) | GRAN15 |
| Origin (Specify) | Argentina | | |
| Destination (Specify) | Other (specified below) / Various | Specific Loan Collateral (Specify) | Specified below / Assignment of Export Contract |

### DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

WIRE INSTRUCTIONS:
To: Deutsche Bank Trust Company Americas
60 Wall Street, New York, NY 10005
ABA: 021-001-033
Swift: BKTRUST33
Credit: TFT Settlement Account
Account: 04-146-735

EFFECTIVE DATE: 6/1/2017

OFFICER SIGNATURE: Richard Cadena, Senior Director, IIG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.

### INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Reference Rate | Fixed Rate (Fixed) |
| Spread (Interest Rate) | N/A |
| Base Interest Rate at Initial Draw | 9.00% |
| Total Rate | 9.00% |
| Reset Date | |
| Ceiling (Maximum Rate) | |
| Floor (Minimum Rate) | |
| Interest / Reset Frequency | Monthly |
| Payment Method | Pays Interest at Maturity |

STFF is purchasing from TFT principal: $800,000.00
The amount of interest: $1,000.00
Grand Total: $801,000.00

### Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region | | Operations Analyst | RC/CS |
| Office | STFF | Manager (Initial) | CRC |
| Branch | | Deal Analyst (Initial) | |
| GL Code (TFT - Discount) | | Entered in Stucky by (Initial) | CS |
| GL Code | 6 | Date | Specified below |
| GL Code (TFT BV) | | Loan # | GRAN15 |
| Compute (Capitalize Interest) | | Activated By | TL/RC |
| Accrue & Compute (Does not Capitalize) | | Weekly Stucky Verification Completed: By / Date | |
| Amortize Loans (Reduction Schedule) | | Papershell Set-Up Completed: By / Date | |

Date Prepared: 6-Jul-17

## TICKET FOR ADVANCES / PARTICIPATIONS - TRADE FINANCE FUNDING I B.V.
*(to be completed by deal analysts)*

### FACILITY INFORMATION

(10)

| | |
|---|---|
| Title of Loan/Credit Agreement: | Contrato de Línea de Crédito Para la Prefinanciación de Exportaciones |
| Facility Type: (Specify): | Revolving Credit-Uncommitted |
| Originator: | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 18-Jul-14 / 3/13/15-3/19/15-12/28/15 |
| Off taker Name(s): | Molino Americano S.A. |
| Commodity/Industry Sector: (Specify): | Other (please specify) / Corn |
| Maturity Date: | 31-Oct-17 |
| Borrower: | CIA. ARGENTINA DE GRANOS SA |
| Trust: | N/A |
| Fee Type (Specify): | none |
| Trustee / Administrator: | N/A |
| Collateral Manager: | N/A |
| Fee Amount (Fixed$/Percentage): | |
| Frequency of Fee: (Specify): | none |
| Broker/Representative/Agent: | DBA Corporate Finance |
| Investment Structure: | Pre-Export Financing-Inven. Exp. |

### PARTICIPATION ADVANCE / INTEREST INFORMATION

| | |
|---|---|
| Type of Advance: | Discount Instrument |
| Date of Advance / Purchase: | 6-Jul-17 |
| Off taker Name: | Molino Americano S.A. |
| Maturity Date(s) Applicable to Adv: (Specify): | Specified below / 31-Oct-17 |
| (Loan to be Purchased): | Specified below / GRAN13 |
| No. of Days: | 117 |
| Seller: | TRADE FINANCE TRUST |
| Nominal Amount (Expected Maturity Value): | $411,700.00 |
| | Discount Rate: 102.93% |
| Purchaser: | STRUCTURED TRADE FINANCE FUND (STFF) |
| Advance Amount / Loan Participation Price: | $400,000.00 |
| | Repayment Terms: Single Maturity |

### COUNTRIES

| | |
|---|---|
| | GTFF LTD Loan # (Assigned Upon Purchase of Loan Participation): (Specify): GRAN16 |
| Risk Country: | Uruguay |
| Origin: (Specify): | Argentina |
| Destination: (Specify): | Other (specified below) / Various |
| Specific Loan Collateral (Specify): | Specified below / Assignment of Export Contract |

### DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

| WIRE INSTRUCTIONS: | To: Deutsche Bank Trust Company Americas |
|---|---|
| | 60 Wall Street, New York, NY 10005 |
| | ABA: 021-001-033 |
| | Swift: BKTRUST33 |
| | Credit: TFT Settlement Account |
| | Account: 04-946-783 |
| EFFECTIVE DATE: | 6/1/2017 |
| OFFICER SIGNATURE: | [signed] Richard Cadena, Senior Director, IIG Trade Finance LLC |

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.

### INTEREST RATE DETAILS

| | |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| Spread (Interest Rate): | N/A |
| Base Interest Rate at Initial Draw: | 9.00% |
| Total Rate: | 9.00% |
| Reset Date: | |
| Ceiling (Maximum Rate): | |
| Floor (Minimum Rate): | |
| Interest / Reset Frequency: | Monthly |
| Payment Method: | Pays Interest at Maturity |

| | |
|---|---|
| STFF is purchasing from TFT principal: | $400,000.00 |
| The amount of Interest: | $500.00 |
| Grand Total: | $400,500.00 |

### Operations Only

| | |
|---|---|
| Region: | STFF |
| Office: | |
| Branch: | |
| Operations Analyst: | RC/CS |
| Manager: (Initial) | CRC |
| GL Code (TFT - Discount): | |
| GL Code: | 6 |
| GL Code (TFT BV): | |
| Deal Analyst: (Initial) | |
| Compute [Capitalize Interest]: | |
| Accrue & Compute (Does not Capitalize): | |
| Entered in Stucky by (Initial): | CS |
| Date: | Specified below |
| Loan #: | GRAN16 |
| Activated By: | TL/RC |
| Amortize Loans (Reduction Schedule): | |
| Weekly Stucky Verification Completed: | |
| | By: |
| | Date: |
| | Papershell Set-Up Completed: |
| | By: |
| | Date: |

# TICKET FOR ADVANCES / PARTICIPATIONS - STRUCTURED TRADE FINANCE FUNDING (STFF)
*(to be completed by deal analysts)*

Date Prepared: 1-Aug-17

(15)

## FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | Contrato de Línea de Crédito Para la Prefinanciación de Exportaciones | | |
| Facility Type: (Specify) | Revolving Credit-Uncommitted | Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- If applicable) | 18-Jul-14 / 3/13/15-3/19/15-12/28/15 | Off taker Name(s): | Molino Americano S.A. |
| | | Commodity/Industry Sector: (Specify) | Other (please specify) / Corn |
| Maturity Date: | 31-Oct-17 | | |
| Borrower: | CIA. ARGENTINA DE GRANOS SA | Trust: | N/A |
| Fee Type (Specify) | none | Trustee / Administrator: | N/A |
| Fee Amount (Fixed$/Percentage): | | Collateral Manager: | N/A |
| Frequency of Fee: (Specify) | none | Broker/Representative/Agent: | DBA Corporate Finance |
| | | Investment Structure: | Pre Export Financing |

## PARTICIPATION ADVANCE / INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance: | Discount Instrument | Date of Advance / Purchase: | 1-Aug-17 |
| Off taker Name: | Molino Americano S.A. | Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 31-Oct-17 |
| (Loan to be Purchased): | Specified below / GRAN11 | No. of Days: | 117 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $5,146,250.00 |
| | | Discount Rate: | 97.16% |
| Purchaser | STRUCTURED TRADE FINANCE FUND (STFF) | Advance Amount / Loan Participation Price: | $5,000,000.00 |
| | | Repayment Terms: | Single Maturity |
| **COUNTRIES** | | GTFF LTD Loan # (Assigned Upon Purchase of Loan Participation): (Specify) | GRAN17 |
| Risk Country: | Uruguay | | |
| Origin: (Specify) | Argentina | | |
| Destination: (Specify) | Other (specified below) / Various | Specific Loan Collateral (Specify) | Specified below / Assignment of Export Contract |

## DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

| WIRE INSTRUCTIONS: | To: Deutsche Bank Trust Company Americas |
| | 60 Wall Street, New York, NY 10005 |
| | ABA: 021-001-033 |
| | Swift: BKTRUST33 |
| | Credit: TFT Settlement Account |
| | Account: 04-936-733 |
| EFFECTIVE DATE: | 8/1/2017 |
| OFFICER SIGNATURE: | |

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.

## INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| Spread (Interest Rate) | 0.000% |
| Base Interest Rate at Initial Draw: | 9.00% |
| Total Rate: | 9.00% |
| Reset Date | None |
| Ceiling (Maximum Rate): | n/a |
| Floor (Minimum Rate): | 9.00% |
| Interest / Reset Frequency: | At Maturity |
| Payment Method: | Pays Interest at Maturity |

| | |
|---|---|
| STFF is purchasing from TFT principal: | $5,000,000.00 |
| The amount of Interest: | $0.00 |
| Grand Total: | $5,000,000.00 |

## Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | STFF | Operations Analyst: | RC/CS |
| Office: | | Manager: (Initial) | CRC |
| Branch: | | | |
| GL Code (TFT - Discount): | | Deal Analyst: (Initial) | |
| GL Code: | 6 | | |
| GL Code (TFT BV): | | Entered in Stucky by (Initial): | CS |
| Compute [Capitalize Interest]: | | Date: | Specified below |
| Accrue & Compute [Does not Capitalize]: | | Loan #: | GRAN17 |
| | | Activated By: | TL/RC |
| Amortize Loans (Reduction Schedule) | | Weekly Stucky Verification Completed: | |
| | | By: | |
| | | Date: | |
| | | Papershell Set-Up Completed: | |
| | | By: | |
| | | Date: | |

# TICKET FOR ADVANCES / PARTICIPATIONS - STRUCTURED TRADE FINANCE FUNDING (STFF)
*(to be completed by deal analysts)*

Date Prepared: 1-Aug-17

(16)

## FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | Contrato de Línea de Crédito Para la Prefinanciación de Exportaciones | | |
| Facility Type: (Specify) | Revolving Credit-Uncommitted | Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 18-Jul-14 / 3/13/15-3/19/15-12/28/15 | Off taker Name(s): | Molino Americano S.A. |
| | | Commodity/Industry Sector: (Specify) | Other (please specify) / Corn |
| Maturity Date: | 31-Oct-17 | | |
| Borrower: | CIA. ARGENTINA DE GRANOS SA | Trust: | N/A |
| Fee Type (Specify) | none | Trustee / Administrator: | N/A |
| Fee Amount (Fixed$/Percentage): | | Collateral Manager: | N/A |
| Frequency of Fee: (Specify) | none | Broker/Representative/Agent: | DBA Corporate Finance |
| | | Investment Structure: | Pre Export Financing |

## PARTICIPATION ADVANCE / INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance: | Discount Instrument | Date of Advance / Purchase: | 1-Aug-17 |
| Off taker Name: | Molino Americano S.A. | Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 31-Oct-17 |
| (Loan to be Purchased): | Specified below / GRAN12 | No. of Days: | 117 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $3,705,300.00 |
| Purchaser | STRUCTURED TRADE FINANCE FUND (STFF) | Discount Rate: | 97.16% |
| | | Advance Amount / Loan Participation Price: | $3,600,000.00 |
| | | Repayment Terms: | Single Maturity |

### COUNTRIES

| Field | Value | Field | Value |
|---|---|---|---|
| Risk Country: | Uruguay | GTFF LTD Loan # (Assigned Upon Purchase of Loan Participation): (Specify) | GRAN18 |
| Origin: (Specify) | Argentina | | |
| Destination: (Specify) | Other (specified below) / Various | Specific Loan Collateral (Specify) | Specified below / Assigment of Export Contract |

## DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

WIRE INSTRUCTIONS:
To: Deutsche Bank Trust Company Americas
60 Wall Street, New York, NY 10005
ABA: 021-001-033
Swift: BKTRUST33
Credit: TFT Settlement Account
Account: 04-946-733

EFFECTIVE DATE: 8/1/2017
OFFICER SIGNATURE: [signature]

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.

### INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| Spread (Interest Rate) | 0.000% |
| Base Interest Rate at Initial Draw: | 9.00% |
| Total Rate: | 9.00% |
| Reset Date | None |
| Ceiling (Maximum Rate): | n/a |
| Floor (Minimum Rate): | 9.00% |
| Interest / Reset Frequency: | At Maturity |
| Payment Method: | Pays Interest at Maturity |

STFF is purchasing from TFT principal: $3,600,000.00
The amount of Interest: $0.00
Grand Total: $3,600,000.00

## Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | STFF | Operations Analyst: | RC/CS |
| Office: | | Manager: (Initial) | CRC |
| Branch: | | Deal Analyst: (Initial) | |
| GL Code (TFT - Discount): | | Entered in Stucky by (Initial): | CS |
| GL Code: | 6 | Date: | Specified below |
| GL Code (TFT BV): | | Loan #: | GRAN18 |
| Compute [Capitalize Interest]: | | Activated By: | TL/RC |
| Accrue & Compute [Does not Capitalize]: | | Weekly Stucky Verification Completed: | |
| Amortize Loans (Reduction Schedule): | | By: | |
| | | Date: | |
| | | Papershell Set-Up Completed: | |
| | | By: | |
| | | Date: | |

# TICKET FOR ADVANCES / PARTICIPATIONS - STRUCTURED TRADE FINANCE FUNDING (STFF)
*(to be completed by deal analysts)*

Date Prepared: 1-Nov-17

㉕

## FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | Contrato de Línea de Crédito Para la Prefinanciación de Exportaciones | | |
| Facility Type: (Specify) | Revolving Credit-Uncommitted | Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments - if applicable) | 18-Jul-14 / 3/13/15-3/19/15-12/28/15 | Off taker Name(s): | Molino Americano S.A. |
| | | Commodity/Industry Sector: (Specify) | Other (please specify) / Corn |
| Maturity Date: | 31-Jan-18 | | |
| Borrower: | CIA. ARGENTINA DE GRANOS SA | Trust: | N/A |
| Fee Type (Specify): | none | Trustee / Administrator: | N/A |
| Fee Amount (Fixed$/Percentage): Frequency of Fee: (Specify) | none | Collateral Manager: | N/A |
| | | Broker/Representative/Agent: | DBA Corporate Finance |
| | | Investment Structure: | Pre Export Financing |

## PARTICIPATION ADVANCE / INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance: | Discount Instrument | Date of Advance / Purchase: | 1-Nov-17 |
| Off taker Name: | Molino Americano S.A. | Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 31-Jan-18 |
| (Loan to be Purchased): | Specified below | No. of Days: | 117 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $514,625.00 |
| Purchaser | STRUCTURED TRADE FINANCE FUND (STFF) | Discount Rate: | 97.16% |
| | | Advance Amount / Loan Participation Price: | $500,000.00 |
| | | Repayment Terms: | Single Maturity |
| **COUNTRIES** | | GTFF LTD Loan # (Assigned Upon Purchase of Loan Participation): (Specify) | GRAN19 |
| Risk Country: | Uruguay | | |
| Origin: (Specify) | Argentina | Specific Loan Collateral (Specify) | Specified below / Assignment of Export Contract |
| Destination: (Specify) | Other (specified below) / Various | | |

## DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

| | | INTEREST RATE DETAILS | |
|---|---|---|---|
| WIRE INSTRUCTIONS: To: | Deutsche Bank Trust Company Americas 60 Wall Street, New York, NY 10005 | Reference Rate: | Fixed Rate (Fixed) |
| ABA: | 021-001-033 | Spread (Interest Rate) | 0.000% |
| Swift: | BKTRUST33 | Base Interest Rate at Initial Draw: | 9.00% |
| Credit: | TFT, Settlement Account | Total Rate: | 9.00% |
| Account: | 04)946-733 | Reset Date | None |
| EFFECTIVE DATE: | 11/1/2017 | Ceiling (Maximum Rate): | n/a |
| | | Floor (Minimum Rate): | 9.00% |
| OFFICER SIGNATURE: | [signed] Richard Cadena, Senior Director, HG Trade Finance LLC | Interest / Reset Frequency: | At Maturity |
| | | Payment Method: | Pays Interest at Maturity |

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.

| STFF is purchasing from TFT principal: | $500,000.00 |
|---|---|
| The amount of Interest: | $0.00 |
| Grand Total: | $500,000.00 |

## Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | | Operations Analyst: | RC/CS |
| Office: | STFF | | |
| Branch: | | Manager: (Initial) | CRC |
| GL Code (TFT - Discount): | | Deal Analyst: (Initial) | |
| GL Code: | 6 | Entered in Stucky by (initial): | CS |
| GL Code (TFT BV): | | Date: | Specified below |
| Compute [Capitalize Interest]: | | Loan #: | GRAN19 |
| Accrue & Compute [Does not Capitalize]: | | Activated By: | TL/RC |
| Amortize Loans (Reduction Schedule): | | Weekly Stucky Verification Completed: By: Date: | |
| | | Papershell Set-Up Completed: By: Date: | |

Date Prepared: 24-Nov-17

# TICKET FOR ADVANCES / PARTICIPATIONS - STRUCTURED TRADE FINANCE FUNDING (STFF)
*(to be completed by deal analysts)*

(26)

## FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | Contrato de Línea de Crédito Para la Prefinanciación de Exportaciones | | |
| Facility Type: (Specify) | Revolving Credit-Uncommitted | Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 18-Jul-14 / 3/13/15-3/19/15-12/28/15 | Off taker Name(s): | Molino Americano S.A. |
| | | Commodity/Industry Sector: (Specify) | Other (please specify) / Soybean |
| Maturity Date: | 31-Jan-18 | | |
| Borrower: | CIA. ARGENTINA DE GRANOS SA | Trust: | N/A |
| Fee Type (Specify) | none | Trustee / Administrator: | N/A |
| Fee Amount (Fixed$/Percentage): | | Collateral Manager: | N/A |
| Frequency of Fee: (Specify) | none | Broker/Representative/Agent: | DBA Corporate Finance |
| | | Investment Structure: | Pre Export Financing |

## PARTICIPATION ADVANCE / INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance: | Discount Instrument | Date of Advance / Purchase: | 24-Nov-17 |
| Off taker Name: | Molino Americano S.A. | Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 31-Jan-18 |
| (Loan to be Purchased): | N/A (advance of new funds to borrower) | No. of Days: | 117 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $1,029,250.00 |
| | | Discount Rate: | 97.16% |
| Purchaser | STRUCTURED TRADE FINANCE FUND (STFF) | Advance Amount / Loan Participation Price: | $1,000,000.00 |
| | | Repayment Terms: | Single Maturity |
| **COUNTRIES** | | GTFF LTD Loan # (Assigned Upon Purchase of Loan Participation): (Specify) | GRAN20 |
| Risk Country: | Uruguay | | |
| Origin: (Specify) | Argentina | | |
| Destination: (Specify) | Other (specified below) / Various | Specific Loan Collateral (Specify) | Specified below / Assignment of Export Contract |

## DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES | INTEREST RATE DETAILS

| Field | Value | Field | Value |
|---|---|---|---|
| WIRE INSTRUCTIONS: To: | Deutsche Bank Trust Company Americas 60 Wall Street, New York, NY 10005 | Reference Rate: | Fixed Rate (Fixed) |
| ABA: | 021-001-033 | Spread (Interest Rate) | 0.000% |
| Swift: | BKTRUST33 | Base Interest Rate at Initial Draw: | 9.00% |
| Credit: | TFT Settlement Account | Total Rate: | 9.00% |
| Account: | 04-945-731 | Reset Date | None |
| EFFECTIVE DATE: | 11/24/2017 | Ceiling (Maximum Rate): | n/a |
| | | Floor (Minimum Rate): | 9.00% |
| OFFICER SIGNATURE: | [signed] | Interest / Reset Frequency: | At Maturity |
| | | Payment Method: | Pays Interest at Maturity |

Richard Cadena
Senior Director
KG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.

| | |
|---|---|
| STFF is purchasing from TFT principal: | $1,000,000.00 |
| The amount of interest: | $0.00 |
| Grand Total: | $1,000,000.00 |

### Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | | Operations Analyst: | RC/CS |
| Office: | STFF | Manager: (Initial) | CRC |
| Branch: | | Deal Analyst: (Initial) | |
| GL Code (TFT - Discount): | | Entered in Stucky by (Initial): | CS |
| GL Code: | 6 | Date: | Specified below |
| GL Code (TFT BV): | | Loan #: | GRAN20 |
| Compute [Capitalize Interest]: | | Activated By: | TL/RC |
| Accrue & Compute [Does not Capitalize]: | | Weekly Stucky Verification Completed: By: Date: | |
| Amortize Loans (Reduction Schedule) | | Papershell Set-Up Completed: By: Date: | |

# TICKET FOR ADVANCES / PARTICIPATIONS - STRUCTURED TRADE FINANCE FUNDING (STFF)
*(to be completed by deal analysts)*

Date Prepared: 28-Nov-17

(27)

## FACILITY INFORMATION

- **Title of Loan/Credit Agreement:** Contrato de Línea de Crédito Para la Prefinanciación de Exportaciones
- **Facility Type (Specify):** Revolving Credit-Uncommitted
- **Date of Loan/Credit Agreement:** 18-Jul-14
- **(Date of Amendments- if applicable):** 3/13/15-3/19/15-12/28/15
- **Maturity Date:** 31-Jan-18
- **Borrower:** CIA ARGENTINA DE GRANOS SA
- **Fee Type (Specify):** none
- **Fee Amount (Fixed$/Percentage):**
- **Frequency of Fee (Specify):** none
- **Originator:** TRADE FINANCE TRUST
- **Off taker Name(s):** Molino Americano S.A.
- **Commodity/Industry Sector (Specify):** Other (please specify) Soybean
- **Trust:** N/A
- **Trustee / Administrator:** N/A
- **Collateral Manager:** N/A
- **Broker/Representative/Agent:** DBA Corporate Finance
- **Investment Structure:** Pre Export Financing

## PARTICIPATION ADVANCE / INTEREST INFORMATION

- **Type of Advance:** Discount Instrument
- **Off taker Name:** Molino Americano S.A.
- **(Loan to be Purchased):** N/A (advance of new funds to borrower)
- **Seller:** TRADE FINANCE TRUST
- **Purchaser:** STRUCTURED TRADE FINANCE FUND (STFF)

### COUNTRIES
- **Risk Country:** Uruguay
- **Origin (Specify):** Argentina
- **Destination (Specify):** Other (specified below) Various

- **Date of Advance / Purchase:** 28-Nov-17
- **Maturity Date(s) Applicable to Adv (Specify):** Specified below 31-Jan-18
- **No. of Days:** 64
- **Nominal Amount (Expected Maturity Value):** $5,588,000.00
- **Discount Rate:** 98.43%
- **Advance Amount / Loan Participation Price:** $5,500,000.00
- **Repayment Terms:** Single Maturity
- **GTFF LTD Loan # (Assigned Upon Purchase of Loan Participation) (Specify):** GRAN23
- **Specific Loan Collateral (Specify):** Specified below / Assignment of Export Contract

## DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

- **WIRE INSTRUCTIONS:**
  - To: Deutsche Bank Trust Company Americas
  - 60 Wall Street, New York, NY 10005
  - ABA: 021-001-033
  - Swift: BKTRUST33
  - Credit: TFT Settlement Account
  - Account: 04-946-733
- **EFFECTIVE DATE:** 11/28/2017
- **OFFICER SIGNATURE:**

Richard Cadena
Senior Director
IIG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.

- STFF is purchasing from TFT principal: $5,500,000.00
- The amount of interest: $0.00
- Grand Total: $5,500,000.00

### INTEREST RATE DETAILS
- **Reference Rate:** Fixed Rate (Fixed)
- **Spread (Interest Rate):** 0.000%
- **Base Interest Rate at Initial Draw:** 9.00%
- **Total Rate:** 9.00%
- **Reset Date:** None
- **Ceiling (Maximum Rate):** n/a
- **Floor (Minimum Rate):** 9.00%
- **Reset Frequency:** At Maturity
- **Payment Method:** Pays Interest at Maturity

## Operations Only
- **Region:** STFF
- **Office:**
- **Branch:**
- **GL Code (TFT - Discount):**
- **GL Code:** 6
- **GL Code (TFT BV):**
- **Compute [Capitalize Interest]:**
- **Accrue & Compute (Does not Capitalize):**
- **Amortize Loans (Reduction Schedule):**

- **Operations Analyst:** RC/CS
- **Manager (Initial):** CRC
- **Deal Analyst (Initial):**
- **Entered in Stucky by (initial):** CS
- **Date:** Specified below
- **Loan #:** GRAN23
- **Activated By:** TJ/RC
- **Weekly Stucky Verification Completed:**
  - By:
  - Date:
- **Papershell Set-Up Completed:**
  - By:
  - Date:

# ADVANCE / PARTICIPATION CERTIFICATE
*(To be completed by deal analyst)*

## FACILITY INFORMATION

| | | | |
|---|---|---|---|
| **Title of Loan/Credit Agreement** | Export Prefinancing Credit Agreement / Contrato de Linea de Credito con Afectacion a Prefinanciacion de Exportaciones | | |
| **Maximum Facility Amount (Limit):** | $15,000,000.00 | **Originator** *(Specify):* | TOF - BV |
| **Facility Type:** *(Specify)* | Revolving Credit-Uncommitted | **Off taker Name(s):** | Various |
| **Date of Loan/Credit Agreement:** *(Date of Amendments- if applicable)* | 25-Jul-14 / 3/13/2015-12/17/2015 | **Commodity/Industry Sector:** *(Specify)* | Soy Bean Meal |
| **Maturity Date:** | 30-Jun-18 | **Trust:** | N/A |
| **Borrower:** | Cia. Argentina de Granos S.A. | **Trustee / Administrator:** | N/A |
| **Fee Type** *(Specify)* | None | **Collateral Manager:** | N/A |
| **Fee Amount (Fixed$/Percentage):** | | **Broker/Representative/Agent:** | DBA |
| **Frequency of Fee:** *(Specify)* | None | **Investment Structure:** | Pre-Export (PEF) |

## PARTICIPATION INTEREST INFORMATION

| | | | |
|---|---|---|---|
| **Type of Participation:** | Strip participation | **Date of Advance / Purchase:** | 15-Mar-18 |
| **Type of Advance:** | Discount Instrument | **Maturity Date(s) Applicable to Adv/Participation:** *(Specify)* | Specified below / 30-Jun-18 |
| **Off taker Name:** | Various | **No. of Days:** | 107 |
| **Old Loan # (Loan to be Purchased):** *(Specify)* | N/A (advance of new funds to borrower) | **Nominal Amount (Expected Maturity Value):** | $1,540,125.00 |
| | | **Discount Rate:** | 97.39% |
| **Seller** *(Specify)* | N/A (advance by originator) | **Advance Amount / Purchase Price:** | $1,500,000.00 |
| **Purchaser** *(Specify)* | Other (specified below) / IIG Bank (Malta) Ltd. | **Repayment Terms:** | Single Maturity |
| | | **New Loan # (Assigned Upon Advance / Purchase):** *(Specify)* | Specified below / GRANX6 |

### COUNTRIES

| | | | |
|---|---|---|---|
| **Risk Country:** | Uruguay | **Specific Loan Colateral:** *(Specify)* | Specified below / Assigment of Export Contracts |
| **Origin:** *(Specify)* | Argentina | **Participation Fee:** | $0.00 |
| **Destination:** *(Specify)* | Other (specified below) / Various | **Servicing Fee:** | $0.00 |

### AUTHORIZED SIGNATORIES - FOR PARTICIPATIONS ONLY

Each of Seller and Purchaser, by the respective authorized signature below, as such party's respective authorized representative as of the Date of Purchase first above written, hereby agrees to the sale and purchase of the participation interest described herein:

**Seller** *[signed]* Thomas LaVecchia, Senior Director, The International Investment Group LLC

**Purchaser**

*(Note: The following acknowledgement signature must also be obtained if Originator is not the Seller or the Purchaser.)*
Originator, by the authorized signature below, as its authorized representative as of the Date of Purchase first above written, hereby acknowledges the sale and purchase from the Seller to the Purchaser herein of the participation interest described herein:

**Originator**

### INTEREST RATE DETAILS

| | |
|---|---|
| **Reference Rate:** | Fixed Rate (Fixed) |
| **Spread (Interest Rate):** | 0.000% |
| **Base Interest Rate at Initial Draw:** | 9.000% |
| | 9.000% |
| **Reset Date** | None |
| **Ceiling (Maximum Rate):** | N/A |
| **Floor (Minimum Rate):** | 9.000% |
| **Interest / Reset Frequency:** | Monthly |
| **Payment Method:** | Pays Interest Monthly |

Seller represents to Purchaser that any copies provided by Seller to Purchaser of Financing Documents in respect of the Loan/Credit Agreement set forth herein constitute true copies of said Financing Documents. If applicable, this advance or participation complies with applicable fund investment guidelines, and IIG has discretionary authority to execute this advance or participation. This document constitutes an "Advance / Participation Certificate" (as defined under that certain relevant Master Participation Agreement ("MPA")), as currently in effect, between or among Seller and Purchaser, with regard to the Facility (as defined under the MPA) referenced in this Certificate. Nothing herein shall modify or amend any terms or conditions of any Financing Document (as defined under the MPA).

### Operations Only

| | | | |
|---|---|---|---|
| **Region:** | | **Operations Analyst:** | RC/CS |
| **Office:** | IIG Bank (Malta) Ltd. | **Manager:** _(Initial)_ | CRC |
| **Branch:** | IIG TOF BV | **Deal Analyst:** _(Initial)_ | LM |
| **GL Code (TOF/TFP/MALTA - Discount):** | 7 | **Entered in Stucky by (initial):** | CS |
| **GL Code (SPV):** | | **Date:** | 15-Mar-18 |
| **GL Code (TOF/TFP - ABL):** | | **Loan #:** | **GRANX6** |
| **Compute [Capitalize Interest]:** | | **Activated By:** | RC/TL |
| **Accrue & Compute (Does not Capitalize):** | Yes | **Weekly Stucky Verification Completed:** | |
| | | By: | |
| | | Date: | |
| **Amortize Loans (Reduction Schedule):** | | **Papershell Set-Up Completed:** | |
| | | By: | |
| | | Date: | |

# ADVANCE / PARTICIPATION CERTIFICATE
(to be completed by deal analysts)

## FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | Export Prefinancing Credit Agreement / Contrato de Linea de Credito con Afectacion a Prefinanciacion de Exportaciones | | |
| Maximum Facility Amount (Limit): | $15,000,000.00 | Originator (Specify): | TOF - BV |
| Facility Type: (Specify) | Revolving Credit-Uncommitted | Off taker Name(s): | Various |
| Date of Loan/Credit Agreement: | 25-Jul-14 | Commodity/Industry Sector: (Specify) | Soy Bean Meal |
| (Date of Amendments- if applicable) | 3/13/2015-12/17/2015 | | |
| Maturity Date: | 30-Jun-18 | Trust: | N/A |
| Borrower: | Cia. Argentina de Granos S.A. | Trustee / Administrator: | N/A |
| Fee Type (Specify): | None | Collateral Manager: | N/A |
| | | Broker/Representative/Agent: | DBA |
| Fee Amount (Fixed$/Percentage): Frequency of Fee: (Specify) | None | Investment Structure: | Pre-Export (PEF) |

## PARTICIPATION INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Participation: | Strip participation | Date of Advance / Purchase: | 12-Mar-18 |
| Type of Advance: | Discount Instrument | Maturity Date(s) Applicable to Adv/Participation: (Specify) | Specified below / 30-Jun-18 |
| Off taker Name: | Various | No. of Days: | 110 |
| Old Loan # (Loan to be Purchased): (Specify) | N/A (advance of new funds to borrower) | Nominal Amount (Expected Maturity Value): | $2,568,750.00 |
| | | Discount Rate: | 97.32% |
| Seller (Specify): | N/A (advance by originator) | Advance Amount / Purchase Price: | $2,500,000.00 |
| | | Repayment Terms: | Single Maturity |
| Purchaser (Specify): | Other (specified below) / IIG Bank (Malta) Ltd. | New Loan # (Assigned Upon Advance / Purchase): (Specify) | Specified below / GRANX5 |

### COUNTRIES

| Field | Value | Field | Value |
|---|---|---|---|
| Risk Country: | Uruguay | Specific Loan Colateral (Specify): | Specified below / Assigment of Export Contracts |
| Origin: (Specify) | Argentina | Participation Fee: | $0.00 |
| Destination: (Specify) | Other (specified below) / Various | Servicing Fee: | $0.00 |

### INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| Spread (Interest Rate): | 0.000% |
| Base Interest Rate at Initial Draw: | 9.000% |
| Total Rate: | 9.000% |
| Reset Date: | None |
| Ceiling (Maximum Rate): | N/A |
| Floor (Minimum Rate): | 9.000% |
| Interest / Reset Frequency: | Monthly |
| Payment Method: | Pays Interest Monthly |

### AUTHORIZED SIGNATORIES - FOR PARTICIPATIONS ONLY

Each of Seller and Purchaser, by the respective authorized signature below, as such party's respective authorized representative as of the Date of Purchase first above written, hereby agrees to the sale and purchase of the participation interest described herein.

Seller: [signature]
Purchaser: 
Richard Cadena
Senior Director
IIG Trade Finance LLC

(Note: The following acknowledgement signature must also be obtained if Originator is not the Seller or the Purchaser.)
Originator, by the authorized signature below, as its authorized representative as of the Date of Purchase first above written, hereby acknowledges the sale and purchase from the Seller to the Purchaser herein of the participation interest described herein.
Originator: 

Seller represents to Purchaser that any copies provided by Seller to Purchaser of Financing Documents in respect of the Loan/Credit Agreement set forth herein constitute true copies of said Financing Documents. If applicable, this advance or participation complies with applicable fund investment guidelines, and IIG has discretionary authority to execute this advance or participation.
This document constitutes an "Advance / Participation Certificate" (as defined under that certain relevant Master Participation Agreement ("MPA")), as currently in effect, between or among Seller and Purchaser, with regard to the Facility (as defined under the MPA) referenced in this Certificate. Nothing herein shall modify or amend any terms or conditions of any Financing Document (as defined under the MPA).

### Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | IIG Bank (Malta) Ltd. | Operations Analyst: | RC/CS |
| Office: | | Manager: (Initial) | CRC |
| Branch: | IIG TOF BV | | |
| GL Code (TOF/TFP/MALTA - Discount): | 7 | Deal Analyst: (Initial) | LM |
| GL Code (SPV): | | Entered in Stucky by (initial): | CS |
| GL Code (TOF/TFP - ABL): | | Date: | 12-Mar-18 |
| Compute [Capitalize Interest]: | | Loan #: | GRANX5 |
| Accrue & Compute [Does not Capitalize]: | Yes | Activated By: | RC/TL |
| Amortize Loans (Reduction Schedule) | | Weekly Stucky Verification Completed: | |
| | | By: | |
| | | Date: | |
| | | Papershell Set-Up Completed: | |
| | | By: | |
| | | Date: | |