# EXHIBIT G

| | |
|---|---|
| Date Prepared: | 31-May-18 |

## TICKET FOR ADVANCES / PARTICIPATIONS - GLOBAL TRADE FINANCE FUND (GTFF)
*(to be completed by deal analysts)*

### FACILITY INFORMATION

| | | | |
|---|---|---|---|
| Title of Loan/Credit Agreement | Uncommitted Loan Agreement | | |
| Facility Type: (Specify) | | Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 30-Oct-14 | Off taker Name(s): | Various |
| | | Commodity/Industry Sector: (Specify): | Cooper Wire |
| Maturity Date: | 18-Oct-18 | | |
| Borrower: | Conductores y Cables del Peru SAC | Trust: | N/A |
| Fee Type (Specify): | Choose One / N/A | Trustee / Administrator: | N/A |
| Fee Amount (Fixed$/Percentage): | | Collateral Manager: | N/A |
| Frequency of Fee: (Specify): | | Broker/Representative/Agent: | N/A |
| | | Investment Structure: | Asset-Based Lending (ABL) |

### PARTICIPATION ADVANCE / INTEREST INFORMATION

| | | | |
|---|---|---|---|
| Type of Advance: | Fixed Rate Loan | Date of Advance / Purchase: | 31-May-18 |
| Off taker Name: | Various | Maturity Date(s) Applicable to Adv: (Specify): | Specified below / 18-Oct-18 |
| (Loan to be Purchased): | Choose One / COND03 | No. of Days: | 140 |
| Seller | STRUCTURED TRADE FINANCE FUND (STFF) | Nominal Amount (Expected Maturity Value): | $5,608,488.10 |
| | | Discount Rate: | N/A |
| Purchaser | GLOBAL TRADE FINANCE FUND (GTFF) | Advance Amount / Loan Participation Price: | $5,608,488.10 |
| | | Repayment Terms: | Single Maturity |
| **COUNTRIES** | | GTFF LTD Loan # (Assigned Upon Purchase of Loan Participation): (Specify): | COND04 |
| Risk Country: | Peru | | |
| Origin: (Specify): | Peru | Specific Loan Collateral (Specify): | Specified below |
| Destination: (Specify): | Peru | | |

### DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

| | | | |
|---|---|---|---|
| WIRE INSTRUCTIONS: To: | Deutsche Bank Trust Company Americas | | |
| | 60 Wall Street, New York, NY 10005 | | |
| ABA: | 021-001-033 | | |
| Swift: | BKTRUST33 | | |
| Credit: | TFT Settlement Account | | |
| Account: | 04-946-733 | | |
| EFFECTIVE DATE: | 5/31/2018 | | |
| OFFICER SIGNATURE: | [signature] | | |

Richard Cadena
Senior Director
IIG Trade Finance LLC

### INTEREST RATE DETAILS

| | |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| Spread *(Interest Rate)* | 0.000% |
| Base Interest Rate at Initial Draw: | 8.370% |
| Total Rate: | 8.370% |
| Reset Date | |
| Ceiling *(Maximum Rate)*: | N/A |
| Floor *(Minimum Rate)*: | 8.370% |
| Reset Frequency: | At Maturity |
| Payment Method: | Pays Interest Monthly |

*NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.*

| | | |
|---|---|---|
| GTFF is purchasing from TFT principal: | $ | 5,608,488.10 |
| The amount of interest: | $ | 791,511.90 |
| Grand Total: | $ | 6,400,000.00 |

### Operations Only

| | | | |
|---|---|---|---|
| Region: | GTFF | Operations Analyst: | XE/AZ |
| Office: | | | |
| Branch: | | Manager: _____ (Initial) | |
| GL Code (TFT - Discount): | | Deal Analyst: _____ (Initial) | |
| GL Code: | 9 | | |
| GL Code (TFT BV): | | Entered in Stucky by (initial): | XE |
| | | Date: | 5/31/2018 |
| Compute [Capitalize Interest]: | | Loan #: | COND04 |
| Accrue & Compute [Does not Capitalize]: | | Activated By: | TL/RC |
| | | Weekly Stucky Verification Completed: | |
| Amortize Loans (Reduction Schedule): | | By: | |
| | | Date: | |
| | | Papershell Set-Up Completed: | |
| | | By: | |
| | | Date: | |

Date Prepared: 3-Jul-17

# TICKET FOR ADVANCES / PARTICIPATIONS - STRUCTURED TRADE FINANCE FUNDING (STFF)
*(to be completed by deal analysts)*

## FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | Uncommitted Loan Agreement | Originator | TRADE FINANCE TRUST |
| Facility Type: (Specify) | | Off taker Name(s): | Various |
| Date of Loan/Credit Agreement: (Date of Amendments- If applicable) | 30-Oct-14 | Commodity/Industry Sector: (Specify) | Cooper Wire |
| Maturity Date: | 20-Oct-17 | Trust: | N/A |
| Borrower: | Conductores y Cables del Peru SAC | Trustee / Administrator: | N/A |
| Fee Type (Specify): | Choose One / N/A | Collateral Manager: | N/A |
| Fee Amount (Fixed$/Percentage): | | Broker/Representative/Agent: | N/A |
| Frequency of Fee: (Specify) | | Investment Structure: | Asset-Based Lending (ABL) |

## PARTICIPATION ADVANCE / INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance: | Fixed Rate Loan | Date of Advance / Purchase: | 3-Jul-17 |
| Off taker Name: | Various | Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 18-Oct-17 |
| (Loan to be Purchased): | Choose One / COND02 | No. of Days: | 107 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $12,000,000.00 |
| Purchaser | STRUCTURED TRADE FINANCE FUND (STFF) | Discount Rate: | N/A |
| | | Advance Amount / Loan Participation Price: | $12,000,000.00 |
| | | Repayment Terms: | Single Maturity |

### COUNTRIES

| Field | Value | Field | Value |
|---|---|---|---|
| Risk Country: | Peru | GTFF LTD Loan # (Assigned Upon Purchase of Loan Participation): (Specify) | COND03 |
| Origin: (Specify) | Peru | | |
| Destination: (Specify) | Peru | Specific Loan Collateral (Specify) | Specified below |

## DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

WIRE INSTRUCTIONS:
To: Deutsche Bank Trust Company Americas
60 Wall Street, New York, NY 10005
ABA: 021-001-033
Swift: BKTRUST33
Credit: TFT Settlement Account
Account: 04-916-803

EFFECTIVE DATE: 7/3/2017

OFFICER SIGNATURE: *(signed)* Richard Cadena, Senior Director, HG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.

### INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| Spread (Interest Rate) | 0.000% |
| Base Interest Rate at Initial Draw: | 8.370% |
| Total Rate: | 8.370% |
| Reset Date | |
| Ceiling (Maximum Rate): | N/A |
| Floor (Minimum Rate): | 8.370% |
| Interest / Reset Frequency: | At Maturity |
| Payment Method: | Pays Interest Monthly |

STFF is purchasing from TFT principal: $12,000,000.00
The amount of interest: $764,460.00
Grand Total: $12,764,460.00

### Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | STFF | Operations Analyst: | XE/AZ |
| Office: | | Manager: (Initial) | |
| Branch: | | Deal Analyst: (Initial) | |
| GL Code (TFT - Discount): | | Entered in Stucky by (initial): | |
| GL Code: | 6 | Date: | 7/3/2017 |
| GL Code (TFT BV): | | Loan #: | COND03 |
| Compute [Capitalize Interest]: | | Activated By: | TL/RC |
| Accrue & Compute [Does not Capitalize]: | | Weekly Stucky Verification Completed: By: Date: | |
| Amortize Loans (Reduction Schedule): | | Papershell Set-Up Completed: By: Date: | |

# TICKET FOR ADVANCES / PARTICIPATIONS - STRUCTURED TRADE FINANCE FUND (STFF)
*(to be completed by deal analysts)*

## FACILITY INFORMATION

(40)

| | |
|---|---|
| Title of Loan/Credit Agreement | CONSORCIO CEPER INTL |
| Facility Type: (Specify) | Other (specified below) / Transactional Financing |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 20-Dec-17 |
| Maturity Date: | 14-Dec-18 |
| Borrower: | Consorcio Ceper Intl |
| Fee Type (Specify) | Other (specified below) / none |
| Fee Amount (Fixed$/Percentage): Frequency of Fee: (Specify) | |
| Originator | TRADE FINANCE TRUST |
| Off taker Name(s): | Various |
| Commodity/Industry Sector: (Specify) | Commodity / Industry Sector / Copper |
| Trust: | N/A |
| Trustee / Administrator: | N/A |
| Collateral Manager: | N/A |
| Broker/Representative/Agent: | Choose One |
| Investment Structure: | Transactional Financing |

| | |
|---|---|
| Type of Advance: | Fixed Rate Loan |
| Off taker Name: | Various |
| (Loan to be Purchased): | |
| Seller | TRADE FINANCE TRUST |
| Purchaser | STRUCTURED TRADE FINANCE FUND (STFF) |
| Date of Advance: | 9-Oct-18 |
| Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 13-Jan-19 |
| No. of Days: | 96 |
| Nominal Amount (Expected Maturity Value): | $920,000.00 |
| Discount Rate: | N/A |
| Advance Amount/Loan participation: | $920,000.00 |
| Repayment Terms: | Single Maturity |
| Loan # (Assigned Upon Purchase of loan participation): (Specify) | N/A (advance of new funds to borrower) / CEPE07 |

### COUNTRIES

| | |
|---|---|
| Risk Country: | Peru |
| Origin: (Specify) | Peru |
| Destination: (Specify) | Peru |
| Specific Loan Collateral (Specify) | Specified below / Assingment of Domestic Sales |

### DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

Wire Instructions:
- To: Deutsche Bank Trust Company Americas, 60 Wall Street, New York, NY 10005
- ABA: 021-001-033
- Swift: BKTRUST33
- Credit: TFT Settlement Account
- Account: 04-946-733

Effective Date: 9-Oct-18

Officer Signature: *[signature]*

Richard Cadena
Senior Director
IIG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the Borrower and broker once funds are received in the Deutsche Bank account referenced above.

### INTEREST RATE DETAILS

| | |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| Spread (Interest Rate) | 0.000% |
| Base Interest Rate at Initial Draw: | 8.20% |
| Total Rate: | 8.20% |
| Reset Date | None |
| Ceiling (Maximum Rate): | N/A |
| Floor (Minimum Rate): | 8.20% |
| Interest / Reset Frequency: | At Maturity |
| Payment Method: | Pays Interest at Maturity |

STFF IS PURCHASING $920,000.00 OF PRINCIPAL FROM TFT, NEW ADVANCE UNDER CREDIT FACILITY

### Operations Only

| | |
|---|---|
| Region: | STFF |
| Office: | |
| Branch: | |
| GL Code (Discount): | |
| GL Code: | 6 |
| GL Code (ABL): | |
| Compute (Capitalize Interest): | |
| Accrue & Compute [Does not Capitalize]: | YES |
| Amortize Loans (Reduction Schedule): | |
| Operations Analyst: | AZ/XE |
| Manager: _____ (Initial) | GG |
| Deal Analyst: _____ (Initial) | LM/NC |
| Entered in Stucky by (initial): | |
| Date: | 9-Oct-18 |
| Loan #: | CEPE07 |
| Activated By: | TL/RC |
| Weekly Stucky Verification Completed: By: Date: | |
| Papershell Set-Up Completed: By: Date: | |

# TICKET FOR ADVANCES / PARTICIPATIONS - TRADE FINANCE FUNDING I B.V.
(to be completed by deal analysts)

Date Prepared: 6-Jul-17

⑦

## FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | Contrato de Línea de Crédito Para la Prefinanciación de Exportaciones | | |
| Facility Type (Specify): | Revolving Credit-Uncommitted | Originator: | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | | Off taker Name(s): | Itochu |
| | | Commodity/Industry Sector (Specify): | Wood Product |
| Maturity Date: | 20-Oct-17 | | |
| Borrower: | Danehill Holdings Limited S.A. | Trust: | N/A |
| Fee Type (Specify): | none | Trustee / Administrator: | N/A |
| Fee Amount (Fixed$/Percentage): | | Collateral Manager: | N/A |
| Frequency of Fee (Specify): | none | Broker/Representative/Agent: | N/A |
| | | Investment Structure: | Asset Backed Lending |

## PARTICIPATION ADVANCE / INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance: | Fixed Rate Loan | Date of Advance / Purchase: | 6-Jul-17 |
| Off taker Name: | Itochu | Maturity Date(s) Applicable to Adv (Specify): | Specified below |
| (Loan to be Purchased): | Specified below DANE02 | | 20-Oct-17 |
| | | No. of Days: | 106 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $3,072,875.00 |
| | | Discount Rate: | 102.43% |
| Purchaser | STRUCTURED TRADE FINANCE FUND (STFF) | Advance Amount / Loan Participation Price: | $3,000,000.00 |
| | | Repayment Terms: | Single Maturity |
| **COUNTRIES** | | GTFF LTD Loan # (Assigned Upon Purchase of Loan Participation) (Specify): | DANE04 |
| Risk Country: | Japan | | |
| Origin (Specify): | Panama | | |
| Destination (Specify): | Other (specified below) Various | Specific Loan Collateral (Specify): | Specified below Assignment of Export Contract |

## DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

WIRE INSTRUCTIONS:
To: Deutsche Bank Trust Company Americas
60 Wall Street, New York, NY 10005
ABA: 021-001-033
Swift: BKTRUST33
Credit: TFT Settlement Account
Account: 04-946-733

EFFECTIVE DATE: 7/6/2017

OFFICER SIGNATURE: [signed]

Richard Cadena
Senior Director
IIG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.

## INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| Spread (Interest Rate) | 0.000% |
| Base Interest Rate at Initial Draw: | 8.25% |
| Total Rate: | 8.25% |
| Reset Date | None |
| Ceiling (Maximum Rate): | N/A |
| Floor (Minimum Rate): | 8.25% |
| Interest / Reset Frequency: | At Maturity |
| Payment Method: | Pays Interest at Maturity |

| | |
|---|---|
| GTFF is purchasing from TFT principal: | $ 3,000,000.00 |
| The amount of interest: | $ 187,687.50 |
| Grand Total: | $ 3,187,687.50 |

## Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | STFF | Operations Analyst: | RC/CS |
| Office: | | Manager: (Initial) | CRC |
| Branch: | | | |
| GL Code (TFT - Discount): | | Deal Analyst: (Initial) | LM |
| GL Code: | 6 | Entered in Stucky by (Initial): | CS |
| GL Code (TFT BV): | | Date: | Specified below |
| Compute (Capitalize Interest): | | Loan #: | DANE04 /03 |
| Accrue & Compute (Does not Capitalize): | | Activated By: | TL/RC |
| Amortize Loans (Reduction Schedule): | | Weekly Stucky Verification Completed: By: Date: | |
| | | Papershell Set-Up Completed: By: Date: | |