# EXHIBIT J

# TICKET FOR ADVANCES / PARTICIPATIONS - GLOBAL TRADE FINANCE FUND (GTFF)
(to be completed by deal analysts)

## FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | CONSORCIO CEPER INTL | Originator | TRADE FINANCE TRUST |
| Facility Type: (Specify) | Other (specified below) / Transactional Financing | Off taker Name(s): | Various |
| Date of Loan/Credit Agreement: Date of Amendments- if applicable | 20-Dec-17 | Commodity/Industry Sector: (Specify) | Commodity / Industry Sector / Copper |
| Maturity Date: | 14-Dec-18 | Trust: | N/A |
| Borrower: | Consorcio Ceper Intl | Trustee / Administrator: | N/A |
| Fee Type (Specify) | Other (specified below) / none | Collateral Manager: | N/A |
| Fee Amount (Fixed$/Percentage): Frequency of Fee: (Specify) | | Broker/Representative/Agent: | Choose One |
| | | Investment Structure: | Transactional Financing |
| Type of Advance: | Fixed Rate Loan | Date of Advance: | 26-Mar-18 |
| Off taker Name: | Various | Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 29-Jun-18 |
| TFF BV Loan #: | | No. of Days: | 95 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $393,170.00 |
| | | Discount Rate: | N/A |
| | | Advance Amount/Loan participation: | $393,170.00 |
| Purchaser | GLOBAL TRADE FINANCE FUND (GTFF) | Repayment Terms: | Single Maturity |
| | | Loan # (Assigned Upon Purchase of loan participation): (Specify) | N/A (advance of new funds to borrower) / CEPE04 |

### COUNTRIES

| Field | Value | Field | Value |
|---|---|---|---|
| Risk Country: | Peru | Specific Loan Collateral (Specify) | Choose One / Assingment of Domestic Sales |
| Origin: (Specify) | Peru | | |
| Destination: (Specify) | Peru | | |

### DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

Wire Instructions:
- To: Deutsche Bank Trust Company Americas
- 60 Wall Street, New York, NY 10005
- ABA: 021-001-033
- Swift: BKTRUST33
- Credit: TFT Settlement Account
- Account: 04-946-733

### INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| Spread (Interest Rate): | 0.000% |
| Base Interest Rate at Initial Draw: | 8.20000% |
| Total Rate: | 8.20000% |
| Reset Date | None |
| Ceiling (Maximum Rate): | N/A |
| Floor (Minimum Rate): | 8.20% |
| Interest / Reset Frequency: | At Maturity |
| Payment Method: | Pays Interest at Maturity |

Effective Date: 26-Mar-18

Officer Signature: *Richard Cadena, Senior Director, IIG Trade Finance LLC*

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.

GTFF IS PURCHASING $393,170.00 OF PRINCIPAL FROM TFT. NEW ADVANCE UNDER CREDIT FACILITY.

### Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | GTFF | Operations Analyst: | CS/XE |
| Office: | | | |
| Branch: | | Manager: _____ (Initial) | GG |
| GL Code (Discount): | | Deal Analyst: _____ (Initial) | LM/NC |
| GL Code: | 9 | Entered in Stucky by (initial): | |
| GL Code (ABL): | | Date: | 26-Mar-18 |
| Compute [Capitalize Interest]: | | Loan #: | CEPE04 |
| Accrue & Compute [Does not Capitalize]: | YES | Activated By: | TL/RC |
| Amortize Loans (Reduction Schedule): | | Weekly Stucky Verification Completed: | |
| | | By: | |
| | | Date: | |
| | | Papershell Set-Up Completed: | |
| | | By: | |
| | | Date: | |

# OPERATIONS - GLOBAL TRADE FINANCE FUND (GTFF)

*(To be completed by deal analysts)*

## FACILITY INFORMATION

(44)

| Field | Value |
|---|---|
| Title of Loan/Credit Agreement | CONSORCIO CEPER INTL |
| Facility Type: (Specify) | Other (specified below) / Transactional Financing |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 20-Dec-17 |
| Maturity Date: | 14-Dec-18 |
| Borrower: | Consorcio Ceper Intl |
| Fee Type: (Specify) | Other (specified below) / none |
| Fee Amount (Fixed$/Percentage): | |
| Frequency of Fee: (Specify) | |

| Field | Value |
|---|---|
| Originator | TRADE FINANCE TRUST |
| Off taker Name(s): | Various |
| Commodity/Industry Sector: (Specify) | Commodity / Industry Sector / Copper |
| Trust: | N/A |
| Trustee / Administrator: | N/A |
| Collateral Manager: | N/A |
| Broker/Representative/Agent: | Choose One |
| Investment Structure: | Transactional Financing |

| Field | Value |
|---|---|
| Type of Advance: | Fixed Rate Loan |
| Off taker Name: (Loan to be Purchased) | Various |
| Seller | TRADE FINANCE TRUST |
| Purchaser | GLOBAL TRADE FINANCE FUND (GTFF) |

| Field | Value |
|---|---|
| Date of Advance: | 9-Oct-18 |
| Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 13-Jan-19 |
| No. of Days: | 96 |
| Nominal Amount (Expected Maturity Value): | $624,537.40 |
| Discount Rate: | N/A |
| Advance Amount/Loan participation: | $624,537.40 |
| Repayment Terms: | Single Maturity |
| Loan # (Assigned Upon Purchase of loan participation): (Specify) | N/A (advance of new funds to borrower) / CEPE08 |

### COUNTRIES

| Field | Value |
|---|---|
| Risk Country: | Peru |
| Origin: (Specify) | Peru |
| Destination: (Specify) | Peru |

| Field | Value |
|---|---|
| Specific Loan Collateral: (Specify) | Choose One / Assingment of Domestic Sales |

### DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

Wire Instructions:
- To: Deutsche Bank Trust Company Americas, 60 Wall Street, New York, NY 10005
- ABA: 021-001-033
- Swift: BKTRUST33
- Credit: TFT Settlement Account
- Account: 04-946-733

Effective Date: 9-Oct-18
Officer Signature: [signed]

Richard Cadena
Senior Director
IIG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.

GTFF IS PURCHASING $624,537.40 OF PRINCIPAL FROM TFT. NEW ADVANCE UNDER CREDIT FACILITY.

### INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| Spread (Interest Rate): | 0.000% |
| Base Interest Rate at Initial Draw: | 8.20% |
| Total Rate: | 8.20% |
| Reset Date: | None |
| Ceiling (Maximum Rate): | N/A |
| Floor (Minimum Rate): | 8.20% |
| Interest / Reset Frequency: | At Maturity |
| Payment Method: | Pays Interest at Maturity |

### Operations Only

| Field | Value |
|---|---|
| Region: | |
| Office: | GTFF |
| Branch: | |
| GL Code (Discount): | |
| GL Code: | |
| GL Code (ABL): | 9 |
| Compute [Capitalize Interest]: | |
| Accrue & Compute [Does not Capitalize]: | YES |
| Amortize Loans (Reduction Schedule) | |

| Field | Value |
|---|---|
| Operations Analyst: | AZ/XE |
| Manager: (Initial) | GG |
| Deal Analyst: (Initial) | LM/NC |
| Entered in Stucky by (initial): | |
| Date: | 9-Oct-18 |
| Loan #: | CEPE08 |
| Activated By: | TL/RC |
| Weekly Stucky Verification Completed: By: / Date: | |
| Papershell Set-Up Completed: By: / Date: | |

# GLOBAL TRADE FINANCE FUND (GTFF)

## FACILITY INFORMATION

| | |
|---|---|
| Title of Loan/Credit Agreement: | CONSORCIO CEPER INTL |
| Facility Type: (Specify) | Other (specified below) / Transactional Financing |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 20-Dec-17 |
| Maturity Date: | 14-Dec-18 |
| Borrower: | Consorcio Ceper Intl |
| Fee Type (Specify): | Other (specified below) / none |
| Fee Amount (Fixed$/Percentage): | |
| Frequency of Fee: (Specify) | |
| Originator: | TRADE FINANCE TRUST |
| Off taker Name(s): | Various |
| Commodity/Industry Sector: (Specify) | Commodity / Industry Sector / Copper |
| Trust: | N/A |
| Trustee / Administrator: | N/A |
| Collateral Manager: | N/A |
| Broker/Representative/Agent: | Choose One |
| Investment Structure: | Transactional Financing |

| | |
|---|---|
| Type of Advance: | Fixed Rate Loan |
| Off taker Name: | Various |
| (Loan to be Purchased): | |
| Seller | TRADE FINANCE TRUST |
| Purchaser | GLOBAL TRADE FINANCE FUND (GTFF) |
| Date of Advance: | 29-Jan-18 |
| Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 9-May-18 |
| No. of Days: | 100 |
| Nominal Amount (Expected Maturity Value): | $618,375.00 |
| Discount Rate: | N/A |
| Advance Amount/Loan participation: | $494,700.00 |
| Repayment Terms: | Single Maturity |
| Loan # (Assigned Upon Purchase of loan participation): (Specify) | N/A (advance of new funds to borrower) / CEPE02 |

### COUNTRIES

| | |
|---|---|
| Risk Country: | Peru |
| Origin: (Specify) | Peru |
| Destination: (Specify) | Peru |
| Specific Loan Collateral (Specify): | Choose One / Assingment of Domestic Sales |

### DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

Wire Instructions:
To: Deutsche Bank Trust Company Americas
60 Wall Street, New York, NY 10005
ABA: 021-001-033
Swift: BKTRUST33
Credit: TFT Settlement Account
Account: 04-946-733

Effective Date: 29-Jan-18
Officer Signature: [signature] Richard Cadena, Senior Director, IIG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.

GTFF IS PURCHASING $494,700.00 OF PRINCIPAL FROM TFT. NEW ADVANCE UNDER CREDIT FACILITY.

### INTEREST RATE DETAILS

| | |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| Spread (Interest Rate) | 0.000% |
| Base Interest Rate at Initial Draw: | |
| Total Rate: | 8.20000% |
| Reset Date | 8.20000% |
| | None |
| Ceiling (Maximum Rate): | N/A |
| Floor (Minimum Rate): | 8.20% |
| Interest / Reset Frequency: | At Maturity |
| Payment Method: | Pays Interest at Maturity |

### Operations Only

| | |
|---|---|
| Region: | |
| Office: | GTFF |
| Branch: | |
| GL Code (Discount): | |
| GL Code: | |
| GL Code (ABL): | 9 |
| Compute (Capitalize Interest): | |
| Accrue & Compute (Does not Capitalize): | |
| Amortize Loans (Reduction Schedule): | YES |
| Operations Analyst: | AZ/CS |
| Manager: [initial] | GG/RC |
| Deal Analyst: [initial] | LM/NC |
| Entered in Stucky by (initial): | |
| Date: | 29-Jan-18 |
| Loan #: | CEPE02 |
| Weekly Stucky Verification Completed: Activated By: | TL/RC |
| | By: |
| Papershell Set-Up Completed: | Date: |
| | By: |
| | Date: |

# TICKET FOR ADVANCES / PARTICIPATIONS - STRUCTURED TRADE FINANCE FUND (STFF)
*(to be completed by deal analysts)*

## FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | CONSORCIO CEPER INTL | Originator | TRADE FINANCE TRUST |
| Facility Type: (Specify) | Other (specified below) / Transactional Financing | Off taker Name(s): | Various |
| Date of Loan/Credit Agreement: Date of Amendments- if applicable | 20-Dec-17 | Commodity/Industry Sector: (Specify) | Commodity / Industry Sector / Copper |
| Maturity Date: | 14-Dec-18 | Trust: | N/A |
| Borrower: | Consorcio Ceper Intl | Trustee / Administrator: | N/A |
| Fee Type (Specify) | Other (specified below) / none | Collateral Manager: | N/A |
| Fee Amount (Fixed$/Percentage): Frequency of Fee: (Specify) | | Broker/Representative/Agent: | Choose One |
| | | Investment Structure: | Transactional Financing |
| Type of Advance: | Fixed Rate Loan | Date of Advance: | 26-Mar-18 |
| Off taker Name: | Various | Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 29-Jun-18 |
| TFF BV Loan # | | No. of Days: | 95 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $580,356.90 |
| | | Discount Rate: | N/A |
| | | Advance Amount/Loan participation: | $580,356.90 |
| Purchaser | STRUCTURED TRADE FINANCE FUND (STFF) | Repayment Terms: | Single Maturity |
| | | Loan # (Assigned Upon Purchase of loan participation): (Specify) | N/A (advance of new funds to borrower) / CEPE03 |

### COUNTRIES

| Field | Value | Field | Value |
|---|---|---|---|
| Risk Country: | Peru | Specific Loan Collateral (Specify) | Specified below / Assingment of Domestic Sales |
| Origin: (Specify) | Peru | | |
| Destination: (Specify) | Peru | | |

### DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES | INTEREST RATE DETAILS

| Field | Value | Field | Value |
|---|---|---|---|
| Wire Instructions: To: | Deutsche Bank Trust Company Americas, 60 Wall Street, New York, NY 10005 | Reference Rate: | Fixed Rate (Fixed) |
| ABA: | 021-001-033 | Spread (Interest Rate) | 0.000% |
| Swift: | BKTRUST33 | | |
| Credit: | TFT Settlement Account | | |
| Account: | 04-946-733 | | |
| | | Base Interest Rate at Initial Draw: | 8.20000% |
| | | Total Rate: | 8.20000% |
| | | Reset Date | None |
| Effective Date: | 26-Mar-18 | Ceiling (Maximum Rate): | N/A |
| Officer Signature: | [signature] Richard Cadena, Senior Director, IIG Trade Finance LLC | Floor (Minimum Rate): | 8.20% |
| | | Interest / Reset Frequency: | At Maturity |
| | | Payment Method: | Pays Interest at Maturity |

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.

STFF IS PURCHASING $580,356.90 OF PRINCIPAL FROM TFT. NEW ADVANCE UNDER CREDIT FACILITY

### Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | STFF | Operations Analyst: | CS/XE |
| Office: | | Manager: _____ (Initial) | GG |
| Branch: | | Deal Analyst: _____ (Initial) | LM/NC |
| GL Code (Discount): | | Entered in Stucky by (initial): | |
| GL Code: | 6 | Date: | 26-Mar-18 |
| GL Code (ABL): | | Loan #: | CEPE03 |
| Compute [Capitalize Interest]: Accrue & Compute [Does not Capitalize]: | YES | Activated By: | TL/RC |
| Amortize Loans (Reduction Schedule): | | Weekly Stucky Verification Completed: By: Date: | |
| | | Papershell Set-Up Completed: By: Date: | |

## TICKET FOR ADVANCES / PARTICIPATIONS - STRUCTURED TRADE FINANCE FUND (STFF)
(to be completed by deal analysts)

### FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | CONSORCIO CEPER INTL | Originator | TRADE FINANCE TRUST |
| Facility Type: (Specify) | Other (specified below) / Transactional Financing | Off taker Name(s): | Various |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 20-Dec-17 | Commodity/Industry Sector: (Specify) | Commodity / Industry Sector / Copper |
| Maturity Date: | 14-Dec-18 | Trust: | N/A |
| Borrower: | Consorcio Ceper Intl | Trustee / Administrator: | N/A |
| Fee Type (Specify): | Other (specified below) / none | Collateral Manager: | N/A |
| Fee Amount (Fixed$/Percentage): Frequency of Fee: (Specify) | | Broker/Representative/Agent: | Choose One |
| | | Investment Structure: | Transactional Financing |

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance: | Fixed Rate Loan | Date of Advance: | 29-Jan-18 |
| Off taker Name: | Various | Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 9-May-18 |
| (Loan to be Purchased): | | No. of Days: | 100 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $638,286.05 |
| | | Discount Rate: | N/A |
| | | Advance Amount/Loan participation: | $510,628.84 |
| Purchaser | STRUCTURED TRADE FINANCE FUND (STFF) | Repayment Terms: | Single Maturity |
| | | Loan # (Assigned Upon Purchase of loan participation): (Specify) | N/A (advance of new funds to borrower) / CEPE01 |

### COUNTRIES

| Field | Value | Field | Value |
|---|---|---|---|
| Risk Country: | Peru | Specific Loan Collateral (Specify) | Specified below / Assingment of Domestic Sales |
| Origin: (Specify) | Peru | | |
| Destination: (Specify) | Peru | | |

### DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES | INTEREST RATE DETAILS

Wire Instructions: To: Deutsche Bank Trust Company Americas
60 Wall Street, New York, NY 10005
ABA: 021-001-033
Swift: BKTRUST33
Credit: TFT Settlement Account
Account: 04-946-733

| Field | Value |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| Spread (Interest Rate) | 0.000% |
| Base Interest Rate at Initial Draw: | 8.20000% |
| Total Rate: | 8.20000% |
| Reset Date | None |
| Ceiling (Maximum Rate): | N/A |
| Floor (Minimum Rate): | 8.20% |
| Interest / Reset Frequency: | At Maturity |
| Payment Method: | Pays Interest at Maturity |

Effective Date: 29-Jan-18
Officer Signature: [signature]

Richard Cadena
Senior Director
IIG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.

**STFF IS PURCHASING $510,628.84 OF PRINCIPAL FROM TFT. NEW ADVANCE UNDER CREDIT FACILITY**

### Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | STFF | Operations Analyst: | AZ/CS |
| Office: | | Manager: (Initial) | GG/CRC |
| Branch: | | Deal Analyst: (Initial) | LM/NC |
| GL Code (Discount): | | Entered in Stucky by (initial): | |
| GL Code: | 6 | Date: | 29-Jan-18 |
| GL Code (ABL): | | Loan #: | CEPE01 |
| Compute [Capitalize Interest]: | | Activated By: | TL/RC |
| Accrue & Compute [Does not Capitalize]: | YES | Weekly Stucky Verification Completed: By: Date: | |
| Amortize Loans (Reduction Schedule): | | Papershell Set-Up Completed: By: Date: | |

# TICKET FOR ADVANCES / PARTICIPATIONS - STRUCTURED TRADE FINANCE FUND (STFF)
*(to be completed by deal analysts)*

## FACILITY INFORMATION

40

| Field | Value |
|---|---|
| Title of Loan/Credit Agreement | CONSORCIO CEPER INTL |
| Facility Type: (Specify) | Other (specified below) / Transactional Financing |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 20-Dec-17 |
| Maturity Date: | 14-Dec-18 |
| Borrower: | Consorcio Ceper Intl |
| Fee Type (Specify) | Other (specified below) / none |
| Fee Amount (Fixed$/Percentage): | |
| Frequency of Fee: (Specify) | |
| Originator | TRADE FINANCE TRUST |
| Off taker Name(s): | Various |
| Commodity/Industry Sector: (Specify) | Commodity / Industry Sector / Copper |
| Trust: | N/A |
| Trustee / Administrator: | N/A |
| Collateral Manager: | N/A |
| Broker/Representative/Agent: | Choose One |
| Investment Structure: | Transactional Financing |

| Field | Value |
|---|---|
| Type of Advance: | Fixed Rate Loan |
| Off taker Name: | Various |
| (Loan to be Purchased): | |
| Seller | TRADE FINANCE TRUST |
| Purchaser | STRUCTURED TRADE FINANCE FUND (STFF) |
| Date of Advance: | 9-Oct-18 |
| Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 13-Jan-19 |
| No. of Days: | 96 |
| Nominal Amount (Expected Maturity Value): | $920,000.00 |
| Discount Rate: | N/A |
| Advance Amount/Loan participation: | $920,000.00 |
| Repayment Terms: | Single Maturity |
| Loan # (Assigned Upon Purchase of loan participation): (Specify) | N/A (advance of new funds to borrower) / CEPE07 |

### COUNTRIES

| Field | Value |
|---|---|
| Risk Country: | Peru |
| Origin: (Specify) | Peru |
| Destination: (Specify) | Peru |
| Specific Loan Collateral (Specify) | Specified below / Assingment of Domestic Sales |

### DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

| Wire Instructions: | |
|---|---|
| To: | Deutsche Bank Trust Company Americas |
| | 60 Wall Street, New York, NY 10005 |
| ABA: | 021-001-033 |
| Swift: | BKTRUST33 |
| Credit: | TFT Settlement Account |
| Account: | 04-946-733 |

Effective Date: 9-Oct-18

Officer Signature: *Richard Cadena, Senior Director, IIG Trade Finance LLC*

NOTE: As Collateral Manager, we will remit funds to the Borrower and broker once funds are received in the Deutsche Bank account referenced above.

STFF IS PURCHASING $920,000.00 OF PRINCIPAL FROM TFT, NEW ADVANCE UNDER CREDIT FACILITY

### INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| Spread (Interest Rate) | 0.000% |
| Base Interest Rate at Initial Draw: | 8.20% |
| Total Rate: | 8.20% |
| Reset Date | None |
| Ceiling (Maximum Rate): | N/A |
| Floor (Minimum Rate): | 8.20% |
| Interest / Reset Frequency: | At Maturity |
| Payment Method: | Pays Interest at Maturity |

### Operations Only

| Field | Value |
|---|---|
| Region: | STFF |
| Office: | |
| Branch: | |
| GL Code (Discount): | |
| GL Code: | 6 |
| GL Code (ABL): | |
| Compute (Capitalize Interest): | |
| Accrue & Compute [Does not Capitalize]: | YES |
| Amortize Loans (Reduction Schedule): | |
| Operations Analyst: | AZ/XE |
| Manager: (Initial) | GG |
| Deal Analyst: (Initial) | LM/NC |
| Entered in Stucky by (initial): | |
| Date: | 9-Oct-18 |
| Loan #: | CEPE07 |
| Activated By: | TL/RC |
| Weekly Stucky Verification Completed: | |
| By: | |
| Date: | |
| Papershell Set-Up Completed: | |
| By: | |
| Date: | |