# EXHIBIT M

Date Prepared: 29-Jan-18

# TICKET FOR ADVANCES / PARTICIPATIONS - GLOBAL TRADE FINANCE FUND (GTFF)
*(to be completed by deal analysts)*



## FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | Contrato de Línea de Crédito Para la Prefinanciación de Exportaciones | | |
| Facility Type: (Specify) | Revolving Credit-Uncommitted | Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 10-Jul-17 | Off taker Name(s): | Various |
| | | Commodity/Industry Sector: (Specify) | Juice Concentrates |
| Maturity Date: | 26-Jul-18 | | |
| Borrower: | Citricola Salteña | Trust: | N/A |
| Fee Type (Specify): | none | Trustee / Administrator: | N/A |
| | | Collateral Manager: | Baltic Control (BC) Ltd. |
| Fee Amount (Fixed$/Percentage): Frequency of Fee: (Specify) | none | Broker/Representative/Agent: | DBA Corporate Finance |
| | | Investment Structure: | Warrants/Inventory (WIF) |

## PARTICIPATION ADVANCE / INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance: | Fixed Rate Loan | Date of Advance / Purchase: | 29-Jan-18 |
| Off taker Name: | Various | Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 26-Jul-18 |
| (Loan # to be Purchased): | Specified below | No. of Days: | 178 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $45,423.22 |
| | | Discount Rate: | 95.74% |
| Purchaser | GLOBAL TRADE FINANCE FUND (GTFF) | Advance Amount / Loan Participation Price: | $43,488.00 |
| | | Repayment Terms: | Single Maturity |
| | | Loan # (Assigned Upon Purchase of Loan Participation): | N/A (advance of new funds to borrower) |
| | | (Specify): | CITR78 |
| | | Specific Loan Collateral (Specify): | Specified below / Assignment of Export contracts under Master Agreement |

### COUNTRIES

| Field | Value |
|---|---|
| Risk Country: | Uruguay |
| Origin: | Uruguay |
| Destination: (Specify) | Uruguay |

## DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

WIRE INSTRUCTIONS:
To: Deutsche Bank Trust Company Americas
60 Wall Street, New York, NY 10005
ABA: 021-001-033
Swift: BKTRUST33
Credit: TFT Settlement Account
Account: 04-946-733

EFFECTIVE DATE: 1/29/2018

OFFICER SIGNATURE: *[signature]*

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.

Richard Cadena
Senior Director
IIG Trade Finance LLC

## INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| Spread (Interest Rate) | 0.000% |
| Base Interest Rate at Initial Draw: | 9.00% |
| Total Rate: | 9.00% |
| Reset Date | None |
| Ceiling (Maximum Rate): | n/a |
| Floor (Minimum Rate): | 9.00% |
| Interest / Reset Frequency: | At Maturity |
| Payment Method: | Pays Interest at Maturity |

---

| Collateral: New Warrant | Maturity 7/26/18 | Amount: $54,360.00 (100% invoices) |
|---|---|---|
| Product: | Essential Orange Oil and Essential Tangerin Oil | |

### Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | GTFF | Operations Analyst: | RC/CS |
| Office: | | | |
| Branch: | | Manager: (Initial) | CRC |
| GL Code (Discount): | | Deal Analyst: (Initial) | LM/NC |
| GL Code: | 9 | | |
| GL Code (BV): | | Entered in Stucky by (initial): | CS |
| | | Date: | 1/29/2018 |
| Compute [Capitalize Interest]: | | Loan #: | CITR78 |
| Accrue & Compute [Does not Capitalize]: | | Activated By: | TL/RC |
| | | Weekly Stucky Verification Completed: | |
| Amortize Loans (Reduction Schedule) | | By: | |
| | | Date: | |
| | | Papershell Set-Up Completed: | |
| | | By: | |
| | | Date: | |

Date Prepared: 26-Dec-17

## TICKET FOR ADVANCES / PARTICIPATIONS - GLOBAL TRADE FINANCE FUND (GTFF)
(to be completed by deal analysts)



### FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | Contrato de Línea de Crédito Para la Prefinanciación de Exportaciones | | |
| Facility Type (Specify): | Revolving Credit-Uncommitted | Originator: | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 10-Jul-17 | Off taker Name(s): | Various |
| | | Commodity/Industry Sector: (Specify): | Other (please specify) / Essential Lemon Oil |
| Maturity Date: | 22-Jun-18 | Trust: | N/A |
| Borrower: | Citricola Salteña | Trustee / Administrator: | N/A |
| Fee Type (Specify): | none | Collateral Manager: | Baltic Control (BC) Ltd. |
| Fee Amount (Fixed$/Percentage): Frequency of Fee (Specify): | none | Broker/Representative/Agent: | DBA Corporate Finance |
| | | Investment Structure: | Warrants/Inventory (WIF) |

### PARTICIPATION ADVANCE / INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance: | Fixed Rate Loan | Date of Advance / Purchase: | 26-Dec-17 |
| Off taker Name: | Various | Maturity Date(s) Applicable to Adv: (Specify): | Specified below / 22-Jun-18 |
| (Loan # to be Purchased): | Specified below | No. of Days: | 178 |
| Seller: | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $31,811.29 |
| | | Discount Rate: | 95.74% |
| Purchaser: | GLOBAL TRADE FINANCE FUND (GTFF) | Advance Amount / Loan Participation Price: | $30,456.00 |
| | | Repayment Terms: | Single Maturity |
| | | TFF LTD Loan # (Assigned Upon Purchase of Loan Participation): (Specify): | N/A (advance of new funds to borrower) / CITR76 |

### COUNTRIES

| Field | Value | Field | Value |
|---|---|---|---|
| Risk Country: | Uruguay | | |
| Origin: | Uruguay | Specific Loan Collateral (Specify): | Specified below / Assignent of Export contracts under Master Agreement |
| Destination: (Specify): | Uruguay | | |

### DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES | INTEREST RATE DETAILS

WIRE INSTRUCTIONS:
To: Deutsche Bank Trust Company Americas
60 Wall Street, New York, NY 10005
ABA: 021-001-033
Swift: BKTRUST33
Credit: TFT Settlement Account
Account: 04-946-733

EFFECTIVE DATE: 12/26/2017

OFFICER SIGNATURE: [signature]

Thomas Lavecchia
Senior Director
MG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Citibank account referenced above.

| Field | Value |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| Spread (if applicable): | 0.000% |
| Base Interest Rate at Initial Draw: | 9.00% |
| All in Rate: | 9.00% |
| Reset Date: | None |
| Ceiling (Maximum Rate): | n/a |
| Floor (Minimum Rate): | 9.00% |
| Interest / Reset Frequency: | At Maturity |
| Payment Method: | Pays Interest at Maturity |

Collateral: New Warrant   Maturity 6/22/18   Amount: $38,070.00 (100% Invoices)
Product: Essential Lemon Oil

### Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | GTFF | Operations Analyst: | RC/CS |
| Office: | | | |
| Branch: | | Manager: (Initial) | CRC |
| GL Code (Discount): | | Deal Analyst: (Initial) | LM/NC |
| GL Code: | 9 | | |
| GL Code (BV): | | Entered in Stucky by (initial): | CS |
| | | Date: | 12/26/2017 |
| Compute [Capitalize Interest]: | | Loan #: | CITR76 |
| Accrue & Compute [Does not Capitalize]: | | Activated By: | TL/RC |
| | | Weekly Stucky Verification Completed: | |
| Amortize Loans (Reduction Schedule) | | By: | |
| | | Date: | |
| | | Papershell Set-Up Completed: | |
| | | By: | |
| | | Date: | |

Date Prepared: 20-Jul-18

## TICKET FOR ADVANCES / PARTICIPATIONS - GLOBAL TRADE FINANCE FUND (GTFF)
*(to be completed by deal analysts)*

### FACILITY INFORMATION

(41)

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | Contrato de Línea de Crédito Para la Prefinanciación de Exportaciones | | |
| Facility Type: (Specify) | Revolving Credit-Uncommitted | Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 10-Jul-17 | Off taker Name(s): | Various |
| | | Commodity/Industry Sector: (Specify) | Juice Concentrates |
| Maturity Date: | 17-Jan-19 | | |
| Borrower: | Citricola Salteña | Trust: | N/A |
| Fee Type (Specify) | none | Trustee / Administrator: | N/A |
| Fee Amount (Fixed$/Percentage): | | Collateral Manager: | Baltic Control (BC) Ltd. |
| Frequency of Fee: (Specify) | none | Broker/Representative/Agent: | DBA Corporate Finance |
| | | Investment Structure: | Warrants/Inventory (WIF) |

### PARTICIPATION ADVANCE / INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance: | Fixed Rate Loan | Date of Advance / Purchase: | 20-Jul-18 |
| Off taker Name: | Various | Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 17-Jan-19 |
| (Loan # to be Purchased): | Specified below | No. of Days: | 181 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $22,104.00 |
| | | Discount Rate: | 100.00% |
| Purchaser | GLOBAL TRADE FINANCE FUND (GTFF) | Advance Amount / Loan Participation Price: | $22,104.00 |
| | | Repayment Terms: | Single Maturity |

#### COUNTRIES

| Field | Value | Field | Value |
|---|---|---|---|
| Risk Country: | Uruguay | Loan # (Assigned Upon Purchase of Loan Participation): (Specify) | N/A (advance of new funds to borrower) / CITR89 |
| Origin: | Uruguay | | |
| Destination: (Specify) | Uruguay | Specific Loan Collateral (Specify) | Specified below / Assignment of Export contracts under Master Agreement |

### DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

WIRE INSTRUCTIONS:
To: Deutsche Bank Trust Company Americas
60 Wall Street, New York, NY 10005
ABA: 021-001-033
Swift: BKTRUST33
Credit: TFT Settlement Account
Account: 04-946-733

EFFECTIVE DATE: 7/20/2018

OFFICER SIGNATURE: *[signed]*

Thomas LaVecchia
Senior Director
IIG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the Borrower or Broker once funds are received in the Deutsche Bank account referenced above.

### INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Default Rate: | Fixed Rate (Fixed) |
| Spread (Interest Rate): | 0.000% |
| Base Interest Rate at Initial Draw: | 9.00% |
| Total Rate: | 9.00% |
| Reset Rate: | None |
| Ceiling (Maximum Rate): | n/a |
| Floor (Minimum Rate): | 9.00% |
| Interest / Reset Frequency: | At Maturity |
| Payment Method: | Pays Interest at Maturity |

Collateral: $22,104.00 at 100%    Maturity 1/17/2019

Product: Lime and Orange essential oil

### Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | GTFF | Operations Analyst: | RC/CS |
| Office: | | | |
| Branch: | | Manager: ____ (initial) | CRC |
| GL Code (Discount): | | Deal Analyst: ____ (initial) | LM/NC |
| GL Code: | 9 | Entered in Stucky by (initial): | CS |
| GL Code (BV): | | Date: | 7/20/2018 |
| Compute (Capitalize Interest): | | Loan #: | CITR89 |
| Accrue & Compute (Does not Capitalize): | | Activated By: | TL/RC |
| Amortize Loans (Reduction Schedule) | | Weekly Stucky Verification Completed: By: / Date: | |
| | | Papershell Set-Up Completed: By: / Date: | |

Date Prepared: 19-Mar-18

## TICKET FOR ADVANCES / PARTICIPATIONS - GLOBAL TRADE FINANCE FUND (GTFF)
(to be completed by deal analysts)

 (27)

### FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | Contrato de Línea de Crédito Para la Prefinanciación de Exportaciones | | |
| Facility Type: (Specify) | Revolving Credit-Uncommitted | Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 10-Jul-17 | Off taker Name(s): | Various |
| | | Commodity/Industry Sector: (Specify) | Juice Concentrates |
| Maturity Date: | 15-Feb-19 | Trust: | N/A |
| Borrower: | Citricola Salteña | Trustee / Administrator: | N/A |
| Fee Type (Specify): | none | Collateral Manager: | Baltic Control (BC) Ltd. |
| Fee Amount (Fixed$/Percentage): Frequency of Fee: (Specify) | none | Broker/Representative/Agent: | DBA Corporate Finance |
| | | Investment Structure: | Warrants/Inventory (WIF) |

### PARTICIPATION ADVANCE / INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance: | Fixed Rate Loan | Date of Advance / Purchase: | 19-Mar-18 |
| Off taker Name: | Various | Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 15-Feb-19 |
| (Loan # to be Purchased): | Specified below | No. of Days: | 333 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $312,187.95 |
| | | Discount Rate: | 100.00% |
| Purchaser | GLOBAL TRADE FINANCE FUND (GTFF) | Advance Amount / Loan Participation Price: | $312,187.95 |
| | | Repayment Terms: | Single Maturity |
| **COUNTRIES** | | Loan # (Assigned Upon Purchase of Loan Participation): (Specify) | N/A (advance of new funds to borrower) / CITR81 |
| Risk Country: | Uruguay | | |
| Origin: | Uruguay | Specific Loan Collateral (Specify): | Specified below / Assignment of Export contracts under Master Agreement |
| Destination: (Specify) | Uruguay | | |

### DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES | INTEREST RATE DETAILS

WIRE INSTRUCTIONS:
To: Deutsche Bank Trust Company Americas
60 Wall Street, New York, NY 10005
ABA: 021-001-033
Swift: BKTRUST33
Credit: TFI Settlement Account
Account: 04-946-133

EFFECTIVE DATE: 3/19/2018

OFFICER SIGNATURE: [signed]

Richard Cadena
Senior Director
IIG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.

| Field | Value |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| Spread (Interest Rate) | 0.000% |
| Base Interest Rate at Initial Draw: | 9.00% |
| Total Rate: | 9.00% |
| Reset Date | None |
| Maximum Rate: | n/a |
| Floor (Minimum Rate): | 9.00% |
| Reset Frequency: | At Maturity |
| Payment Method: | Pays Interest at Maturity |

### Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | GTFF | Operations Analyst: | RC/CS |
| Office: | | Manager: (Initial) | CRC |
| Branch: | | | |
| GL Code (Discount): | | Deal Analyst: (Initial) | LM/NC |
| GL Code: | 9 | Entered in Stucky by (Initial): | CS |
| GL Code (BV): | | Date: | 3/19/2018 |
| Compute [Capitalize Interest]: | | Loan #: | CITR81 |
| Accrue & Compute [Does not Capitalize]: | | Activated By: | TU/RC |
| | | Weekly Stucky Verification Completed: By: Date: | |
| Amortize Loans (Reduction Schedule): | | Papershell Set-Up Completed: By: Date: | |

Date Prepared: 10-Jul-18

# TICKET FOR ADVANCES / PARTICIPATIONS - GLOBAL TRADE FINANCE FUND (GTFF)
*(to be completed by deal analysts)*

**FACILITY INFORMATION**

(37)

| | |
|---|---|
| Title of Loan/Credit Agreement | Contrato de Línea de Crédito Para la Prefinanciación de Exportaciones |
| Facility Type: (Specify) | Revolving Credit-Uncommitted |
| Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 10-Jul-17 |
| Off taker Name(s): | Various |
| Commodity/Industry Sector: (Specify) | Juice Concentrates |
| Maturity Date: | 10-Jan-19 |
| Borrower: | Citricola Salteña |
| Trust: | N/A |
| Fee Type: (Specify) | none |
| Trustee / Administrator: | N/A |
| Fee Amount (Fixed$/Percentage): | |
| Collateral Manager: | Baltic Control (BC) Ltd. |
| Frequency of Fee: (Specify) | none |
| Broker/Representative/Agent: | DBA Corporate Finance |
| Investment Structure: | Pre-Export (PEF) |

## PARTICIPATION ADVANCE / INTEREST INFORMATION

| | |
|---|---|
| Type of Advance: | Fixed Rate Loan |
| Date of Advance / Purchase: | 10-Jul-18 |
| Off taker Name: | Various |
| Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 10-Jan-19 |
| (Loan # to be Purchased): | Specified below |
| No. of Days: | 184 |
| Seller | TRADE FINANCE TRUST |
| Nominal Amount (Expected Maturity Value): | $47,318.00 |
| | Discount Rate: 100.00% |
| Purchaser | GLOBAL TRADE FINANCE FUND (GTFF) |
| Advance Amount / Loan Participation Price: | $47,318.00 |
| | Repayment Terms: Single Maturity |

**COUNTRIES**

| | |
|---|---|
| Risk Country: | Uruguay |
| Loan # (Assigned Upon Purchase of Loan Participation): (Specify) | N/A (advance of new funds to borrower) / CITR88 |
| Origin: | Uruguay |
| Destination: (Specify) | Uruguay |
| Specific Loan Collateral (Specify): | Specified below / Assignment of Export contracts under Master Agreement |

**DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES**

WIRE INSTRUCTIONS:
To: Deutsche Bank Trust Company Americas
60 Wall Street, New York, NY 10005
ABA: 021-001-033
Swift: BKTRUST33
Credit: TFT Settlement Account
Account: 04-946-733

EFFECTIVE DATE: 7/10/2018

OFFICER SIGNATURE: [signature]

Thomas LaVecchia
Senior Director
IIG Trade Finance, LLC

**INTEREST RATE DETAILS**

| | |
|---|---|
| Type of Rate: | Fixed Rate (Fixed) |
| Spread (Interest Rate) | 0.000% |
| Rate of Interest at Initial Draw: | 9.00% |
| Total Rate: | 9.00% |
| Default Rate: | None |
| Ceiling (Maximum Rate): | n/a |
| Floor (Minimum Rate): | 9.00% |
| Interest / Reset Frequency: | At Maturity |
| Payment Method: | Pays Interest at Maturity |

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.

Collateral: $59,148.00 at 100%     Maturity 1/10/2019

Product: ConcentrateTangerine Juice

### Operations Only

| | |
|---|---|
| Region: | GTFF |
| Operations Analyst: | RC/CS |
| Office: | |
| Branch: | |
| Manager: _____ (Initial) | CRC |
| GL Code (Discount): | |
| GL Code: | 9 |
| Deal Analyst: _____ (Initial) | LM/NC |
| GL Code (BV): | |
| Entered in Stucky by (initial): | CS |
| | Date: 7/10/2018 |
| Compute [Capitalize Interest]: | |
| Loan #: | CITR88 |
| Accrue & Compute [Does not Capitalize]: | |
| Activated By: | TL/RC |
| Amortize Loans (Reduction Schedule): | |
| Weekly Stucky Verification Completed: | |
| | By: |
| | Date: |
| | Papershell Set-Up Completed: |
| | By: |
| | Date: |

Date Prepared: 2-Jan-19

## TICKET FOR ADVANCES / PARTICIPATIONS - STRUCTURED TRADE FINANCE FUNDING (STFF)
*(to be completed by deal analysts)*

### FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | Contrato de Línea de Crédito Para la Prefinanciación de Exportaciones | | |
| Facility Type: (Specify) | Revolving Credit-Uncommitted | Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 10-Jul-17 | Off taker Name(s): | Prodalim International Ltd. |
| | | Commodity/Industry Sector: (Specify) | Juice Concentrates |
| Maturity Date: | 9-May-19 | | |
| Borrower: | Citricola Salteña | Trust : | N/A |
| Fee Type (Specify) | none | Trustee / Administrator: | N/A |
| Fee Amount (Fixed$/Percentage): Frequency of Fee: (Specify) | none | Collateral Manager: | Baltic Control (BC) Ltd. |
| | | Broker/Representative/Agent: | DBA Corporate Finance |
| | | Investment Structure: | Account Receivable Financing (ARF) |

### PARTICIPATION ADVANCE / INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance: | Fixed Rate Loan | Date of Advance / Purchase: | 2-Jan-19 |
| Off taker Name: | Prodalim International Ltd. | Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 9-May-19 |
| (Loan # to be Purchased): | Specified below | No. of Days: | 181 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $22,680.00 |
| | | Discount Rate: | 80.00% |
| Purchaser | STRUCTURED TRADE FINANCE FUND (STFF) | Advance Amount / Loan Participation Price: | $18,144.00 |
| | | Repayment Terms: | Single Maturity |
| | COUNTRIES | Loan # (Assigned Upon Purchase of Loan Participation): (Specify) | N/A (advance of new funds to borrower) / CITRA9 |
| Risk Country: | Netherlands | | |
| Origin: | Uruguay | Specific Loan Collateral (Specify) | Specified below / Assignment of Export contracts under Master Agreement |
| Destination: (Specify) | Netherlands | | |

### DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

WIRE INSTRUCTIONS:
To: Deutsche Bank Trust Company Americas
60 Wall Street, New York, NY 10005
ABA: 021-001-033
Swift: BKTRUST33
Credit: TFT Settlement Account
Account: 04-946-733
EFFECTIVE DATE: 1/2/2019

OFFICER SIGNATURE: *[signed]*

Thomas LaVecchia
Senior Director
IIG Trade Finance 11-C

NOTE: As Collateral Manager, we will permit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.

### INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| | 0.000% |
| Base Interest Rate at Initial Draw: | 9.00% |
| Rate: | 9.00% |
| Reset Date | None |
| Floor (Minimum Rate): | n/a |
| | 9.00% |
| Interest / Reset Frequency: | At Maturity |
| Payment Method: | Pays Interest at Maturity |

| Invoice No. | Warrant 18-12-021 | $22,680.00 |
|---|---|---|
| Collateral 100% = | $22,680.00 | |

### Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | STFF | Operations Analyst: | RC/AZ |
| Office: | | Manager:_____(Initial) | CRC |
| Branch: | | | |
| GL Code ( Discount): | | Deal Analyst:_____(Initial) | LM/NC |
| GL Code: | 6 | | |
| GL Code (BV): | | Entered In Stucky by (initial): | AZ |
| | | Date: | 1/2/2019 |
| Compute [Capitalize Interest]: | | Loan #: | CITRA9 |
| Accrue & Compute (Does not Capitalize): | | Activated By: | TL/RC |
| Amortize Loans (Reduction Schedule) | | Weekly Stucky Verification Completed: | |
| | | By: | |
| | | Date: | |
| | | Papershell Set-Up Completed: | |
| | | By: | |
| | | Date: | |

| | |
|---|---|
| Date Prepared: | 15-Aug-17 |

# TICKET FOR ADVANCES / PARTICIPATIONS - TRADE FINANCE FUNDING I B.V.
*(to be completed by deal analysts)*

## FACILITY INFORMATION

| | | | | |
|---|---|---|---|---|
| Title of Loan/Credit Agreement | Contrato de Línea de Crédito Para la Prefinanciación de Exportaciones | | | |
| Facility Type: (Specify) | Revolving Credit-Uncommitted | | Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 10-Jul-17 | | Off taker Name(s): | Various |
| | | | Commodity/Industry Sector: (Specify) | Juice Concentrates / Concentrated Mandarin Juice |
| Maturity Date: | 8-Dec-17 | | | |
| Borrower: | Citricola Salteña | | Trust: | N/A |
| Fee Type (Specify) | none | | Trustee / Administrator: | N/A |
| | | | Collateral Manager: | Baltic Control (BC) Ltd. |
| Fee Amount (Fixed$/Percentage): Frequency of Fee: (Specify) | none | | Broker/Representative/Agent: | DBA Corporate Finance |
| | | | Investment Structure: | Account Receivable Financing (ARF) |

## PARTICIPATION ADVANCE / INTEREST INFORMATION

| | | | | |
|---|---|---|---|---|
| Type of Advance: | Strip participation | | Date of Advance / Purchase: | 15-Aug-17 |
| Off taker Name: | Various | | Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 8-Dec-17 |
| (Loan # to be Purchased): | Specified below | | No. of Days: | 115 |
| Seller | TRADE FINANCE TRUST | | Nominal Amount (Expected Maturity Value): | $82,876.10 |
| | | | Discount Rate: | 97.21% |
| Purchaser | STRUCTURED TRADE FINANCE FUND (STFF) | | Advance Amount / Loan Participation Price: | $80,560.00 |
| | | | Repayment Terms: | Single Maturity |
| **COUNTRIES** | | | TFF LTD Loan # (Assigned Upon Purchase of Loan Participation): (Specify) | N/A (advance of new funds to borrower) / CITR59 |
| Risk Country: | United States of America | | | |
| Origin: | Uruguay | | Specific Loan Collateral (Specify) | Specified below / Assigment of Export contracts under Master Agreement |
| Destination: (Specify) | United States of America | | | |

## DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES | INTEREST RATE DETAILS

| | | | | |
|---|---|---|---|---|
| WIRE INSTRUCTIONS: | To: Deutsche Bank Trust Company Americas | | Reference Rate: | Fixed Rate (Fixed) |
| | 60 Wall Street, New York, NY 10005 | | Spread (Interest Rate) | 0.000% |
| | ABA: 021-001-033 | | Base Interest Rate at Initial Draw: | 9.00% |
| | Swift: BKTRUST33 | | Total Rate: | 9.00% |
| | Credit: TFT Settlement Account | | Reset Date | None |
| EFFECTIVE DATE: | Account: 04-946-73? | | Ceiling (Maximum Rate): | n/a |
| | 8/15/2017 | | Floor (Minimum Rate): | 9.00% |
| OFFICER SIGNATURE: | [signature] | | Interest / Reset Frequency: | At Maturity |
| | | | Payment Method: | Pays Interest at Maturity |

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Citibank account referenced above.

| | | | |
|---|---|---|---|
| Collateral: Invoice no.A000076 | Invoice Maturity 12/08/2017 | Amount: $50,349.99 (100% invoices) | |
| Collateral: Invoice no.A000075 | Invoice Maturity 12/08/2017 | Amount: $50,349.990 (100% invoices) | |
| Product: | Frozen Concentrated Mandarin Juice | | |

## Operations Only

| | | | | |
|---|---|---|---|---|
| Region: | STFF | | Operations Analyst: | RC/CS |
| Office: | | | Manager: _____ (Initial) | CRC |
| Branch: | | | Deal Analyst: _____ (Initial) | LM/NC |
| GL Code ( Discount): | | | Entered in Stucky by (Initial): | CS |
| GL Code: | 6 | | Date: | 8/15/2017 |
| GL Code (BV): | | | Loan #: | CITR59 |
| Compute [Capitalize Interest]: | | | Activated By: | TL/RC |
| Accrue & Compute [Does not Capitalize]: | | Weekly Stucky Verification Completed: | | |
| | | | By: | |
| Amortize Loans (Reduction Schedule): | | | Date: | |
| | | Papershell Set-Up Completed: | | |
| | | | By: | |
| | | | Date: | |

|  |  |
|---|---|
| Date Prepared: | 7-Jun-18 |

## TICKET FOR ADVANCES / PARTICIPATIONS - STRUCTURED TRADE FINANCE FUNDING (STFF)
*(to be completed by deal analysts)*

**FACILITY INFORMATION**   (35)

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | Contrato de Línea de Crédito Para la Prefinanciación de Exportaciones | | |
| Facility Type (Specify): | Revolving Credit-Uncommitted | Originator: | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- If applicable) | 10-Jul-17 | Off taker Name(s): | Various |
| | | Commodity/Industry Sector: (Specify) | Juice Concentrates |
| Maturity Date: | 7-Dec-18 | | |
| Borrower: | Citricola Salteña | Trust : | N/A |
| Fee Type (Specify): | none | Trustee / Administrator: | N/A |
| Fee Amount (Fixed$/Percentage): | | Collateral Manager: | Baltic Control (BC) Ltd. |
| Frequency of Fee: (Specify) | none | Broker/Representative/Agent: | DBA Corporate Finance |
| | | Investment Structure: | Warrants/Inventory (WIF) |

**PARTICIPATION ADVANCE / INTEREST INFORMATION**

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance: | Fixed Rate Loan | Date of Advance / Purchase: | 7-Jun-18 |
| Off taker Name: | Various | Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 7-Dec-18 |
| (Loan # to be Purchased): | Specified below | No. of Days: | 183 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $36,252.00 |
| | | Discount Rate: | 100.00% |
| Purchaser | STRUCTURED TRADE FINANCE FUND (STFF) | Advance Amount / Loan Participation Price: | $36,252.00 |
| | | Repayment Terms: | Single Maturity |
| **COUNTRIES** | | Loan # (Assigned Upon Purchase of Loan Participation): (Specify) | N/A (advance of new funds to borrower) / CITR83 |
| Risk Country: | United States of America | | |
| Origin: | Uruguay | Specific Loan Collateral (Specify): | Specified below / Assignment of Export contracts under Master Agreement |
| Destination: (Specify) | United States of America | | |

| DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES | | INTEREST RATE DETAILS | |
|---|---|---|---|
| WIRE INSTRUCTIONS: To: | Deutsche Bank Trust Company Americas 60 Wall Street, New York, NY 10005 | Reference Rate: | Fixed Rate (Fixed) |
| ABA: | 021-001-033 | Spread (Interest Rate): | 0.000% |
| Swift: | BKTRUST33 | Base Interest Rate at Initial Draw: | 9.00% |
| Credit: | TFT Settlement Account | Total Rate: | 9.00% |
| EFFECTIVE DATE: Account: | 04-946-733 | Reset Date | None |
| | 6/7/2018 | Cap (Maximum Rate): | n/a |
| OFFICER SIGNATURE: | [signature] | Floor (Minimum Rate): | 9.00% |
| | Richard Cadena Senior Director IIG Trade Finance LLC | Reset / Reset Frequency: | At Maturity |
| | | Payment Method: | Pays Interest at Maturity |

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.

| Collateral: New Warrant | Maturity 12/7/18 | Amount: $45,315.00 (100% Invoices) |
|---|---|---|
| Product: | Mandarin Concentrate Juice | |

| Operations Only | | | |
|---|---|---|---|
| Region: | STFF | Operations Analyst: | RC/CS |
| Office: | | | |
| Branch: | | Manager: (Initial) | CRC |
| GL Code (Discount): | | Deal Analyst: (Initial) | LM/NC |
| GL Code: | 6 | | |
| GL Code (BV): | | Entered in Stucky by (initial): | CS |
| | | Date: | 6/7/2018 |
| Compute [Capitalize Interest]: | | Loan #: | CITR83 |
| Accrue & Compute [Does not Capitalize]: | | Activated By: | TL/RC |
| | | Weekly Stucky Verification Completed: | |
| Amortize Loans (Reduction Schedule): | | By: | |
| | | Date: | |
| | | Papershell Set-Up Completed: | |
| | | By: | |
| | | Date: | |

Date Prepared: 7-Feb-18

# TICKET FOR ADVANCES / PARTICIPATIONS - STRUCTURED TRADE FINANCE FUNDING (STFF)
*(to be completed by deal analysts)*

## FACILITY INFORMATION

(30)

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | Contrato de Línea de Crédito Para la Prefinanciación de Exportaciones | | |
| Facility Type: (Specify) | Revolving Credit-Uncommitted | Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 10-Jul-17 | Off taker Name(s): | Various |
| | | Commodity/Industry Sector: (Specify) | Juice Concentrates |
| Maturity Date: | 9-Aug-18 | | |
| Borrower: | Citricola Salteña | Trust : | N/A |
| Fee Type (Specify) | none | Trustee / Administrator: | N/A |
| Fee Amount (Fixed$/Percentage): | | Collateral Manager: | Baltic Control (BC) Ltd. |
| Frequency of Fee: (Specify) | none | Broker/Representative/Agent: | DBA Corporate Finance |
| | | Investment Structure: | Warrants/Inventory (WIF) |

## PARTICIPATION ADVANCE / INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance: | Fixed Rate Loan | Date of Advance / Purchase: | 7-Feb-18 |
| Off taker Name: | Various | Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 9-Aug-18 |
| (Loan # to be Purchased): | Specified below | No. of Days: | 183 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $83,609.00 |
| | | Discount Rate: | 100.00% |
| Purchaser | STRUCTURED TRADE FINANCE FUND (STFF) | Advance Amount / Loan Participation Price: | $83,609.00 |
| | | Repayment Terms: | Single Maturity |

### COUNTRIES

| Field | Value | Field | Value |
|---|---|---|---|
| | | Loan # (Assigned Upon Purchase of Loan Participation): (Specify) | N/A (advance of new funds to borrower) / CITR79 |
| Risk Country: | Uruguay | | |
| Origin: | Uruguay | Specific Loan Collateral (Specify): | Specified below / Assignment of Export contracts under Master Agreement |
| Destination: (Specify) | Uruguay | | |

## DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

| WIRE INSTRUCTIONS: | | INTEREST RATE DETAILS | |
|---|---|---|---|
| To: | Deutsche Bank Trust Company Americas | Reference Rate: | Fixed Rate (Fixed) |
| | 60 Wall Street, New York, NY 10005 | Spread (Interest Rate) | 0.000% |
| ABA: | 021-001-033 | Base Interest Rate at Initial Draw: | 9.00% |
| Swift: | BKTRUST33 | Total Rate: | 9.00% |
| Credit: | TFT Settlement Account | Reset Date | None |
| EFFECTIVE DATE: Account: | 04-946731 | Floor (Minimum Rate): | n/a |
| | 2/7/2018 | Ceiling (Maximum Rate): | 9.00% |
| OFFICER SIGNATURE: | [signature] | Reset Frequency: | At Maturity |
| | | Payment Method: | Pays Interest at Maturity |

Richard Cadena
Senior Director
IIG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.

Collateral: new warrant    Maturity 8/09/18

Product: Concentrated Mandarin Juice and Concentrated Orange Juice

### Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | STFF | Operations Analyst: | RC/CS |
| Office: | | Manager: (Initial) | CRC |
| Branch: | | | |
| GL Code (Discount): | | Deal Analyst: (Initial) | LM/NC |
| GL Code: | 6 | | |
| GL Code (BV): | | Entered in Stucky by (Initial): | CS |
| | | Date: | 2/7/2018 |
| Compute (Capitalize Interest): | | Loan #: | CITR79 |
| Accrue & Compute (Does not Capitalize): | | Activated By: | TL/RC |
| Amortize Loans (Reduction Schedule): | | Weekly Stucky Verification Completed: | |
| | | By: | |
| | | Date: | |
| | | Papershell Set-Up Completed: | |
| | | By: | |
| | | Date: | |

| | |
|---|---|
| Date Prepared: | 20-Dec-17 |

# TICKET FOR ADVANCES / PARTICIPATIONS - STRUCTURED TRADE FINANCE FUNDING (STFF)
*(to be completed by deal analysts)*

## FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | Contrato de Línea de Crédito Para la Prefinanciación de Exportaciones | | |
| Facility Type: (Specify) | Revolving Credit-Uncommitted | Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 10-Jul-17 | Off taker Name(s): | Various |
| | | Commodity/Industry Sector: (Specify) | Other (please specify) / Orange Essential Oils |
| Maturity Date: | 21-Jun-18 | | |
| Borrower: | Citricola Salteña | Trust : | N/A |
| Fee Type (Specify) | none | Trustee / Administrator: | N/A |
| Fee Amount (Fixed$/Percentage): Frequency of Fee: (Specify) | none | Collateral Manager: | Baltic Control (BC) Ltd. |
| | | Broker/Representative/Agent: | DBA Corporate Finance |
| | | Investment Structure: | Warrants/Inventory (WIF) |

## PARTICIPATION ADVANCE / INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance: | Fixed Rate Loan | Date of Advance / Purchase: | 20-Dec-17 |
| Off taker Name: | Various | Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 21-Jun-18 |
| (Loan # to be Purchased): | Specified below | No. of Days: | 183 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $56,319.91 |
| | | Discount Rate: | 95.63% |
| Purchaser | STRUCTURED TRADE FINANCE FUND (STFF) | Advance Amount / Loan Participation Price: | $53,856.00 |
| | | Repayment Terms: | Single Maturity |
| **COUNTRIES** | | TFF LTD Loan # (Assigned Upon Purchase of Loan Participation): (Specify) | N/A (advance of new funds to borrower) / CITR73 |
| Risk Country: | Uruguay | | |
| Origin: | Uruguay | Specific Loan Collateral (Specify): | Specified below / Assignment of Export contracts under Master Agreement |
| Destination: (Specify) | Uruguay | | |

## DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES | INTEREST RATE DETAILS

| Field | Value | Field | Value |
|---|---|---|---|
| WIRE INSTRUCTIONS: To: | Deutsche Bank Trust Company Americas 60 Wall Street, New York, NY 10005 | Reference Rate: | Fixed Rate (Fixed) |
| ABA: | 021-001-033 | Spread (Interest Rate) | 0.000% |
| Swift: | BKTRUST33 | Base Interest Rate at Initial Draw: | 9.00% |
| Credit: | TFT Settlement Account | Total Rate: | 9.00% |
| EFFECTIVE DATE: Account | 04-9?8-733 | Reset Date | None |
| | 12/20/2017 | Ceiling (Maximum Rate): | n/a |
| OFFICER SIGNATURE: | [signature] | Floor (Minimum Rate): | 9.00% |
| | | Interest / Reset Frequency: | At Maturity |
| | | Payment Method: | Pays Interest at Maturity |

Richard Cadena
Senior Director
IIG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Citibank account referenced above.

| Collateral: New Warrant | Maturity 6/21/18 | Amount: $67,320.00 (100% invoices) |
|---|---|---|
| Product: | Orange Essential Oils | |

### Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | STFF | Operations Analyst: | RC/CS |
| Office: | | Manager: (Initial) | CRC |
| Branch: | | | |
| GL Code ( Discount): | | Deal Analyst: (Initial) | LM/NC |
| GL Code: | 6 | | |
| GL Code (BV): | | Entered in Stucky by (Initial): | CS |
| | | Date: | 12/20/2017 |
| Compute [Capitalize Interest]: | | Loan #: | CITR73 |
| Accrue & Compute [Does not Capitalize]: | | Activated By: | TL/RC |
| | | Weekly Stucky Verification Completed: | |
| Amortize Loans (Reduction Schedule): | | By: | |
| | | Date: | |
| | | Papershell Set-Up Completed: | |
| | | By: | |
| | | Date: | |

| | |
|---|---|
| Date Prepared: | 5-Jan-18 |

# TICKET FOR ADVANCES / PARTICIPATIONS - STRUCTURED TRADE FINANCE FUNDING (STFF)
*(to be completed by deal analysts)*

## FACILITY INFORMATION

| | | | | |
|---|---|---|---|---|
| Title of Loan/Credit Agreement | Contrato de Línea de Crédito Para la Prefinanciación de Exportaciones | | | |
| Facility Type: (Specify): | Revolving Credit-Uncommitted | | Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 10-Jul-17 | | Off taker Name(s): | Various |
| | | | Commodity/Industry Sector: (Specify): | Other (please specify) / Orange and Lemon Essential Oils |
| Maturity Date: | 6-Jul-18 | | | |
| Borrower: | Citricola Salteña | | Trust: | N/A |
| Fee Type (Specify): | none | | Trustee / Administrator: | N/A |
| Fee Amount (Fixed$/Percentage): Frequency of Fee: (Specify): | none | | Collateral Manager: | Baltic Control (BC) Ltd. |
| | | | Broker/Representative/Agent: | DBA Corporate Finance |
| | | | Investment Structure: | Warrants/Inventory (WIF) |

## PARTICIPATION ADVANCE / INTEREST INFORMATION

| | | | | |
|---|---|---|---|---|
| Type of Advance: | Fixed Rate Loan | | Date of Advance / Purchase: | 5-Jan-18 |
| Off taker Name: | Various | | Maturity Date(s) Applicable to Adv: (Specify): | Specified below / 6-Jul-18 |
| (Loan # to be Purchased): | Specified below | | No. of Days: | 182 |
| Seller | TRADE FINANCE TRUST | | Nominal Amount (Expected Maturity Value): | $68,651.71 |
| | | | Discount Rate: | 95.65% |
| Purchaser | STRUCTURED TRADE FINANCE FUND (STFF) | | Advance Amount / Loan Participation Price: | $65,664.00 |
| | | | Repayment Terms: | Single Maturity |

### COUNTRIES

| | | | | |
|---|---|---|---|---|
| | | | TFF LTD Loan # (Assigned Upon Purchase of Loan Participation): (Specify): | N/A (advance of new funds to borrower) / CITR77 |
| Risk Country: | Uruguay | | | |
| Origin: | Uruguay | | Specific Loan Collateral (Specify): | Specified below / Assigment of Export contracts under Master Agreement |
| Destination: (Specify): | Uruguay | | | |

## DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES | INTEREST RATE DETAILS

| | | | | |
|---|---|---|---|---|
| WIRE INSTRUCTIONS: | To: Deutsche Bank Trust Company Americas 60 Wall Street, New York, NY 10005 | | Reference Rate: | Fixed Rate (Fixed) |
| | ABA: 021-001-033 | | Spread (Interest Rate) | 0.000% |
| | Swift: BKTRUST33 | | Base Interest Rate at Initial Draw: | 9.00% |
| | Credit: TFT Settlement Account | | Total Rate: | 9.00% |
| EFFECTIVE DATE: | Account: 04-946733 | | Reset Date | None |
| | 1/5/2018 | | Ceiling (Maximum Rate): | n/a |
| OFFICER SIGNATURE: | *[signature]* Richard Cadena Senior Director IIG Trade Finance LLC | | Floor (Minimum Rate): | 9.00% |
| | | | Interest / Reset Frequency: | At Maturity |
| | | | Payment Method: | Pays Interest at Maturity |

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Citibank account referenced above.

| | |
|---|---|
| Collateral: New Warrant | Maturity 7/6/18 | Amount: $82,080.00 (100% invoices) |
| Product: | Orange and Lemon Essential Oils |

### Operations Only

| | | | | |
|---|---|---|---|---|
| Region: | STFF | | Operations Analyst: | RC/CS |
| Office: | | | | |
| Branch: | | | Manager: _____ (Initial) | CRC |
| GL Code ( Discount): | | | Deal Analyst: _____ (Initial) | LM/NC |
| GL Code: | 6 | | Entered in Stucky by (initial): | CS |
| GL Code (BV): | | | Date: | 1/5/2018 |
| Compute [Capitalize Interest]: | | | Loan #: | CITR77 |
| Accrue & Compute [Does not Capitalize]: | | | Activated By: | TL/RC |
| Amortize Loans (Reduction Schedule): | | | Weekly Stucky Verification Completed: By: Date: | |
| | | | Papershell Set-Up Completed: By: Date: | |

Date Prepared: 19-Dec-18

# TICKET FOR ADVANCES / PARTICIPATIONS - STRUCTURED TRADE FINANCE FUNDING (STFF)
(to be completed by deal analysts)

## FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | Contrato de Línea de Crédito Para la Prefinanciación de Exportaciones | | |
| Facility Type: (Specify) | Revolving Credit-Uncommitted | Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 10-Jul-17 | Off taker Name(s): | Varios |
| | | Commodity/Industry Sector: (Specify) | Juice Concentrates |
| Maturity Date: | 18-Jun-19 | | |
| Borrower: | Citricola Salteña | Trust: | N/A |
| Fee Type (Specify): | none | Trustee / Administrator: | N/A |
| Fee Amount (Fixed$/Percentage): | | Collateral Manager: | Baltic Control (BC) Ltd. |
| Frequency of Fee: (Specify) | none | Broker/Representative/Agent: | DBA Corporate Finance |
| | | Investment Structure: | Account Receivable Financing (ARF) |

## PARTICIPATION ADVANCE / INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance: | Fixed Rate Loan | Date of Advance / Purchase: | 19-Dec-18 |
| Off taker Name: | Varios | Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 18-Jun-19 |
| (Loan # to be Purchased): | Specified below | No. of Days: | 181 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $163,530.00 |
| Purchaser | STRUCTURED TRADE FINANCE FUND (STFF) | Discount Rate: | 80.00% |
| | | Advance Amount / Loan Participation Price: | $130,824.00 |
| | | Repayment Terms: | Single Maturity |

### COUNTRIES

| Field | Value | Field | Value |
|---|---|---|---|
| Risk Country: | Uruguay | Loan # (Assigned Upon Purchase of Loan Participation): (Specify) | N/A (advance of new funds to borrower) / CITRA7 |
| Origin: | Uruguay | | |
| Destination: (Specify) | Choose One / Various | Specific Loan Collateral: (Specify) | Specified below / Assigment of Export contracts under Master Agreement |

## DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

WIRE INSTRUCTIONS:
- To: Deutsche Bank Trust Company Americas
- 60 Wall Street, New York, NY 10005
- ABA: 021-001-033
- Swift: BKTRUST33
- Credit: TFT Settlement Account
- Account: 04-946-733

EFFECTIVE DATE: 12/19/2018

OFFICER SIGNATURE: [signed] Richard Cadena, Senior Director, IIG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.

Collateral: Warrant 18-12-010
Collateral 100% = $163,530.00

## INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| Spread (Interest Rate) | 0.000% |
| Base Interest Rate at Initial Draw: | 9.00% |
| Total Rate: | 9.00% |
| Reset Date | None |
| Ceiling (Maximum Rate): | n/a |
| Floor (Minimum Rate): | 9.00% |
| Interest / Reset Frequency: | At Maturity |
| Payment Method: | Pays Interest at Maturity |

## Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | STFF | Operations Analyst: | RC/AZ |
| Office: | | | |
| Branch: | | Manager: ____ (Initial) | CRC |
| GL Code (Discount): | | Deal Analyst: ____ (Initial) | LM/NC |
| GL Code: | 6 | | |
| GL Code (BV): | | Entered in Stucky by (initial): | AZ |
| | | Date: | 12/19/2018 |
| Compute [Capitalize Interest]: | | Loan #: | CITRA7 |
| Accrue & Compute [Does not Capitalize]: | | Activated By: | TL/RC |
| Amortize Loans (Reduction Schedule): | | Weekly Stucky Verification Completed: By: Date: | |
| | | Papershell Set-Up Completed: By: Date: | |

**TICKET FOR ADVANCES / PARTICIPATIONS - STRUCTURED TRADE FINANCE FUNDING (STFF)**
*(to be completed by deal analysts)*

Date Prepared: 9-Feb-18

(31)

## FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | Contrato de Línea de Crédito Para la Prefinanciación de Exportaciones | | |
| Facility Type (Specify) | Revolving Credit-Uncommitted | Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement (Date of Amendments- if applicable) | 10-Jul-17 | Off taker Name(s) | Various |
| | | Commodity/Industry Sector (Specify) | Juice Concentrates |
| Maturity Date | 10-Aug-18 | | |
| Borrower | Citricola Salteña | Trust | N/A |
| Fee Type (Specify) | none | Trustee / Administrator | N/A |
| Fee Amount (Fixed$/Percentage) | | Collateral Manager | Baltic Control (BC) Ltd. |
| Frequency of Fee (Specify) | none | Broker/Representative/Agent | DBA Corporate Finance |
| | | Investment Structure | Warrants/Inventory (WIF) |

## PARTICIPATION ADVANCE / INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance | Fixed Rate Loan | Date of Advance / Purchase | 9-Feb-18 |
| Off taker Name | Various | Maturity Date(s) Applicable to Adv (Specify) | Specified below / 10-Aug-18 |
| (Loan # to be Purchased) | Specified below | No. of Days | 182 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value) | $29,088.00 |
| Purchaser | STRUCTURED TRADE FINANCE FUND (STFF) | Discount Rate | 100.00% |
| | | Advance Amount / Loan Participation Price | $29,088.00 |
| **COUNTRIES** | | Repayment Terms | Single Maturity |
| | | Loan # (Assigned Upon Purchase of Loan Participation) (Specify) | N/A (advance of new funds to borrower) / CITR80 |
| Risk Country | Uruguay | | |
| Origin | Uruguay | Specific Loan Collateral (Specify) | Specified below / Assignment of Export contracts under Master Agreement |
| Destination (Specify) | Uruguay | | |

## DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES | INTEREST RATE DETAILS

| Field | Value | Field | Value |
|---|---|---|---|
| WIRE INSTRUCTIONS: To: | Deutsche Bank Trust Company Americas, 60 Wall Street, New York, NY 10005 | Reference Rate | Fixed Rate (Fixed) |
| ABA | 021-001-033 | Spread (Interest Rate) | 0.000% |
| Swift | BKTRUST33 | Base Interest Rate at Initial Draw | 9.00% |
| Credit | TFT Settlement Account | Total Rate | 9.00% |
| Account | 04-946-333 | Reset Date | None |
| EFFECTIVE DATE | 2/9/2018 | Ceiling (Maximum Rate) | n/a |
| OFFICER SIGNATURE | [signed] Richard Cadena, Senior Director, IIG Trade Finance LLC | Floor (Minimum Rate) | 9.00% |
| | | Interest / Reset Frequency | At Maturity |
| | | Payment Method | Pays Interest at Maturity |

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.

Collateral: new warrant   Maturity 8/10/18
Product: Essential Orange Oil and Mandarin Oil

### Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region | STFF | Operations Analyst | RC/CS |
| Office | | Manager (Initial) | CRC |
| Branch | | Deal Analyst (Initial) | LM/NC |
| GL Code (Discount) | | Entered in Stucky by (initial) | CS |
| GL Code | 6 | Date | 2/9/2018 |
| GL Code (BV) | | Loan # | CITR80 |
| Compute [Capitalize Interest] | | Activated By | TL/RC |
| Accrue & Compute (Does not Capitalize) | | Weekly Stucky Verification Completed By / Date | |
| Amortize Loans (Reduction Schedule) | | Papershell Set-Up Completed By / Date | |