# EXHIBIT P

# TICKET FOR ADVANCES / PARTICIPATIONS - GLOBAL TRADE FINANCE FUND (GTFF)
*(to be completed by deal analysts)*

## FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | Credit Agreement dated as of 1/29/18 | Originator | TRADE FINANCE TRUST |
| Facility Type: (Specify) | Other (specified below) / Revolving Credit-Uncommitted | Off taker Name(s): | Various |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 29-Jan-18 | Commodity/Industry Sector: (Specify) | Coffee |
| Maturity Date: | 27-Jul-18 | Trust: | N/A |
| Borrower: | IMPERIO S.A. | Trustee / Administrator: | N/A |
| Fee Type (Specify) | None | Collateral Manager: | N/A |
| Fee Amount (Fixed$/Percentage): Frequency of Fee: (Specify) | | Broker/Representative/Agent: | Choose One |
| | | Investment Structure: | Pre-Export (PEF) |
| Type of Advance: | Fixed Rate Loan | Date of Advance: | 29-Jan-18 |
| Off taker Name: | Various | Maturity Date(s) Applicable to Adv (Specify): | Specified below / 27-Jul-18 |
| (Loan to be Purchased): | | No. of Days: | 179 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $319,800.00 |
| | | Discount Rate: | N/A |
| Purchaser | GLOBAL TRADE FINANCE FUND (GTFF) | Advance Amount/Loan participation: | $319,800.00 |
| | | Repayment Terms: | Single Maturity |
| | | Loan # (Assigned Upon Purchase of loan participation): (Specify) | N/A (advance of new funds to borrower) / IMPE01 |

### COUNTRIES

| Field | Value | Field | Value |
|---|---|---|---|
| Risk Country: | Nicaragua | Specific Loan Collateral (Specify) | |
| Origin: (Specify) | Nicaragua | | |
| Destination: (Specify) | Nicaragua | | |

### DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

Wire Instructions:
- To: Deutsche Bank Trust Company Americas, 60 Wall Street, New York, NY 10005
- ABA: 021-001-033
- Swift: BKTRUST33
- Credit: TFT Settlement Account
- Account: 04-946-733

Effective Date: 29-Jan-18
Officer Signature: *[signed]* Richard Cadena, Senior Director, HG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.

### INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| Spread (Interest Rate) | |
| Base Interest Rate at Initial Draw: | |
| Total Rate: | 0.00000% |
| Reset Date | None |
| Ceiling (Maximum Rate): | N/A |
| Floor (Minimum Rate): | 9.00% |
| Interest / Reset Frequency: | At Maturity |
| Payment Method: | Pays Interest at Maturity |

### Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | GTFF | Operations Analyst: | AZ/CS |
| Office: | | Manager: ____ (Initial) | DH/G |
| Branch: | | Deal Analyst: ____ (Initial) | LM/NC |
| GL Code (Discount): | | Entered in Stucky by (initial): | |
| GL Code: | 9 | Date: | 29-Jan-18 |
| GL Code (ABL): | | Loan #: | IMPE01 |
| Compute [Capitalize Interest]: | | Activated By: | TL/RC |
| Accrue & Compute [Does not Capitalize]: | YES | Weekly Stucky Verification Completed: | |
| Amortize Loans (Reduction Schedule): | | By: | |
| | | Date: | |
| | | Papershell Set-Up Completed: | |
| | | By: | |
| | | Date: | |

# TICKET FOR ADVANCES / PARTICIPATIONS - STRUCTURED TRADE FINANCE FUNDING (STFF)
*(to be completed by deal analysts)*

## FACILITY INFORMATION

(29)

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | Credit Agreement dated as of 1/29/18 | | |
| Facility Type: (Specify) | Other (specified below) / Term Loan-Uncommitted | Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments - if applicable) | 29-Jan-18 | Off taker Name(s): | Various |
| | | Commodity/Industry Sector: (Specify) | Coffee |
| Maturity Date: | 27-Jul-18 | Trust: | N/A |
| Borrower: | IMPERIO S.A. | Trustee / Administrator: | N/A |
| Fee Type (Specify) | None | Collateral Manager: | N/A |
| Fee Amount (Fixed$/Percentage): Frequency of Fee: (Specify) | | Broker/Representative/Agent: | Choose One |
| | | Investment Structure: | Pre-Export (PEF) |
| Type of Advance: | Fixed Rate Loan | Date of Advance: | 29-Jan-18 |
| Off taker Name: | Various | Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 27-Jul-18 |
| (Loan to be Purchased): | | No. of Days: | 179 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $330,200.00 |
| | | Discount Rate: | N/A |
| | | Advance Amount/Loan participation: | $330,200.00 |
| Purchaser | STRUCTURED TRADE FINANCE FUND (STFF) | Repayment Terms: | Single Maturity |
| | | Loan # (Assigned Upon Purchase of loan participation): (Specify) | N/A (advance of new funds to borrower) / IMPE02 |

### COUNTRIES

| Field | Value | Field | Value |
|---|---|---|---|
| Risk Country: | Nicaragua | Specific Loan Collateral (Specify) | |
| Origin: (Specify) | Nicaragua | | |
| Destination: (Specify) | Nicaragua | | |

### DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

Wire Instructions:
To: Deutsche Bank Trust Company Americas
60 Wall Street, New York, NY 10005
ABA: 021-001-033
Swift: BKTRUST33
Credit: TFT Settlement Account
Account: 04-946-733

### INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| Spread (Interest Rate) | |
| Base Interest Rate at Initial Draw: | |
| Total Rate: | 0.00000% |
| Reset Date | None |
| Ceiling (Maximum Rate): | N/A |
| Floor (Minimum Rate): | 9.00% |
| Interest / Reset Frequency: | At Maturity |
| Payment Method: | Pays Interest at Maturity |

Effective Date: 29-Jan-18

Officer Signature: *[signed]*
Richard Cadena
Senior Director
IIG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.

### Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | STFF | Operations Analyst: | AZ/CS |
| Office: | | Manager: (Initial) | DH/SB'GG |
| Branch: | | Deal Analyst: (Initial) | LM/NC |
| GL Code (Discount): | | Entered in Stucky by (initial): | |
| GL Code: | | Date: | 29-Jan-18 |
| GL Code (ABL): | 6 | Loan #: | IMPE02 |
| Compute (Capitalize Interest): | | Activated By: | TL/RC |
| Accrue & Compute (Does not Capitalize): | YES | Weekly Stucky Verification Completed: By: Date: | |
| Amortize Loans (Reduction Schedule): | | Papershell Set-Up Completed: By: Date: | |