# EXHIBIT Q



Last statement: January 31, 2020
This statement: February 29, 2020
Total days in statement period: 29

TRADE FINANCE TRUST - IMPERIO S.A.
417 5TH AVE 8TH FL
NEW YORK NY 10016

Page 1
███████1501
( 0)

Direct inquiries to:
800-892-5430

## Business Analysis Checking

| | | | |
|---|---|---|---|
| Account number | ████████1501 | Beginning balance | $74.81 |
| Low balance | $74.81 | Total additions | .00 |
| Average balance | $74.81 | Total subtractions | .00 |
| Avg collected balance | $74 | Ending balance | $74.81 |

**  No activity this statement period  **

OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Thank you for banking with Bank Leumi USA**

**In Case of Errors or Questions About Your Electronic Funds Transfers:** If you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt, call or write us immediately at:

| | |
|---|---|
| Toll-free call within U.S.: | 800-892-5430 |
| Collect call from outside of U.S.: | 917-542-2343 |
| Address: | Bank Leumi USA |
| | Attention: Banking Operations |
| | 350 Madison Avenue |
| | New York, NY 10017 |

*For personal accounts only:* We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You will be asked to provide:

- your name and account number,
- a description of the error or the transfer you are unsure about, why you believe it is an error, or why you need more information, and
- the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**In Case of Errors or Questions About Your Non-Electronic Transactions (e.g., checks):** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic transactions on this statement. If any such error appears, you must notify us in writing no later than 30 days after the statement was made available to you or such other period as explained in our *Account Agreement and Privacy Notice* that governs your account. A copy of your account agreement is available to view at www.leumiusa.com/account-terms-and-fees (or a successor page).

Bank Leumi USA® is an FDIC-insured, New York State chartered bank. Leumi and Bank Leumi are brands operated under Bank Leumi USA.

*Thank you for banking with Bank Leumi USA*

(R 08/19)