# EXHIBIT Y

# TICKET FOR ADVANCES / PARTICIPATIONS - GLOBAL TRADE FINANCE FUND (GTFF)
*(to be completed by deal analysts)*

## FACILITY INFORMATION

(38)

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | Reconocimiento de Deuda, Modificacion de Credito y Apertura de Linea de Credito, as Amended | | |
| | | Originator | TRADE FINANCE TRUST |
| Facility Type: (Specify) | Other (specified below) / Three Year Term Loan | Off taker Name(s): | PROSESAMO S.A. |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 13-Jul-18 | Commodity/Industry Sector: (Specify) | Sesame Seeds |
| Maturity Date: | 16-Jul-19 | Trust: | N/A |
| Borrower: | PROSESAMO HOLDING LTD | Trustee / Administrator: | N/A |
| Fee Type (Specify) | None | Collateral Manager: | N/A |
| Fee Amount (Fixed$/Percentage): | | Broker/Representative/Agent: | N/A |
| Frequency of Fee: (Specify) | none | Investment Structure: | Term Loan |
| Type of Advance: | Fixed Rate Loan | Date of Advance: | 16-Jul-18 |
| Off taker Name: | PROSESAMO S.A. | Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 16-Jul-19 |
| TFF BV Loan # | | No. of Days: | 365 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $470,000.00 |
| | | Discount Rate: | N/A |
| Purchaser | GLOBAL TRADE FINANCE FUND (GTFF) | Advance Amount/Loan participation: | $470,000.00 |
| | | Repayment Terms: | Single Maturity |
| | | Loan # (Assigned Upon Purchase of loan participation): (Specify) | N/A (advance of new funds to borrower) / PROS01 |

### COUNTRIES

| Field | Value | Field | Value |
|---|---|---|---|
| Risk Country: | Cayman Islands | Specific Loan Collateral (Specify) | |
| Origin: (Specify) | Guatemala | | |
| Destination: (Specify) | Various | | |

### DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

### INTEREST RATE DETAILS

| Wire Instructions | | Reference Rate: | Fixed Rate (Fixed) |
|---|---|---|---|
| To: | Deutsche Bank Trust Company Americas | Spread (Interest Rate) | |
| | 60 Wall Street, New York, NY 10005 | | |
| ABA: | 021-001-033 | | |
| Swift: | BKTRUST33 | Reference Rate: | Fixed Rate (Fixed) |
| Credit: | TFT Settlement Account | Spread (Interest Rate) | 0.000% |
| Account: | 04-946-733 | Base Interest Rate at Initial Draw: | 8.00% |
| | | Total Rate: | 8.00% |
| | | Reset Date | None |
| Effective Date: | 16-Jul-18 | Ceiling (Maximum Rate): | n/a |
| Officer Signature: | [signature] Richard Cadena, Senior Director, IIG Trade Finance LLC | Floor (Minimum Rate): | 8.00% |
| | | Interest / Reset Frequency: | Monthly |
| | | Payment Method: | Pays Interest Monthly |

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.

### Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | GTFF | Operations Analyst: | CS/XE |
| Office: | | Manager: ____ (Initial) | ES |
| Branch: | | Deal Analyst: ____ (Initial) | JL/PF |
| GL Code (Discount): | | Entered in Stucky by (initial): | |
| GL Code: | 9 | Date: | 16-Jul-18 |
| GL Code (ABL): | | Loan #: | PROS01 |
| Compute [Capitalize Interest]: | | Activated By: | TL/RC |
| Accrue & Compute [Does not Capitalize]: | YES | Weekly Stucky Verification Completed: By: Date: | |
| Amortize Loans (Reduction Schedule): | | Papershell Set-Up Completed: By: Date: | |

# TICKET FOR ADVANCES / PARTICIPATIONS - GLOBAL TRADE FINANCE FUND (GTFF)
*(to be completed by deal analysts)*

## FACILITY INFORMATION

| Field | Value |
|---|---|
| Title of Loan/Credit Agreement | Reconocimiento de Deuda, Modificacion de Credito y Apertura de Linea de Credito, as Amended |
| Originator | TRADE FINANCE TRUST |
| Facility Type: (Specify) | Other (specified below) / Three Year Term Loan |
| Off taker Name(s): | PROSESAMO S.A. |
| Date of Loan/Credit Agreement: (Date of Amendments - if applicable) | 13-Jul-18 |
| Commodity/Industry Sector: (Specify) | Sesame Seeds |
| Maturity Date: | 16-Jul-19 |
| Trust: | N/A |
| Borrower: | PROSESAMO HOLDING LTD |
| Trustee / Administrator: | N/A |
| Fee Type (Specify): | None |
| Collateral Manager: | N/A |
| Fee Amount (Fixed$/Percentage): | |
| Broker/Representative/Agent: | N/A |
| Frequency of Fee: (Specify) | none |
| Investment Structure: | Term Loan |

| Field | Value |
|---|---|
| Type of Advance: | Fixed Rate Loan |
| Date of Advance: | 4-Oct-18 |
| | | Maturity Date(s) Applicable to Adv: | Specified below |
| Off taker Name: | PROSESAMO S.A. |
| (Specify): | 16-Jul-19 |
| (Loan to be Purchased): | |
| No. of Days: | 285 |
| Seller | TRADE FINANCE TRUST |
| Nominal Amount (Expected Maturity Value): | $40,000.00 |
| | | Discount Rate: | N/A |
| | | Advance Amount/Loan participation: | $40,000.00 |
| Purchaser | GLOBAL TRADE FINANCE FUND (GTFF) |
| Repayment Terms: | Single Maturity |
| | | Loan # (Assigned Upon Purchase of loan participation): | N/A (advance of new funds to borrower) |
| | | (Specify): | PROS01 |

### COUNTRIES

| Field | Value |
|---|---|
| Risk Country: | Cayman Islands |
| Specific Loan Collateral (Specify): | |
| Origin: (Specify) | Guatemala |
| Destination: (Specify) | Various |

### DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

Wire Instructions:
- To: Deutsche Bank Trust Company Americas
- 60 Wall Street, New York, NY 10005
- ABA: 021-001-033
- Swift: BKTRUST33
- Credit: TFT Settlement Account
- Account: 04-946-733

### INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| Spread (Interest Rate) | |
| Reference Rate: | Fixed Rate (Fixed) |
| Spread (Interest Rate) | 0.000% |
| Rate as of Draw: | 8.00% |
| Total Rate: | 8.00% |
| Reset Date | None |
| Cap (Maximum Rate): | n/a |
| Floor (Minimum Rate): | 8.00% |
| Interest / Reset Frequency: | Monthly |
| Payment Method: | Pays Interest Monthly |

Effective Date: 4-Oct-18

Officer Signature: *[signed]* Thomas LaVecchia, Senior Director, IIG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.

### Operations Only

| Field | Value |
|---|---|
| Region: | GTFF |
| Operations Analyst: | AZ/RC |
| Office: | |
| Manager: (Initial) | ES |
| Branch: | |
| GL Code (Discount): | |
| Deal Analyst: (Initial) | JL |
| GL Code: | 9 |
| GL Code (ABL): | |
| Entered in Stucky by (initial): | |
| | Date: | 4-Oct-18 |
| Compute [Capitalize Interest]: | |
| Loan #: | PROS01 |
| Accrue & Compute [Does not Capitalize]: | YES |
| Activated By: | TL/RC |
| Amortize Loans (Reduction Schedule): | |
| Weekly Stucky Verification Completed: | |
| | By: | |
| | Date: | |
| | Papershell Set-Up Completed: | |
| | By: | |
| | Date: | |

# TICKET FOR ADVANCES / PARTICIPATIONS – STRUCTURED TRADE FINANCE FUNDING (STFF)
*(to be completed by deal analysts)*

## FACILITY INFORMATION

(37)

| Field | Value |
|---|---|
| Title of Loan/Credit Agreement | Reconocimiento de Deuda, Modificacion de Credito y Apertura de Linea de Credito, as Amended |
| Facility Type: (Specify) | Other (specified below) — Three Year Term Loan |
| Date of Loan/Credit Agreement: | 13-Jul-18 |
| Date of Amendments- if applicable | |
| Maturity Date: | 16-Jul-19 |
| Borrower: | PROSESAMO HOLDING LTD |
| Fee Type (Specify): | None |
| Fee Amount (Fixed$/Percentage): | . |
| Frequency of Fee: (Specify) | none |
| Originator: | TRADE FINANCE TRUST |
| Off taker Name(s): | PROSESAMO S.A. |
| Commodity/Industry Sector: (Specify) | Sesame Seeds |
| Trust: | N/A |
| Trustee / Administrator: | N/A |
| Collateral Manager: | N/A |
| Broker/Representative/Agent: | N/A |
| Investment Structure: | Term Loan |

| Field | Value |
|---|---|
| Type of Advance: | Fixed Rate Loan |
| Off taker Name: | PROSESAMO S.A. |
| TFF BV Loan #: | |
| Seller: | TRADE FINANCE TRUST |
| Purchaser: | STRUCTURED TRADE FINANCE FUND (STFF) |
| Date of Advance: | 16-Jul-18 |
| Maturity Date(s) Applicable to Adv: (Specify) | Specified below — 16-Jul-19 |
| No. of Days: | 365 |
| Nominal Amount (Expected Maturity Value): | $830,000.00 |
| Discount Rate: | N/A |
| Advance Amount/Loan participation: | $830,000.00 |
| Repayment Terms: | Single Maturity |
| Loan # (Assigned Upon Purchase of loan participation): (Specify) | N/A (advance of new funds to borrower) — PROS02 |
| Specific Loan Collateral (Specify): | |

### COUNTRIES

| Field | Value |
|---|---|
| Risk Country: | Cayman Islands |
| Origin: (Specify) | Guatemala |
| Destination: (Specify) | Various |

### DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

Wire Instructions:
To: Deutsche Bank Trust Company Americas
60 Wall Street, New York, NY 10005
ABA: 021-001-033
Swift: BKTRUST33
Credit: TFT Settlement Account
Account: 04-946-733

Effective Date: 16-Jul-18
Officer Signature: [signature]

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.

Richard Cadena
Senior Director
IIG Trade Finance LLC

### INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| Spread (Interest Rate): | |
| Reference Rate: | Fixed Rate (Fixed) |
| Spread (Interest Rate): | 0.000% |
| Base Interest Rate at Initial Draw: | 8.00% |
| Total Rate: | 8.00% |
| Reset Date: | None |
| Ceiling (Maximum Rate): | n/a |
| Floor (Minimum Rate): | 8.00% |
| Interest / Reset Frequency: | Monthly |
| Payment Method: | Pays Interest Monthly |

### Operations Only

| Field | Value |
|---|---|
| Region: | |
| Office: | STFF |
| Branch: | |
| GL Code (Discount): | |
| GL Code: | 6 |
| GL Code (ABL): | |
| Compute [Capitalize Interest]: | |
| Accrue & Compute [Does not Capitalize]: | YES |
| Amortize Loans (Reduction Schedule): | |
| Operations Analyst: | CS/XE |
| Manager: (Initial) | ES |
| Deal Analyst: (Initial) | JL/PF |
| Entered in Stucky by (initial): | |
| Date: | 16-Jul-18 |
| Loan #: | PROS02 |
| Activated By: | TL/RC |
| Weekly Stucky Verification Completed: By: / Date: | |
| Papershell Set-Up Completed: By: / Date: | |

# TICKET FOR ADVANCES / PARTICIPATIONS - STRUCTURED TRADE FINANCE FUNDING (STFF)
*(to be completed by deal analysts)*

## FACILITY INFORMATION

39

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | Reconocimiento de Deuda, Modificacion de Credito y Apertura de Linea de Credito, as Amended | | |
| Facility Type: (Specify) | Other (specified below) / Three Year Term Loan | Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments - if applicable) | 13-Jul-18 | Off taker Name(s): | PROSESAMO S.A. |
| | | Commodity/Industry Sector: (Specify) | Sesame Seeds |
| Maturity Date: | 16-Jul-19 | Trust: | N/A |
| Borrower: | PROSESAMO HOLDING LTD | Trustee / Administrator: | N/A |
| Fee Type (Specify) | None | Collateral Manager: | N/A |
| Fee Amount (Fixed$/Percentage): Frequency of Fee: (Specify) | none | Broker/Representative/Agent: | N/A |
| | | Investment Structure: | Term Loan |
| Type of Advance: | Fixed Rate Loan | Date of Advance: | 16-Jul-18 |
| Off taker Name: | PROSESAMO S.A. | Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 16-Jul-19 |
| TFF BV Loan # | | No. of Days: | 365 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $830,000.00 |
| | | Discount Rate: | N/A |
| Purchaser | STRUCTURED TRADE FINANCE FUND (STFF) | Advance Amount/Loan participation: | $830,000.00 |
| | | Repayment Terms: | Single Maturity |
| | | Loan # (Assigned Upon Purchase of loan participation): (Specify) | N/A (advance of new funds to borrower) / PROS02 |

### COUNTRIES

| Field | Value | Field | Value |
|---|---|---|---|
| Risk Country: | Cayman Islands | Specific Loan Collateral (Specify) | |
| Origin: (Specify) | Guatemala | | |
| Destination: (Specify) | Various | | |

### DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES / INTEREST RATE DETAILS

| Wire Instructions: | To: Deutsche Bank Trust Company Americas<br>60 Wall Street, New York, NY 10005<br>ABA: 021-001-033<br>Swift: BKTRUST33<br>Credit: TFT Settlement Account<br>Account: 04-946-733 | Reference Rate: | Fixed Rate (Fixed) |
|---|---|---|---|
| | | Spread (Interest Rate) | |
| | | Reference Rate: | Fixed Rate (Fixed) |
| | | Spread (Interest Rate) | 0.000% |
| | | Base Interest Rate at Initial Draw: | 8.00% |
| | | Total Rate: | 8.00% |
| | | Reset Date | None |
| Effective Date: | 16-Jul-18 | Ceiling (Maximum Rate): | n/a |
| Officer Signature: | [signature] Richard Cadena, Senior Director, IIG Trade Finance LLC | Floor (Minimum Rate): | 8.00% |
| | | Interest / Reset Frequency: | Monthly |
| NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above. | | Payment Method: | Pays Interest Monthly |

### Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | STFF | Operations Analyst: | CS/XE |
| Office: | | Manager: (Initial) | ES |
| Branch: | | | |
| GL Code (Discount): | | Deal Analyst: (Initial) | JL/PF |
| GL Code: | 6 | Entered in Stucky by (initial): | |
| GL Code (ABL): | | Date: | 16-Jul-18 |
| Compute [Capitalize Interest]: | | Loan #: | PROS02 |
| Accrue & Compute [Does not Capitalize]: | YES | Activated By: | TL/RC |
| Amortize Loans (Reduction Schedule) | | Weekly Stucky Verification Completed: | |
| | | By: | |
| | | Date: | |
| | | Papershell Set-Up Completed: | |
| | | By: | |
| | | Date: | |

# TICKET FOR ADVANCES / PARTICIPATIONS - STRUCTURED TRADE FINANCE FUNDING (STFF)
*(to be completed by deal analysts)*

## FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | Reconocimiento de Deuda, Modificacion de Credito y Apertura de Linea de Credito, as Amended | Originator | TRADE FINANCE TRUST |
| Facility Type (Specify) | Other (specified below) / Three Year Term Loan | Off taker Name(s) | PROSESAMO S.A. |
| Date of Loan/Credit Agreement (Date of Amendments- if applicable) | 13-Jul-18 | Commodity/Industry Sector (Specify) | Sesame Seeds |
| Maturity Date | 16-Jul-19 | Trust | N/A |
| Borrower | PROSESAMO HOLDING LTD | Trustee / Administrator | N/A |
| Fee Type (Specify) | None | Collateral Manager | N/A |
| Fee Amount (Fixed$/Percentage) Frequency of Fee (Specify) | none | Broker/Representative/Agent | N/A |
| | | Investment Structure | Term Loan |

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance | Fixed Rate Loan | Date of Advance | 4-Oct-18 |
| Off taker Name | PROSESAMO S.A. | Maturity Date(s) Applicable to Adv (Specify) | Specified below / 16-Jul-19 |
| (Loan to be Purchased) | | No. of Days | 285 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value) | $60,000.00 |
| | | Discount Rate | N/A |
| | | Advance Amount/Loan participation | $60,000.00 |
| Purchaser | STRUCTURED TRADE FINANCE FUND (STFF) | Repayment Terms | Single Maturity |
| | | Loan # (Assigned Upon Purchase of loan participation) | N/A (advance of new funds to borrower) |
| | | (Specify) | PROS02 |

### COUNTRIES

| Field | Value | Field | Value |
|---|---|---|---|
| Risk Country | Cayman Islands | Specific Loan Collateral (Specify) | |
| Origin (Specify) | Guatemala | | |
| Destination (Specify) | Various | | |

## DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

**Wire Instructions:**
- To: Deutsche Bank Trust Company Americas
- 60 Wall Street, New York, NY 10005
- ABA: 021-001-033
- Swift: BKTRUST33
- Credit: TFT Settlement Account
- Account: 04-946-733

| Field | Value |
|---|---|
| Effective Date | 4-Oct-18 |
| Officer Signature | *(signed)* Thomas LaVecchia, Senior Director, IIG Trade Finance LLC |

*NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.*

## INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Reference Rate | Fixed Rate (Fixed) |
| Spread (Interest Rate) | |
| Reference Rate | Fixed Rate (Fixed) |
| Spread (Interest Rate) | 0.000% |
| Base Interest Rate at Initial Draw | 8.00% |
| Total Rate | 8.00% |
| Reset Date | None |
| Ceiling (Maximum Rate) | n/a |
| Floor (Minimum Rate) | 8.00% |
| Interest / Reset Frequency | Monthly |
| Payment Method | Pays Interest Monthly |

## Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region | STFF | Operations Analyst | AZ/RC |
| Office | | Manager (Initial) | ES |
| Branch | | Deal Analyst (Initial) | JL |
| GL Code (Discount) | | Entered in Stucky by (initial) | |
| GL Code | 6 | Date | 4-Oct-18 |
| GL Code (ABL) | | Loan # | PROS02 |
| Compute [Capitalize Interest] | | Activated By | TL/RC |
| Accrue & Compute [Does not Capitalize] | YES | | |
| Amortize Loans (Reduction Schedule) | | Weekly Stucky Verification Completed By / Date | |
| | | Papershell Set-Up Completed By / Date | |