# EXHIBIT BB

Date Prepared: 22-Dec-17

# TICKET FOR ADVANCES / PARTICIPATIONS - GLOBAL TRADE FINANCE FUNDING (GTFF)
*(to be completed by deal analysts)*



## FACILITY INFORMATION

| | |
|---|---|
| Title of Loan/Credit Agreement | #REF! |
| Facility Type: (Specify) | Revolving Credit-Uncommitted |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 19-Jun-14 |
| Maturity Date: | 19-Jun-18 |
| Borrower: | Representaciones Saldana S.A. |
| Fee Type (Specify): | None |
| Fee Amount (Fixed$/Percentage): Frequency of Fee: (Specify): | None |
| Originator: | TRADE FINANCE TRUST |
| Off taker Name(s): | Various |
| Commodity/Industry Sector: (Specify): | Frozen Tuna |
| Trust: | MMG Trust Ecuador S.A. |
| Trustee / Administrator: | N/A |
| Collateral Manager: | Intertek |
| Broker/Representative/Agent: | Jose Vera |
| Investment Structure: | Asset-Based Lending (ABL) |

## PARTICIPATION ADVANCE / INTEREST INFORMATION

| | |
|---|---|
| Type of Advance: | Floating Rate Loan |
| Off taker Name: | Various |
| TFF BV Loan # (Loan to be Purchased): | N/A (advance of new funds to borrower) |
| Seller: | TRADE FINANCE TRUST |
| Purchaser: | GLOBAL TRADE FINANCE FUND (GTFF) |

### COUNTRIES

| | |
|---|---|
| Risk Country: | Panama |
| Origin: (Specify): | Panama |
| Destination: (Specify): | Other (specified below) / VARIOUS |

| | |
|---|---|
| Date of Advance / Purchase: | 22-Dec-17 |
| Maturity Date(s) Applicable to Adv: (Specify): | Specified below / 19-Jun-18 |
| No. of Days: | 179 |
| Nominal Amount (Expected Maturity Value): | $33,800.00 |
| Discount Rate: | N/A |
| Advance Amount / Loan Participation Price: | $33,800.00 |
| Repayment Terms: | Single Maturity |
| TFF LTD Loan # (Assigned Upon Purchase of Loan Participation): (Specify): | N/A (advance of new funds to borrower) / Resa05 |
| Specific Loan Collateral (Specify): | Specified below / Inventory and Accounts Receivables |

## DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

**WIRE INSTRUCTIONS:**
To: Deutsche Bank Trust Company Americas
60 Wall Street, New York, NY 10005
ABA: 021-001-033
Swift: BKTRUST33
Credit: TFT Settlement Account
Account: 04-946-733

**EFFECTIVE DATE:** 12/22/2017

**OFFICER SIGNATURE:** Richard Cadena, Senior Director, TIG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Citibank account referenced above.

## INTEREST RATE DETAILS

| | |
|---|---|
| Reference Rate: | 3-month Libor (3M Libor) |
| Spread (Interest Rate) | 5.000% |
| Base Interest Rate at Initial Draw: | 0.00% |
| Total Rate: | 5.00% |
| Reset Date | None |
| Ceiling (Maximum Rate): | |
| Floor (Minimum Rate): | 9.00% |
| Interest / Reset Frequency: | Monthly |
| Payment Method: | Pays Interest Monthly |

GTFF IS PURCHASING $33,800.00 OF PRINCIPAL FROM TFT. NEW ADVANCE UNDER CREDIT FACILITY.

### Operations Only

| | |
|---|---|
| Region: | GTFF |
| Office: | |
| Branch: | |
| GL Code (TFF - Discount): | |
| GL Code: | 9 |
| GL Code (BV): | |
| Compute (Capitalize Interest): | |
| Accrue & Compute [Does not Capitalize]: | |
| Amortize Loans (Reduction Schedule): | |

| | |
|---|---|
| Operations Analyst: | XE/AZ |
| Manager: ___ (Initial) | CRC |
| Deal Analyst: ___ (Initial) | LM |
| Entered in Stucky by (initial): | XE |
| Date: | 12/22/2017 |
| Loan #: | Resa05 |
| Activated By: | TL/RC |

Weekly Stucky Verification Completed:
By:
Date:

Papershell Set-Up Completed:
By:
Date:

| | |
|---|---|
| Date Prepared: | 27-Dec-17 |

# TICKET FOR ADVANCES / PARTICIPATIONS - GLOBAL TRADE FINANCE FUNDING (GTFF)
*(to be completed by deal analysts)*

## FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | #REF! | | |
| Facility Type: (Specify): | Revolving Credit-Uncommitted | Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 19-Jun-14 | Off taker Name(s): | Various |
| | | Commodity/Industry Sector: (Specify): | Frozen Tuna |
| Maturity Date: | 19-Jun-18 | | |
| Borrower: | Representaciones Saldana S.A. | Trust: | MMG Trust Ecuador S.A. |
| Fee Type (Specify): | None | Trustee / Administrator: | N/A |
| Fee Amount (Fixed$/Percentage): | | Collateral Manager: | Intertek |
| Frequency of Fee: (Specify): | None | Broker/Representative/Agent: | Jose Vera |
| | | Investment Structure: | Asset-Based Lending (ABL) |

## PARTICIPATION ADVANCE / INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance: | Floating Rate Loan | Date of Advance / Purchase: | 27-Dec-17 |
| Off taker Name: | Various | Maturity Date(s) Applicable to Adv: (Specify): | Specified below |
| TFF BV Loan # (Loan to be Purchased): | N/A (advance of new funds to borrower) | | 19-Jun-18 |
| | | No. of Days: | 174 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $57,800.00 |
| | | Discount Rate: | N/A |
| Purchaser | GLOBAL TRADE FINANCE FUND (GTFF) | Advance Amount / Loan Participation Price: | $57,800.00 |
| | | Repayment Terms: | Single Maturity |
| **COUNTRIES** | | TFF LTD Loan # (Assigned Upon Purchase of Loan Participation): | N/A (advance of new funds to borrower) |
| Risk Country: | Panama | (Specify): | Resa05 |
| Origin: (Specify): | Panama | | |
| Destination: (Specify): | Other (specified below) VARIOUS | Specific Loan Collateral (Specify): | Specified below Inventory and Accounts Receivables |

## DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

| | | | | INTEREST RATE DETAILS | |
|---|---|---|---|---|---|
| WIRE INSTRUCTIONS: | To: | Deutsche Bank Trust Company Americas | | Reference Rate: | 3-month Libor (3M Libor) |
| | | 60 Wall Street, New York, NY 10005 | | Spread (Interest Rate) | 5.000% |
| | ABA: | 021-001-033 | | Base Interest Rate at Initial Draw: | 0.00% |
| | Swift: | BKTRUST33 | | Total Rate: | 5.00% |
| | Credit: | TFT Settlement Account | | Reset Date | None |
| EFFECTIVE DATE: | Account: | 04-946-733 | | Ceiling (Maximum Rate): | |
| | | 12/27/2017 | | Floor (Minimum Rate): | 9.00% |
| OFFICER SIGNATURE: | | | | Reset Frequency: | Monthly |
| | | | | Payment Method: | Pays Interest Monthly |

Richard Cadena
Senior Director
ITG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Citibank account referenced above.

GTFF IS PURCHASING $57,800.00 OF PRINCIPAL FROM TFT. NEW ADVANCE UNDER CREDIT FACILITY.

### Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | GTFF | Operations Analyst: | XE/AZ |
| Office: | | Manager: _____ (Initial) | CRC |
| Branch: | | | |
| GL Code (TFF - Discount): | | Deal Analyst: _____ (Initial) | LM |
| GL Code: | 9 | Entered in Stucky by (initial): | XE |
| GL Code (BV): | | Date: | 12/27/2017 |
| Compute (Capitalize Interest): | | Loan #: | Resa05 |
| Accrue & Compute (Does not Capitalize): | | Activated By: | TL/RC |
| | | Weekly Stucky Verification Completed: | |
| Amortize Loans (Reduction Schedule): | | By: | |
| | | Date: | |
| | | Papershell Set-Up Completed: | |
| | | By: | |
| | | Date: | |

Date Prepared: 29-Dec-17

## TICKET FOR ADVANCES / PARTICIPATIONS - GLOBAL TRADE FINANCE FUNDING (GTFF)
*(to be completed by deal analysts)*

### FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | #REF! | | |
| Facility Type: (Specify) | Revolving Credit-Uncommitted | Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 19-Jun-14 | Off taker Name(s): | Various |
| | | Commodity/Industry Sector: (Specify) | Frozen Tuna |
| Maturity Date: | 19-Jun-18 | | |
| Borrower: | Representaciones Saldana S.A. | Trust: | MMG Trust Ecuador S.A. |
| Fee Type (Specify) | None | Trustee / Administrator: | N/A |
| Fee Amount (Fixed$/Percentage): Frequency of Fee: (Specify) | None | Collateral Manager: | Intertek |
| | | Broker/Representative/Agent: | Jose Vera |
| | | Investment Structure: | Asset-Based Lending (ABL) |

### PARTICIPATION ADVANCE / INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance: | Floating Rate Loan | Date of Advance / Purchase: | 29-Dec-17 |
| Off taker Name: | Various | Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 19-Jun-18 |
| TFF BV Loan # (Loan to be Purchased): | N/A (advance of new funds to borrower) | | |
| | | No. of Days: | 172 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $54,834.96 |
| Purchaser | GLOBAL TRADE FINANCE FUND (GTFF) | Discount Rate: | N/A |
| | | Advance Amount / Loan Participation Price: | $54,834.96 |
| **COUNTRIES** | | Repayment Terms: | Single Maturity |
| Risk Country: | Panama | TFF LTD Loan # (Assigned Upon Purchase of Loan Participation): (Specify) | N/A (advance of new funds to borrower) / Resa05 |
| Origin: (Specify) | Panama | | |
| Destination: (Specify) | Other (specified below) / VARIOUS | Specific Loan Collateral (Specify) | Specified below / Inventory and Accounts Receivables |

### DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

WIRE INSTRUCTIONS:
To: Deutsche Bank Trust Company Americas
60 Wall Street, New York, NY 10005
ABA: 021-001-033
Swift: BKTRUST33
Credit: TFT Settlement Account
Account: 04-946-733

EFFECTIVE DATE: 12/29/2017

OFFICER SIGNATURE: *[signature]*

Richard Cadena
Senior Director
IIG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Citibank account referenced above.

### INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Reference Rate: | 3-month Libor (3M Libor) |
| Spread (Interest Rate) | 5.000% |
| Base Interest Rate at Initial Draw: | 0.00% |
| Total Rate: | 5.00% |
| Reset Date | None |
| Ceiling (Maximum Rate): | |
| Floor (Minimum Rate): | 9.00% |
| Interest / Reset Frequency: | Monthly |
| Payment Method: | Pays Interest Monthly |

GTFF IS PURCHASING $54,834.96 OF PRINCIPAL FROM TFT. NEW ADVANCE UNDER CREDIT FACILITY.

### Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | GTFF | Operations Analyst: | XE/AZ |
| Office: | | Manager: ___ (Initial) | CRC |
| Branch: | | | |
| GL Code (TFF - Discount): | | Deal Analyst: ___ (Initial) | LM |
| GL Code: | 9 | Entered in Stucky by (initial): | XE |
| GL Code (BV): | | Date: | 12/29/2017 |
| Compute [Capitalize Interest]: | | Loan #: | Resa05 |
| Accrue & Compute [Does not Capitalize]: | | Activated By: | TL/RC |
| Amortize Loans (Reduction Schedule): | | Weekly Stucky Verification Completed: | |
| | | By: | |
| | | Date: | |
| | Papershell Set-Up Completed: | | |
| | | By: | |
| | | Date: | |

Date Prepared: 12-Apr-18

## TICKET FOR ADVANCES / PARTICIPATIONS - GLOBAL TRADE FINANCE FUNDING (GTFF)
*(to be completed by deal analysts)*

### FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | #REFI | | |
| Facility Type: (Specify) | Revolving Credit-Uncommitted | Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- If applicable) | 19-Jun-14 | Off taker Name(s): | Various |
| | | Commodity/Industry Sector: (Specify) | Frozen Tuna |
| Maturity Date: | 19-Jun-18 | | |
| Borrower: | Representaciones Saldana S.A. | Trust: | MMG Trust Ecuador S.A. |
| Fee Type (Specify): | None | Trustee / Administrator: | N/A |
| Fee Amount (Fixed$/Percentage): | | Collateral Manager: | Intertek |
| Frequency of Fee: (Specify) | None | Broker/Representative/Agent: | Jose Vera |
| | | Investment Structure: | Asset-Based Lending (ABL) |

### PARTICIPATION ADVANCE / INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance: | Floating Rate Loan | Date of Advance / Purchase: | 12-Apr-18 |
| Off taker Name: | Various | Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 19-Jun-18 |
| Loan # (Loan to be Purchased): | N/A (advance of new funds to borrower) | No. of Days: | 68 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $76,287.56 |
| Purchaser | GLOBAL TRADE FINANCE FUND (GTFF) | Discount Rate: | N/A |
| | | Advance Amount / Loan Participation Price: | $76,287.56 |
| **COUNTRIES** | | Repayment Terms: | Single Maturity |
| Risk Country: | Panama | Loan # (Assigned Upon Purchase of Loan Participation): (Specify) | N/A (advance of new funds to borrower) / Resa05 |
| Origin: (Specify) | Panama | | |
| Destination: (Specify) | Other (specified below) / VARIOUS | Specific Loan Collateral (Specify) | Specified below / Inventory and Accounts Receivables |

### DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

**WIRE INSTRUCTIONS:**
To: Deutsche Bank Trust Company Americas
60 Wall Street, New York, NY 10005
ABA: 021-001-033
Swift: BKTRUST33
Credit: TFT Settlement Account
Account: 04-946-733

**EFFECTIVE DATE:** 4/12/2018

**OFFICER SIGNATURE:** *[signed]*

Richard Cadena
Senior Director
HIG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Citibank account referenced above.

### INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Reference Rate: | 3-month Libor (3M Libor) |
| Spread (Interest Rate) | 5.000% |
| Base Interest Rate at Initial Draw: | 0.00% |
| Total Rate: | 5.00% |
| Reset Date | None |
| Cap (Maximum Rate): | |
| Floor (Minimum Rate): | 9.00% |
| Reset Frequency: | Monthly |
| Payment Method: | Pays Interest Monthly |

GTFF IS PURCHASING $76,287.56 OF PRINCIPAL FROM TFT. NEW ADVANCE UNDER CREDIT FACILITY.

### Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | GTFF | Operations Analyst: | XE/AZ |
| Office: | | Manager: (Initial) | CRC |
| Branch: | | | |
| GL Code (TFF - Discount): | | Deal Analyst: (Initial) | LM |
| GL Code: | 9 | | |
| GL Code (BV): | | Entered in Stucky by (initial): | XE |
| | | Date: | 4/12/2018 |
| Compute [Capitalize Interest]: | | Loan #: | Resa05 |
| Accrue & Compute [Does not Capitalize]: | | Activated By: | TL/RC |
| | | Weekly Stucky Verification Completed: | |
| Amortize Loans (Reduction Schedule) | | By: | |
| | | Date: | |
| | | Papershell Set-Up Completed: | |
| | | By: | |
| | | Date: | |

# TICKET FOR ADVANCES / PARTICIPATIONS - GLOBAL TRADE FINANCE FUNDING (GTFF)
*(to be completed by deal analysts)*

Date Prepared: 3-May-18

## FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement: | #REFI | | |
| Facility Type: (Specify) | Revolving Credit-Uncommitted | Originator: | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 19-Jun-14 | Off taker Name(s): | Various |
| | | Commodity/Industry Sector: (Specify) | Frozen Tuna |
| Maturity Date: | 19-Jun-18 | | |
| Borrower: | Representaciones Saldana S.A. | Trust: | MMG Trust Ecuador S.A. |
| Fee Type (Specify): | None | Trustee / Administrator: | N/A |
| Fee Amount (Fixed$/Percentage): Frequency of Fee: (Specify) | None | Collateral Manager: | Intertek |
| | | Broker/Representative/Agent: | Jose Vera |
| | | Investment Structure: | Asset-Based Lending (ABL) |

## PARTICIPATION ADVANCE / INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance: | Floating Rate Loan | Date of Advance / Purchase: | 3-May-18 |
| Off taker Name: | Various | Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 19-Jun-18 |
| Loan # (Loan to be Purchased): | N/A (advance of new funds to borrower) | | |
| | | No. of Days: | 47 |
| Seller: | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $134,528.88 |
| Purchaser: | GLOBAL TRADE FINANCE FUND (GTFF) | Discount Rate: | N/A |
| | | Advance Amount / Loan Participation Price: | $134,528.88 |
| **COUNTRIES** | | Repayment Terms: | Single Maturity |
| Risk Country: | Panama | Loan # (Assigned Upon Purchase of Loan Participation): (Specify) | N/A (advance of new funds to borrower) / Resa05 |
| Origin: (Specify) | Panama | | |
| Destination: (Specify) | Other (specified below) / VARIOUS | Specific Loan Collateral (Specify) | Specified below / Inventory and Accounts Receivables |

### DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

WIRE INSTRUCTIONS:
- To: Deutsche Bank Trust Company Americas
- 60 Wall Street, New York, NY 10005
- ABA: 021-001-033
- Swift: BKTRUST33
- Credit: TFT Settlement Account
- Account: 04-946-733

EFFECTIVE DATE: 5/3/2018

OFFICER SIGNATURE: Richard Cadena, Senior Director, IIG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Citibank account referenced above.

GTFF IS PURCHASING $134,528.88 OF PRINCIPAL FROM TFT. NEW ADVANCE UNDER CREDIT FACILITY.

### INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Reference Rate: | 3-month Libor (3M Libor) |
| Spread (Interest Rate) | 5.000% |
| Base Interest Rate at Initial Draw: | 0.00% |
| Total Rate: | 5.00% |
| Reset Date | None |
| Ceiling (Maximum Rate): | |
| Floor (Minimum Rate): | 9.00% |
| Interest / Reset Frequency: | Monthly |
| Payment Method: | Pays Interest Monthly |

### Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | GTFF | Operations Analyst: | XE/AZ |
| Office: | | Manager: (Initial) | CRC |
| Branch: | | Deal Analyst: (Initial) | LM |
| GL Code (TFF - Discount): | | Entered in Stucky by (initial): | XE |
| GL Code: | 9 | Date: | 5/3/2018 |
| GL Code (BV): | | Loan #: | Resa05 |
| Compute [Capitalize Interest]: | | Activated By: | TL/RC |
| Accrue & Compute [Does not Capitalize]: | | Weekly Stucky Verification Completed: By: / Date: | |
| Amortize Loans (Reduction Schedule) | | Papershell Set-Up Completed: By: / Date: | |

Date Prepared: 24-May-16

# TICKET FOR ADVANCES / PARTICIPATIONS - GLOBAL TRADE FINANCE FUNDING (GTFF)
*(to be completed by deal analysts)*

## FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | #REF! | | |
| Facility Type: (Specify) | Revolving Credit-Uncommitted | Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments - if applicable) | 19-Jun-14 | Off taker Name(s): | Various |
| | | Commodity/Industry Sector: (Specify) | Frozen Tuna |
| Maturity Date: | 19-Jun-18 | | |
| Borrower: | Representaciones Saldana S.A. | Trust: | MMG Trust Ecuador S.A. |
| Fee Type (Specify) | None | Trustee / Administrator: | N/A |
| Fee Amount (Fixed$/Percentage): | | Collateral Manager: | Intertek |
| Frequency of Fee: (Specify) | None | Broker/Representative/Agent: | Jose Vera |
| | | Investment Structure: | Asset-Based Lending (ABL) |

## PARTICIPATION ADVANCE / INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance: | Floating Rate Loan | Date of Advance / Purchase: | 24-May-16 |
| Off taker Name: | Various | Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 19-Jun-18 |
| Loan # (Loan to be Purchased): | N/A (advance of new funds to borrower) | No. of Days: | 756 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $136,000.00 |
| | | Discount Rate: | N/A |
| Purchaser | GLOBAL TRADE FINANCE FUND (GTFF) | Advance Amount / Loan Participation Price: | $136,000.00 |
| | | Repayment Terms: | Single Maturity |

### COUNTRIES

| Field | Value | Field | Value |
|---|---|---|---|
| Risk Country: | Panama | Loan # (Assigned Upon Purchase of Loan Participation): (Specify) | N/A (advance of new funds to borrower) / Resa05 |
| Origin: (Specify) | Panama | | |
| Destination: (Specify) | Other (specified below) / VARIOUS | Specific Loan Collateral (Specify) | Specified below / Inventory and Accounts Receivables |

## DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

WIRE INSTRUCTIONS:
To: Deutsche Bank Trust Company Americas
60 Wall Street, New York, NY 10005
ABA: 021-001-033
Swift: BKTRUST33
Credit: TFT Settlement Account
Account: 04-946-733

EFFECTIVE DATE: 5/24/2016
OFFICER SIGNATURE: [signature]

Thomas LaVecchia
Senior Director
IIG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Citibank account referenced above.

## INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Reference Rate: | 3-month Libor (3M Libor) |
| Spread (Interest Rate): | 5.000% |
| Default Interest Rate: | 0.00% |
| Total Rate: | 5.00% |
| Ceiling (Maximum Rate): | None |
| Floor (Minimum Rate): | 9.00% |
| Interest / Reset Frequency: | Monthly |
| Payment Method: | Pays Interest Monthly |

GTFF IS PURCHASING $136,000.00 OF PRINCIPAL FROM TFT. NEW ADVANCE UNDER CREDIT FACILITY.

### Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | GTFF | Operations Analyst: | XE/AZ |
| Office: | | Manager: (Initial) | CRC |
| Branch: | | Deal Analyst: (Initial) | LM |
| GL Code (TFF - Discount): | | | |
| GL Code: | 9 | | |
| GL Code (BV): | | Entered in Stucky by (Initial): | XE |
| | | Date: | 5/24/2016 |
| Compute [Capitalize Interest]: | | Loan #: | Resa05 |
| Accrue & Compute [Does not Capitalize]: | | Activated By: | TL/RC |
| Amortize Loans (Reduction Schedule) | | Weekly Stucky Verification Completed: | |
| | | By: | |
| | | Date: | |
| | | Papershell Set-Up Completed: | |
| | | By: | |
| | | Date: | |

| | |
|---|---|
| Date Prepared: | 4-Jun-18 |

# TICKET FOR ADVANCES / PARTICIPATIONS - GLOBAL TRADE FINANCE FUNDING (GTFF)
*(to be completed by deal analysts)*

## FACILITY INFORMATION

| | | | | |
|---|---|---|---|---|
| Title of Loan/Credit Agreement | Contrato Marco | | | |
| Facility Type: (Specify) | Revolving Credit-Uncommitted | | Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- If applicable) | 19-Jun-14 | | Off taker Name(s): | Various |
| | | | Commodity/Industry Sector: (Specify) | Frozen Tuna |
| Maturity Date: | 19-Jun-18 | | | |
| Borrower: | Representaciones Saldana S.A. | | Trust: | MMG Trust Ecuador S.A. |
| Fee Type (Specify): | None | | Trustee / Administrator: | N/A |
| Fee Amount (Fixed$/Percentage): | | | Collateral Manager: | Intertek |
| Frequency of Fee: (Specify) | None | | Broker/Representative/Agent: | Jose Vera |
| | | | Investment Structure: | Asset-Based Lending (ABL) |

## PARTICIPATION ADVANCE / INTEREST INFORMATION

| | | | | |
|---|---|---|---|---|
| Type of Advance: | Floating Rate Loan | | Date of Advance / Purchase: | 4-Jun-18 |
| Off taker Name: | Various | | Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 19-Jun-18 |
| Loan # (Loan to be Purchased): | N/A (advance of new funds to borrower) | | No. of Days: | 15 |
| Seller | TRADE FINANCE TRUST | | Nominal Amount (Expected Maturity Value): | $208,093.11 |
| | | | Discount Rate: | N/A |
| Purchaser | GLOBAL TRADE FINANCE FUND (GTFF) | | Advance Amount / Loan Participation Price: | $208,093.11 |
| | | | Repayment Terms: | Single Maturity |
| **COUNTRIES** | | | Loan # (Assigned Upon Purchase of Loan Participation): (Specify) | N/A (advance of new funds to borrower) / Resa05 |
| Risk Country: | Panama | | | |
| Origin: (Specify) | Panama | | Specific Loan Collateral (Specify): | Specified below / Inventory and Accounts Receivables |
| Destination: (Specify) | Other (specified below) / VARIOUS | | | |

| DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES | | INTEREST RATE DETAILS | |
|---|---|---|---|
| WIRE INSTRUCTIONS: To: Deutsche Bank Trust Company Americas, 60 Wall Street, New York, NY 10005 ABA: 021-001-033 Swift: BKTRUST33 Credit: TFT Settlement Account | | Reference Rate: | 3-month Libor (3M Libor) |
| | | Spread (Interest Rate): | 5.000% |
| | | Base Interest Rate at Initial Draw: | 0.00% |
| | | Total Rate: | 5.00% |
| EFFECTIVE DATE: Account: 01-946-733 6/4/2018 | | Reset Date | None |
| OFFICER SIGNATURE: | | Ceiling (Maximum Rate): | |
| | | (Minimum Rate): | 9.00% |
| | | Interest / Reset Frequency: | Monthly |
| | | Interest Payment Method: | Pays Interest Monthly |

Richard Cadena
Senior Director
IIG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Citibank account referenced above.

GTFF IS PURCHASING $208,093.11 OF PRINCIPAL FROM TFT. NEW ADVANCE UNDER CREDIT FACILITY.

### Operations Only

| | | | | |
|---|---|---|---|---|
| Region: | GTFF | | Operations Analyst: | XE/AZ |
| Office: | | | Manager: _____ (Initial) | CRC |
| Branch: | | | | |
| GL Code (TFF - Discount): | | | Deal Analyst: _____ (Initial) | LM |
| GL Code: | 9 | | Entered in Stucky by (Initial): | XE |
| GL Code (BV): | | | Date: | 6/4/2018 |
| Compute [Capitalize Interest]: | | | Loan #: | Resa05 |
| Accrue & Compute [Does not Capitalize]: | | | Activated By: | TL/RC |
| | | | Weekly Stucky Verification Completed: | |
| Amortize Loans (Reduction Schedule) | | | By: | |
| | | | Date: | |
| | | Papershell Set-Up Completed: | | |
| | | | By: | |
| | | | Date: | |

Date Prepared: 22-Dec-17

# TICKET FOR ADVANCES / PARTICIPATIONS - STRUCTURED TRADE FINANCE FUNDING (STFF)
*(to be completed by deal analysts)*

## FACILITY INFORMATION

| | |
|---|---|
| Title of Loan/Credit Agreement | #REF! |
| Facility Type: (Specify) | Revolving Credit-Uncommitted |
| Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 19-Jun-14 |
| Off taker Name(s): | Various |
| Commodity/Industry Sector: (Specify) | Frozen Tuna |
| Maturity Date: | 19-Jun-18 |
| Borrower: | Representaciones Saldana S.A. |
| Trust: | MMG Trust Ecuador S.A. |
| Fee Type (Specify): | None |
| Trustee / Administrator: | N/A |
| Collateral Manager: | Intertek |
| Fee Amount (Fixed$/Percentage): Frequency of Fee: (Specify) | None |
| Broker/Representative/Agent: | Jose Vera |
| Investment Structure: | Asset-Based Lending (ABL) |

## PARTICIPATION ADVANCE / INTEREST INFORMATION

| | |
|---|---|
| Type of Advance: | Floating Rate Loan |
| Date of Advance / Purchase: | 22-Dec-17 |
| Off taker Name: | Various |
| Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 19-Jun-18 |
| TFF BV Loan # (Loan to be Purchased): | N/A (advance of new funds to borrower) |
| No. of Days: | 179 |
| Seller | TRADE FINANCE TRUST |
| Nominal Amount (Expected Maturity Value): | $68,200.00 |
| Discount Rate: | N/A |
| Purchaser | STRUCTURED TRADE FINANCE FUND (STFF) |
| Advance Amount / Loan Participation Price: | $68,200.00 |
| | Repayment Terms: Single Maturity |

### COUNTRIES

| | |
|---|---|
| Risk Country: | Panama |
| TFF LTD Loan # (Assigned Upon Purchase of Loan Participation): (Specify) | N/A (advance of new funds to borrower) / Resa03 |
| Origin: (Specify) | Panama |
| Destination: (Specify) | Other (specified below) / VARIOUS |
| Specific Loan Collateral (Specify): | Specified below / Inventory and Accounts Receivables |

## DETAILS OF THE TRANSACTION; WHERE TO WIRE FUNDS AND EFFECTIVE DATES

**WIRE INSTRUCTIONS:**
To: Deutsche Bank Trust Company Americas
60 Wall Street, New York, NY 10005
ABA: 021-001-033
Swift: BKTRUST33
Credit: TFT Settlement Account
Account: 04-946-739

EFFECTIVE DATE: 12/22/2017

OFFICER SIGNATURE: *[signature]*

Thomas LaVecchia
Senior Director
IIG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Citibank account referenced above.

## INTEREST RATE DETAILS

| | |
|---|---|
| Reference Rate: | 3-month Libor (3M Libor) |
| Spread (Interest Rate) | 5.000% |
| Base Interest Rate at Initial Draw: | 0.00% |
| Total Rate: | 5.00% |
| Reset Date | None |
| Ceiling (Maximum Rate): | |
| Floor (Minimum Rate): | 9.00% |
| Interest Rate Frequency: | Monthly |
| Payment Method: | Pays Interest Monthly |

STFF IS PURCHASING $68,200.00 OF PRINCIPAL FROM TFT. NEW ADVANCE UNDER CREDIT FACILITY.

### Operations Only

| | |
|---|---|
| Region: | STFF |
| Operations Analyst: | XE/AZ |
| Office: | |
| Branch: | |
| Manager: _____ (Initial) | CRC |
| GL Code (TFF - Discount): | |
| Deal Analyst: _____ (Initial) | LM |
| GL Code: | 6 |
| GL Code (TFF BV): | |
| Entered In Stucky by (initial): | XE |
| | Date: 12/22/2017 |
| Compute [Capitalize Interest]: | |
| Loan #: | Resa03 |
| Accrue & Compute [Does not Capitalize]: | |
| Activated By: | TL/RC |
| | Weekly Stucky Verification Completed: |
| Amortize Loans (Reduction Schedule): | |
| | By: |
| | Date: |
| | Papershell Set-Up Completed: |
| | By: |
| | Date: |

|  |  |
|---|---|
| Date Prepared: | 27-Dec-17 |

# TICKET FOR ADVANCES / PARTICIPATIONS - STRUCTURED TRADE FINANCE FUNDING (STFF)
(to be completed by deal analysts)

## FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | #REF! | | |
| Facility Type: (Specify) | Revolving Credit-Uncommitted | Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 19-Jun-14 | Off taker Name(s): | Various |
| | | Commodity/Industry Sector: (Specify) | Frozen Tuna |
| Maturity Date: | 19-Jun-18 | | |
| Borrower: | Representaciones Saldana S.A. | Trust: | MMG Trust Ecuador S.A. |
| Fee Type (Specify) | None | Trustee / Administrator: | N/A |
| | | Collateral Manager: | Intertek |
| Fee Amount (Fixed$/Percentage): Frequency of Fee: (Specify) | None | Broker/Representative/Agent: | Jose Vera |
| | | Investment Structure: | Asset-Based Lending (ABL) |

## PARTICIPATION ADVANCE / INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance: | Floating Rate Loan | Date of Advance / Purchase: | 27-Dec-17 |
| Off taker Name: | Various | Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 19-Jun-18 |
| TFF BV Loan # (Loan to be Purchased): | N/A (advance of new funds to borrower) | No. of Days: | 174 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $120,895.65 |
| | | Discount Rate: | N/A |
| Purchaser | STRUCTURED TRADE FINANCE FUND (STFF) | Advance Amount / Loan Participation Price: | $120,895.65 |
| | | Repayment Terms: | Single Maturity |
| **COUNTRIES** | | TFF LTD Loan # (Assigned Upon Purchase of Loan Participation): (Specify) | N/A (advance of new funds to borrower) / Resa03 |
| Risk Country: | Panama | | |
| Origin: (Specify) | Panama | Specific Loan Collateral (Specify) | Specified below / Inventory and Accounts Receivables |
| Destination: (Specify) | Other (specified below) / VARIOUS | | |

## DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

WIRE INSTRUCTIONS: To: Deutsche Bank Trust Company Americas
60 Wall Street, New York, NY 10005
ABA: 021-001-033
Swift: BKTRUST33
Credit: TFT Settlement Account
Account: 04-948-733
EFFECTIVE DATE: 12/27/2017
OFFICER SIGNATURE: [signature]
Richard Cadena
Senior Director
IIG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Citibank account referenced above.

STFF IS PURCHASING $120,895.65 OF PRINCIPAL FROM TFT. NEW ADVANCE UNDER CREDIT FACILITY.

## INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Reference Rate: | 3-month Libor (3M Libor) |
| Spread (Interest Rate) | 5.000% |
| Base Interest Rate at Initial Draw: | 0.00% |
| Total Rate: | 5.00% |
| Reset Date | None |
| Ceiling (Maximum Rate): | |
| Floor (Minimum Rate): | 9.00% |
| Reset / Reset Frequency: | Monthly |
| Payment Method: | Pays Interest Monthly |

## Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | STFF | Operations Analyst: | XE/AZ |
| Office: | | | |
| Branch: | | Manager: (Initial) | CRC |
| GL Code (TFF - Discount): | | Deal Analyst: (Initial) | LM |
| GL Code: | 6 | | |
| GL Code (TFF BV): | | Entered in Stucky by (initial): | XE |
| | | Date: | 12/27/2017 |
| | | Loan #: | Resa03 |
| Compute [Capitalize Interest]: | | Activated By: | TL/RC |
| Accrue & Compute [Does not Capitalize]: | | Weekly Stucky Verification Completed: | |
| | | By: | |
| | | Date: | |
| Amortize Loans (Reduction Schedule): | | Papershell Set-Up Completed: | |
| | | By: | |
| | | Date: | |

Date Prepared: 28-Dec-17

# TICKET FOR ADVANCES / PARTICIPATIONS - STRUCTURED TRADE FINANCE FUNDING (STFF)
*(to be completed by deal analysts)*

## FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | #REF! | | |
| Facility Type: (Specify) | Revolving Credit-Uncommitted | Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 19-Jun-14 | Off taker Name(s): | Various |
| | | Commodity/Industry Sector: (Specify) | Frozen Tuna |
| Maturity Date: | 19-Jun-18 | | |
| Borrower: | Representaciones Saldana S.A. | Trust: | MMG Trust Ecuador S.A. |
| Fee Type (Specify) | None | Trustee / Administrator: | N/A |
| Fee Amount (Fixed$/Percentage): Frequency of Fee: (Specify) | None | Collateral Manager: | Intertek |
| | | Broker/Representative/Agent: | Jose Vera |
| | | Investment Structure: | Asset-Based Lending (ABL) |

## PARTICIPATION ADVANCE / INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance: | Floating Rate Loan | Date of Advance / Purchase: | 28-Dec-17 |
| Off taker Name: | Various | Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 19-Jun-18 |
| TFF BV Loan # (Loan to be Purchased): | N/A (advance of new funds to borrower) | No. of Days: | 173 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $45,318.88 |
| | | Discount Rate: | N/A |
| Purchaser | STRUCTURED TRADE FINANCE FUND (STFF) | Advance Amount / Loan Participation Price: | $45,318.88 |
| | | Repayment Terms: | Single Maturity |

### COUNTRIES

| Field | Value | Field | Value |
|---|---|---|---|
| | | TFF LTD Loan # (Assigned Upon Purchase of Loan Participation): (Specify) | N/A (advance of new funds to borrower) / Resa03 |
| Risk Country: | Panama | | |
| Origin: (Specify) | Panama | Specific Loan Collateral (Specify) | Specified below / Inventory and Accounts Receivables |
| Destination: (Specify) | Other (specified below) / VARIOUS | | |

## DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

**WIRE INSTRUCTIONS:**
- To: Deutsche Bank Trust Company Americas
- 60 Wall Street, New York, NY 10005
- ABA: 021-001-033
- Swift: BKTRUST33
- Credit: TFT Settlement Account
- Account: 04-946-733

**EFFECTIVE DATE:** 12/28/2017

**OFFICER SIGNATURE:** *[signed]* Richard Cadena, Senior Director, Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Citibank account referenced above.

STFF IS PURCHASING $45,318.88 OF PRINCIPAL FROM TFT. NEW ADVANCE UNDER CREDIT FACILITY.

## INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Reference Rate: | 3-month Libor (3M Libor) |
| Spread (Interest Rate) | 5.000% |
| Base Interest Rate at Initial Draw: | 0.00% |
| Total Rate: | 5.00% |
| Reset Date | None |
| Cap (Maximum Rate): | |
| Floor (Minimum Rate): | 9.00% |
| Reset Frequency: | Monthly |
| Payment Method: | Pays Interest Monthly |

## Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | STFF | Operations Analyst: | XE/AZ |
| Office: | | Manager: ___ (Initial) | CRC |
| Branch: | | | |
| GL Code (TFF - Discount): | | Deal Analyst: ___ (Initial) | LM |
| GL Code: | 6 | | |
| GL Code (TFF BV): | | Entered in Stucky by (Initial): | XE |
| | | Date: | 12/28/2017 |
| Compute [Capitalize Interest]: | | Loan #: | Resa03 |
| Accrue & Compute [Does not Capitalize]: | | Activated By: | TL/RC |
| | | Weekly Stucky Verification Completed: By: / Date: | |
| Amortize Loans (Reduction Schedule) | | Papershell Set-Up Completed: By: / Date: | |

Date Prepared: 12-Apr-18

# TICKET FOR ADVANCES / PARTICIPATIONS - STRUCTURED TRADE FINANCE FUNDING (STFF)
*(to be completed by deal analysts)*

## FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | #REF! | | |
| Facility Type: (Specify) | Revolving Credit-Uncommitted | Originator: | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 19-Jun-14 | Off taker Name(s): | Various |
| | | Commodity/Industry Sector: (Specify) | Frozen Tuna |
| Maturity Date: | 19-Jun-18 | | |
| Borrower: | Representaciones Saldana S.A. | Trust: | MMG Trust Ecuador S.A. |
| Fee Type (Specify) | None | Trustee / Administrator: | N/A |
| | | Collateral Manager: | Intertek |
| Fee Amount (Fixed$/Percentage): Frequency of Fee: (Specify) | None | Broker/Representative/Agent: | Jose Vera |
| | | Investment Structure: | Asset-Based Lending (ABL) |

## PARTICIPATION ADVANCE / INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance: | Floating Rate Loan | Date of Advance / Purchase: | 12-Apr-18 |
| Off taker Name: | Various | Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 19-Jun-18 |
| Loan # (Loan to be Purchased): | N/A (advance of new funds to borrower) | No. of Days: | 68 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $115,008.32 |
| | | Discount Rate: | N/A |
| Purchaser | STRUCTURED TRADE FINANCE FUND (STFF) | Advance Amount / Loan Participation Price: | $115,008.32 |
| | | Repayment Terms: | Single Maturity |

### COUNTRIES

| Field | Value | Field | Value |
|---|---|---|---|
| | | LTD Loan # (Assigned Upon Purchase of Loan Participation): (Specify) | N/A (advance of new funds to borrower) / Resa03 |
| Risk Country: | Panama | | |
| Origin: (Specify) | Panama | Specific Loan Collateral (Specify) | Specified below / Inventory and Accounts Receivables |
| Destination: (Specify) | Other (specified below) / VARIOUS | | |

### DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

WIRE INSTRUCTIONS:
- To: Deutsche Bank Trust Company Americas
- 60 Wall Street, New York, NY 10005
- ABA: 021-001-033
- Swift: BKTRUST33
- Credit: TFT Settlement Account
- EFFECTIVE DATE: Account 04-946-733
- 4/12/2018

OFFICER SIGNATURE:

*Richard Cadena*
*Senior Director*
*IIG Trade Finance LLC*

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Citibank account referenced above.

### INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Reference Rate: | 3-month Libor (3M Libor) |
| Spread (Interest Rate): | 5.000% |
| Base Interest Rate at Initial Draw: | 0.00% |
| Total Rate: | 5.00% |
| Reset Date | None |
| Ceiling (Maximum Rate): | |
| Minimum Rate): | 9.00% |
| Interest / Reset Frequency: | Monthly |
| Payment Method: | Pays Interest Monthly |

STFF IS PURCHASING $115,008.32 OF PRINCIPAL FROM TFT. NEW ADVANCE UNDER CREDIT FACILITY.

### Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | STFF | Operations Analyst: | XE/AZ |
| Office: | | | |
| Branch: | | Manager: (Initial) | CRC |
| GL Code (TFF - Discount): | | Deal Analyst: (Initial) | LM |
| GL Code: | 6 | | |
| GL Code (TFF BV): | | Entered in Stucky by (initial): | XE |
| | | Date: | 4/12/2018 |
| Compute [Capitalize Interest]: | | Loan #: | Resa03 |
| Accrue & Compute [Does not Capitalize]: | | Activated By: | TL/RC |
| | | Weekly Stucky Verification Completed: | |
| Amortize Loans (Reduction Schedule): | | By: | |
| | | Date: | |
| | | Papershell Set-Up Completed: | |
| | | By: | |
| | | Date: | |

Date Prepared: 24-May-18

# TICKET FOR ADVANCES / PARTICIPATIONS - STRUCTURED TRADE FINANCE FUNDING (STFF)
*(to be completed by deal analysts)*

## FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | #REF! | | |
| Facility Type: (Specify) | Revolving Credit-Uncommitted | Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 19-Jun-14 | Off taker Name(s): | Various |
| | | Commodity/Industry Sector: (Specify) | Frozen Tuna |
| Maturity Date: | 19-Jun-18 | | |
| Borrower: | Representaciones Saldana S.A. | Trust: | MMG Trust Ecuador S.A. |
| Fee Type (Specify) | None | Trustee / Administrator: | N/A |
| Fee Amount (Fixed$/Percentage): | | Collateral Manager: | Intertek |
| Frequency of Fee: (Specify) | None | Broker/Representative/Agent: | Jose Vera |
| | | Investment Structure: | Asset-Based Lending (ABL) |

## PARTICIPATION ADVANCE / INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance: | Floating Rate Loan | Date of Advance / Purchase: | 24-May-18 |
| Off taker Name: | Various | Maturity Date(s) Applicable to Adv: | Specified below |
| Loan # (Loan to be Purchased): | N/A (advance of new funds to borrower) | (Specify) | 19-Jun-18 |
| | | No. of Days: | 26 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $214,000.00 |
| | | Discount Rate: | N/A |
| Purchaser | STRUCTURED TRADE FINANCE FUND (STFF) | Advance Amount / Loan Participation Price: | $214,000.00 |
| | | Repayment Terms: | Single Maturity |
| **COUNTRIES** | | LTD Loan # (Assigned Upon Purchase of Loan Participation): | N/A (advance of new funds to borrower) |
| Risk Country: | Panama | (Specify) | Resa03 |
| Origin: (Specify) | Panama | | |
| Destination: (Specify) | Other (specified below) | Specific Loan Collateral (Specify) | Specified below |
| | VARIOUS | | Inventory and Accounts Receivables |

### DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

WIRE INSTRUCTIONS:
- To: Deutsche Bank Trust Company Americas
- 60 Wall Street, New York, NY 10005
- ABA: 021-001-033
- Swift: BKTRUST33
- Credit: TFT Settlement Account
- Account: 04-946-733

EFFECTIVE DATE: 5/24/2018

OFFICER SIGNATURE: [signed]

Thomas LaVecchia
Senior Director
IIG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Citibank account referenced above.

### INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Reference Rate: | 3-month Libor (3M Libor) |
| Spread (Interest Rate) | 5.000% |
| Adjustment | 0.00% |
| Total Rate: | 5.00% |
| Ceiling (Maximum Rate): | None |
| Floor (Minimum Rate): | 9.00% |
| Interest / Reset Frequency: | Monthly |
| Payment Method: | Pays Interest Monthly |

STFF IS PURCHASING $214,000.00 OF PRINCIPAL FROM TFT. NEW ADVANCE UNDER CREDIT FACILITY.

### Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | STFF | Operations Analyst: | XE/AZ |
| Office: | | Manager: (Initial) | CRC |
| Branch: | | | |
| GL Code (TFF - Discount): | | Deal Analyst: (Initial) | LM |
| GL Code: | 6 | | |
| GL Code (TFF BV): | | Entered in Stucky by (Initial): | XE |
| | | Date: | 5/24/2018 |
| Compute [Capitalize Interest]: | | Loan #: | Resa03 |
| Accrue & Compute [Does not Capitalize]: | | Activated By: | TL/RC |
| | | Weekly Stucky Verification Completed: | |
| Amortize Loans (Reduction Schedule) | | By: | |
| | | Date: | |
| | | Papershell Set-Up Completed: | |
| | | By: | |
| | | Date: | |

Date Prepared: 12-Apr-18

# TICKET FOR ADVANCES / PARTICIPATIONS - STRUCTURED TRADE FINANCE FUNDING (STFF)
*(to be completed by deal analysts)*

## FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | #REF! | | |
| Facility Type: (Specify) | Revolving Credit-Uncommitted | Originator: | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 19-Jun-14 | Off taker Name(s): | Various |
| | | Commodity/Industry Sector: (Specify) | Frozen Tuna |
| Maturity Date: | 19-Jun-18 | | |
| Borrower: | Representaciones Saldana S.A. | Trust: | MMG Trust Ecuador S.A. |
| Fee Type (Specify) | None | Trustee / Administrator: | N/A |
| | | Collateral Manager: | Intertek |
| Fee Amount (Fixed$/Percentage): Frequency of Fee: (Specify) | None | Broker/Representative/Agent: | Jose Vera |
| | | Investment Structure: | Asset-Based Lending (ABL) |

## PARTICIPATION ADVANCE / INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance: | Floating Rate Loan | Date of Advance / Purchase: | 12-Apr-18 |
| Off taker Name: | Various | Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 19-Jun-18 |
| Loan # (Loan to be Purchased): | N/A (advance of new funds to borrower) | No. of Days: | 68 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $115,008.32 |
| | | Discount Rate: | N/A |
| Purchaser | STRUCTURED TRADE FINANCE FUND (STFF) | Advance Amount / Loan Participation Price: | $115,008.32 |
| | | Repayment Terms: | Single Maturity |

### COUNTRIES

| Field | Value | Field | Value |
|---|---|---|---|
| Risk Country: | Panama | LTD Loan # (Assigned Upon Purchase of Loan Participation): (Specify) | N/A (advance of new funds to borrower) / Resa03 |
| Origin: (Specify) | Panama | | |
| Destination: (Specify) | Other (specified below) / VARIOUS | Specific Loan Collateral (Specify) | Specified below / Inventory and Accounts Receivables |

## DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

WIRE INSTRUCTIONS:
To: Deutsche Bank Trust Company Americas
60 Wall Street, New York, NY 10005
ABA: 021-001-033
Swift: BKTRUST33
Credit: TFT Settlement Account
EFFECTIVE DATE: Account 04-916-733
4/12/2018

OFFICER SIGNATURE: Richard Cadena
Senior Director
ILG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Citibank account referenced above.

## INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Reference Rate: | 3-month Libor (3M Libor) |
| Spread (Interest Rate): | 5.000% |
| Base Interest Rate at Initial Draw: | 0.00% |
| Total Rate: | 5.00% |
| Reset Date | None |
| Ceiling (Maximum Rate): | |
| Floor (Minimum Rate): | 9.00% |
| Interest / Reset Frequency: | Monthly |
| Payment Method: | Pays Interest Monthly |

STFF IS PURCHASING $115,008.32 OF PRINCIPAL FROM TFT. NEW ADVANCE UNDER CREDIT FACILITY.

### Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | STFF | Operations Analyst: | XE/AZ |
| Office: | | Manager: _____ (Initial) | CRC |
| Branch: | | | |
| GL Code (TFF - Discount): | | Deal Analyst: _____ (Initial) | LM |
| GL Code: | 6 | Entered in Stucky by (initial): | XE |
| GL Code (TFF BV): | | Date: | 4/12/2018 |
| Compute (Capitalize Interest): | | Loan #: | Resa03 |
| Accrue & Compute (Does not Capitalize): | | Activated By: | TL/RC |
| | | Weekly Stucky Verification Completed: | |
| Amortize Loans (Reduction Schedule) | | By: | |
| | | Date: | |
| | | Papershell Set-Up Completed: | |
| | | By: | |
| | | Date: | |

Date Prepared: 24-May-18

# TICKET FOR ADVANCES / PARTICIPATIONS - STRUCTURED TRADE FINANCE FUNDING (STFF)
*(to be completed by deal analysts)*

## FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | #REF! | | |
| Facility Type: (Specify) | Revolving Credit-Uncommitted | Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 19-Jun-14 | Off taker Name(s): | Various |
| | | Commodity/Industry Sector: (Specify) | Frozen Tuna |
| Maturity Date: | 19-Jun-18 | | |
| Borrower: | Representaciones Saldana S.A. | Trust: | MMG Trust Ecuador S.A. |
| Fee Type (Specify) | None | Trustee / Administrator: | N/A |
| Fee Amount (Fixed$/Percentage): | | Collateral Manager: | Intertek |
| Frequency of Fee: (Specify) | None | Broker/Representative/Agent: | Jose Vera |
| | | Investment Structure: | Asset-Based Lending (ABL) |

## PARTICIPATION ADVANCE / INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance: | Floating Rate Loan | Date of Advance / Purchase: | 24-May-18 |
| Off taker Name: | Various | Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 19-Jun-18 |
| Loan # (Loan to be Purchased): | N/A (advance of new funds to borrower) | No. of Days: | 26 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $214,000.00 |
| | | Discount Rate: | N/A |
| Purchaser | STRUCTURED TRADE FINANCE FUND (STFF) | Advance Amount / Loan Participation Price: | $214,000.00 |
| | | Repayment Terms: | Single Maturity |
| **COUNTRIES** | | LTD Loan # (Assigned Upon Purchase of Loan Participation): (Specify) | N/A (advance of new funds to borrower) / Resa03 |
| Risk Country: | Panama | | |
| Origin: (Specify) | Panama | Specific Loan Collateral (Specify) | Specified below / Inventory and Accounts Receivables |
| Destination: (Specify) | Other (specified below) / VARIOUS | | |

## DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

WIRE INSTRUCTIONS:
- To: Deutsche Bank Trust Company Americas
- 60 Wall Street, New York, NY 10005
- ABA: 021-001-033
- Swift: BKTRUST33
- Credit: TFT Settlement Account
- Account: 04-946-733

EFFECTIVE DATE: 5/24/2018

OFFICER SIGNATURE: *[signature]*

Thomas LaVecchia
Senior Director
IIG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Citibank account referenced above.

## INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Reference Rate: | 3-month Libor (3M Libor) |
| Spread (Interest Rate) | 5.000% |
| [Adjustment] | 0.00% |
| Total Rate: | 5.00% |
| Ceiling (Maximum Rate): | None |
| Floor (Minimum Rate): | 9.00% |
| Interest / Reset Frequency: | Monthly |
| Payment Method: | Pays Interest Monthly |

STFF IS PURCHASING $214,000.00 OF PRINCIPAL FROM TFT. NEW ADVANCE UNDER CREDIT FACILITY.

### Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | STFF | Operations Analyst: | XE/AZ |
| Office: | | | |
| Branch: | | Manager: (Initial) | CRC |
| GL Code (TFF - Discount): | | Deal Analyst: (Initial) | LM |
| GL Code: | 6 | | |
| GL Code (TFF BV): | | Entered in Stucky by (initial): | XE |
| | | Date: | 5/24/2018 |
| Compute [Capitalize Interest]: | | Loan #: | Resa03 |
| Accrue & Compute [Does not Capitalize]: | | Activated By: | TL/RC |
| | | Weekly Stucky Verification Completed: | |
| Amortize Loans (Reduction Schedule) | | By: | |
| | | Date: | |
| | | Papershell Set-Up Completed: | |
| | | By: | |
| | | Date: | |

Date Prepared: 19-Jun-18
Extension Reference: Saldana PC #15 is being amended to reflect the one-year extension of the facility to June 18, 2019

## PARTICIPATION CERTIFICATE FOR TRILINC - IIG MPA
(to be used for all sales pursuant to TriLinc - IIG MPAs; to be completed by deal analysts)

### FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | Contrato marco de prestamo | | |
| Maximum Facility Amount (Limit): | $10,000,000.00 | Originator (Specify): | TOF |
| Facility Type: (Specify) | Revolving Credit-Uncommitted | Off taker Name(s): | Various |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 19-Jun-14 | Commodity/Industry Sector: (Specify): | Frozen Fish / Frozen Tuna |
| Maturity Date: | 19-Jun-18 | Trust : | N/A |
| Borrower: | Representaciones Saldana S.A. | Trustee / Administrator: | N/A |
| Fee Type (Specify) | | Collateral Manager: | Intertek |
| Fee Amount (Fixed$/Percentage): Frequency of Fee: (Specify): | | Broker/Representative/Agent: | Jose Vera |
| | | Investment Structure: | Asset-Based Lending (ABL) |

### PARTICIPATION INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Participation: | Strip participation | Date of Advance / Purchase: | 19-Jun-18 |
| Type of Advance: | Fixed Rate Loan | Maturity Date(s) Applicable to Adv/Participation: | Specified below |
| Off taker Name: | Various | Targeted Maturity Date: | 19-Jun-19 |
| | | Maximum Maturity Date: | 19-Jun-19 |
| Old Loan # (Loan to be Purchased): (Specify) | Specified below | No. of Days: | 365 |
| | | Maturity Value: | $150,865.30 |
| | | Discount Rate: | 100.00% |
| Seller (Specify): | TOF | Approved Facility Amount : | $2,000,000.00 |
| | | Repayment Terms: | Single Maturity |
| Purchaser (Specify): | TriLinc | New Loan # (Assigned Upon Advance / Purchase): (Specify) | Choose One / RESA04 |

### COUNTRIES

| Field | Value | Field | Value |
|---|---|---|---|
| Risk Country: | Panama | Specific Loan Collateral (Specify): | Specified below / Contract |
| Origin: (Specify) | Ecuador | Participation Fee: | $0.00 |
| Destination: (Specify) | Other (specified below) / Various | Servicing Fee: | $0.00 |

### AUTHORIZED SIGNATORIES

Each of Seller and Purchaser, by the respective authorized signature below, as such party's respective authorized representative as of the Date of Purchase first above written, hereby agrees to the sale and purchase of the participation interest described herein:

Seller: Thomas LaVecchia, Senior Director, IIG Trade Finance LLC
Purchaser: Thomas LaVecchia

(Note: The following acknowledgement signature must also be obtained if Originator is not the Seller or the Purchaser.)
Originator, by the authorized signature below, as its authorized representative as of the Date of Purchase first above written, hereby acknowledges and approves the sale and purchase from the Seller to the Purchaser herein of the participation interest described herein:
Originator:

### INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| Spread (Interest Rate) | 0.000% |
| Rate at Initial Draw: | 9.0000% |
| Total Rate: | 9.0000% |
| Reset Date: | None |
| Ceiling (Maximum Rate): | None |
| Floor (Minimum Rate): | 9.00% |
| Interest / Reset Frequency: | Monthly |
| Payment Method: | Pays Interest Monthly |

This document constitutes a "Participation Certificate" (as defined under that certain Master Participation Agreement ("MPA")), as currently in effect, among the Originator herein, as Originator, TriLinc Global Impact Fund - Trade Finance, Ltd., as Participant, and others. Purchaser shall be deemed to be a "Participant" under the MPA for purposes of the Participation Interest acquired hereunder, and Seller shall be deemed to be a seller under the MPA for purposes of said Participation Interest, and each of them agrees to be bound by all of the terms and conditions of the MPA. Nothing herein shall modify or amend any terms or conditions of any Financing Document (as defined under the MPA). Seller represents to Purchaser that any copies provided by Seller to Purchaser of Financing Documents in respect of the Loan/Credit Agreement set forth herein constitute true copies of said Financing Documents. If this Participation Certificate is executed by an authorized signatory of IIG on behalf of Seller or Purchaser, IIG has authority to execute this participation and, if applicable, this participation complies with applicable investment guidelines and/or has been otherwise approved by the relevant party.

TriLinc is extending $150,865.30 for a new funding request from the client.

Gross return is 9.27%. Admin. Fees are 0.25% and collateral manager fees are 0.02% to arrive at the 9% return profile.

### Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | TriLinc | Operations Analyst: | XE/AZ |
| Office: | | Manager: (Initial) | CRC |
| Branch: | BV | Deal Analyst: (Initial) | LM |
| GL Code (Purchaser): | 10 | Entered in Stucky by (initial): | AZ |
| GL Code (Seller): | 1 | Date: | 19-Jun-18 |
| | | Loan #: | RESA04 |
| Compute [Capitalize Interest]: | | Activated By: | |
| Accrue & Compute [Does not Capitalize]: | Yes | Weekly Stucky Verification Completed: | |
| | | By: | |
| Amortize Loans (Reduction Schedule) | | Date: | |
| | | Papershell Set-Up Completed: | |
| | | By: | |
| | | Date: | |