# EXHIBIT EE

Date Prepared: 6-Jun-17

## TICKET FOR ADVANCES / PARTICIPATIONS - GLOBAL TRADE FINANCE FUND (GTFF)
(to be completed by deal analysts)

(15)

### FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | | | |
| Facility Type: (Specify) | Term Loan-Uncommitted | Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 30-Oct-14 | Off taker Name(s): | Gunvor |
| | | Commodity/Industry Sector: (Specify) | Crude Oil |
| Maturity Date: | 20-Oct-17 | | |
| Borrower: | Valle Energy Inc. | Trust: | N/A |
| Fee Type (Specify) | none | Trustee / Administrator: | N/A |
| Fee Amount (Fixed$/Percentage) | | Collateral Manager: | N/A |
| Frequency of Fee: (Specify) | none | Broker/Representative/Agent: | CFSA |
| | | Investment Structure: | Asset-Based Lending (ABL) |

### PARTICIPATION ADVANCE / INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance: | Fixed Rate (Fixed) | Date of Advance / Purchase: | 6-Jun-17 |
| Off taker Name: | Gunvor | Maturity Date(s) Applicable to Adv: (Specify) | Specified below |
| (Loan to be Purchased): | Specified below | | 20-Oct-17 |
| | VEIN15 | No. of Days: | 136 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $3,900,000.00 |
| | | Discount Rate: | N/A |
| Purchaser | GLOBAL TRADE FINANCE FUND (GTFF) | Advance Amount / Loan Participation Price: | $3,900,000.00 |
| | | Repayment Terms: | Choose One |

#### COUNTRIES

| Field | Value | Field | Value |
|---|---|---|---|
| Risk Country: | Colombia | GTFF LTD Loan # (Assigned Upon Purchase of Loan Participation): (Specify) | VEIN16 |
| Origin: (Specify) | Colombia | | |
| Destination: (Specify) | Colombia | Specific Loan Collateral (Specify) | Specified below<br>Mining Rights and Sales Contracts |

### DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

WIRE INSTRUCTIONS:
To: Deutsche Bank Trust Company Americas
60 Wall Street, New York, NY 10005
ABA: 021-001-033
Swift: BKTRUST33
Credit: TFT Settlement Account
Account: 04-946-733

EFFECTIVE DATE: 6/6/2017

OFFICER SIGNATURE: [signature] Thomas LaVecchia, Senior Director, IIG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.

### INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| Spread (Interest Rate) | 0.000% |
| Base Interest Rate at Initial Draw: | 11.25% |
| Total Rate: | 11.25% |
| Reset Date | None |
| Ceiling (Maximum Rate): | 0.000% |
| Floor (Minimum Rate): | 0.00% |
| Interest Reset Frequency: | Monthly |
| Payment Method: | Pays Interest Monthly |

GTFF is purchasing from TFT the amount of principal: $3,900,000.00
The amount of interest $6,093.75
Grand Total $3,906,093.75

### Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | GTFF | Operations Analyst: | XE/AZ |
| Office: | | Manager: ____(Initial) | |
| Branch: | | | |
| GL Code (TFT - Discount): | | Deal Analyst: ____(Initial) | |
| GL Code: | 9 | | |
| GL Code (TFT BV): | | Entered in Stucky by (initial): | |
| Compute [Capitalize Interest]: | | Date: | 6/6/2017 |
| Accrue & Compute [Does not Capitalize]: | | Loan #: | VEIN16 |
| Amortize Loans (Reduction Schedule): | | Activated By: | |
| | | Weekly Stucky Verification Completed: | |
| | | By: | |
| | | Date: | |
| | | Papershell Set-Up Completed: | |
| | | By: | |
| | | Date: | |

Date Prepared: 3-Jul-17

## TICKET FOR ADVANCES / PARTICIPATIONS - STRUCTURED TRADE FINANCE FUNDING (STFF)
(to be completed by deal analysts)

⑤

### FACILITY INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | Uncommitted Loan Agreement | | |
| Facility Type: (Specify) | Term Loan-Uncommitted | Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 30-Oct-14 | Off taker Name(s): | Gunvor |
| | | Commodity/Industry Sector: (Specify) | Crude Oil |
| Maturity Date: | 20-Oct-17 | | |
| Borrower: | Valle Energy Inc. | Trust: | N/A |
| Fee Type (Specify): | Choose One / N/A | Trustee / Administrator: | N/A |
| Fee Amount (Fixed$/Percentage): | N/A | Collateral Manager: | N/A |
| Frequency of Fee: (Specify) | | Broker/Representative/Agent: | CFSA |
| | | Investment Structure: | Asset-Based Lending (ABL) |

### PARTICIPATION ADVANCE / INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance: | Fixed Rate | Date of Advance / Purchase: | 3-Jul-17 |
| Off taker Name: | Gunvor | Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 20-Oct-17 |
| (Loan to be Purchased): | Choose One / Vein16 | No. of Days: | 109 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $9,950,000.00 |
| | | Discount Rate: | N/A |
| Purchaser | STRUCTURED TRADE FINANCE FUND (STFF) | Advance Amount / Loan Participation Price: | $9,950,000.00 |
| | | Repayment Terms: | |

**COUNTRIES**

| Field | Value | Field | Value |
|---|---|---|---|
| Risk Country: | Colombia | GTFF LTD Loan # (Assigned Upon Purchase of Loan Participation): (Specify) | Vein17 |
| Origin: (Specify) | Colombia | | |
| Destination: (Specify) | Colombia | Specific Loan Collateral (Specify) | Specified below / Mining Rights and Sales Contracts |

### DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

WIRE INSTRUCTIONS: To: Deutsche Bank Trust Company Americas
60 Wall Street, New York, NY 10005
ABA: 021-001-033
Swift: BKTRUST33
Credit: TFT Settlement Account
Account: 04-946-733

EFFECTIVE DATE: 7/3/2017

OFFICER SIGNATURE: [signature]

Richard Cadena
Senior Director
G Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.

### INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| Spread (Interest Rate) | 0.000% |
| Base Interest Rate at Initial Draw: | 11.250% |
| Total Rate: | 11.250% |
| Reset Date | |
| Ceiling (Maximum Rate): | N/A |
| Floor (Minimum Rate): | 11.250% |
| Interest / Reset Frequency: | Monthly |
| Payment Method: | Pays Interest Monthly |

STFF is purchasing from TFT principal: 9,950,000.00
The amount of interest: 105,593.75
Grand Total: 10,055,593.75

### Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | STFF | Operations Analyst: | XE/AZ |
| Office: | | Manager: (initial) | |
| Branch: | | Deal Analyst: (initial) | |
| GL Code (TFT - Discount): | | Entered in Stucky by (initial): | |
| GL Code: | | Date: | Specified below |
| GL Code (TFT BV): | | Loan #: | Vein17 |
| Compute (Capitalize Interest): | | Activated By: | TL/RC |
| Accrue & Compute (Does not Capitalize): | | Weekly Stucky Verification Completed: | |
| Amortize Loans (Reduction Schedule) | | By: Date: | |
| | | Papershell Set-Up Completed: | |
| | | By: Date: | |

| | |
|---|---|
| Date Prepared: | 1-Aug-17 |

# TICKET FOR ADVANCES / PARTICIPATIONS - STRUCTURED TRADE FINANCE FUNDING (STFF)
*(to be completed by deal analysts)*

## FACILITY INFORMATION

(6)

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement | Uncommitted Loan Agreement | | |
| Facility Type: (Specify) | Term Loan-Uncommitted | Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- If applicable) | 30-Oct-14 | Off taker Name(s): | Gunvor |
| | | Commodity/Industry Sector: (Specify) | Crude Oil |
| Maturity Date: | 20-Oct-17 | | |
| Borrower: | Valle Energy Inc. | Trust : | N/A |
| Fee Type (Specify): | Choose One / N/A | Trustee / Administrator: | N/A |
| Fee Amount (Fixed$/Percentage): Frequency of Fee: (Specify) | N/A | Collateral Manager: | N/A |
| | | Broker/Representative/Agent: | CFSA |
| | | Investment Structure: | Asset-Based Lending (ABL) |

## PARTICIPATION ADVANCE / INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance: | Fixed Rate | Date of Advance / Purchase: | 1-Aug-17 |
| Off taker Name: | Gunvor | Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 20-Oct-17 |
| (Loan to be Purchased): | Choose One / Veln05 | No. of Days: | 80 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $4,000,000.00 |
| Purchaser | STRUCTURED TRADE FINANCE FUND (STFF) | Discount Rate: | N/A |
| | | Advance Amount / Loan Participation Price: | $4,000,000.00 |
| **COUNTRIES** | | Repayment Terms: | |
| Risk Country: | Colombia | GTFF LTD Loan # (Assigned Upon Purchase of Loan Participation): (Specify) | Veln17 |
| Origin: (Specify) | Colombia | | |
| Destination: (Specify) | Colombia | Specific Loan Collateral (Specify) | Specified below / Mining Rights and Sales Contracts |

## DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

| | | | INTEREST RATE DETAILS | |
|---|---|---|---|---|
| WIRE INSTRUCTIONS: | To: Deutsche Bank Trust Company Americas | | Reference Rate: | Fixed Rate (Fixed) |
| | 60 Wall Street, New York, NY 10005 | | Spread (Interest Rate) | 0.000% |
| | ABA: 021-001-033 | | Base Interest Rate at Initial Draw: | 11.250% |
| | Swift: BKTRUST33 | | Total Rate: | 11.250% |
| | Credit: TFT Settlement Account | | Reset Date | |
| | Account: 01-946-733 | | Ceiling (Maximum Rate): | N/A |
| EFFECTIVE DATE: | 8/1/2017 | | Floor (Minimum Rate): | 11.250% |
| OFFICER SIGNATURE: | [signature] | | Interest / Reset Frequency: | Monthly |
| | | | Payment Method: | Pays Interest Monthly |

Richard Cadena
Senior Director
IIG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Deutsche Bank account referenced above.

| | |
|---|---|
| STFF is purchasing from TFT principal: | 4,000,000.00 |
| The amount of Interest: | 38,750.00 |
| Grand Total: | 4,038,750.00 |

### Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | | Operations Analyst: | XE/AZ |
| Office: | STFF | | |
| Branch: | | Manager:_____(Initial) | |
| GL Code (TFT - Discount): | | Deal Analyst:_____(Initial) | |
| GL Code: | 6 | | |
| GL Code (TFT BV): | | Entered in Stucky by (Initial): | |
| Compute [Capitalize Interest]: | | Date: | Specified below |
| Accrue & Compute [Does not Capitalize]: | | Loan #: | Veln17 |
| Amortize Loans (Reduction Schedule): | | Activated By: | TL/RC |
| | | Weekly Stucky Verification Completed: | |
| | | By: | |
| | | Date: | |
| | | Papershell Set-Up Completed: | |
| | | By: | |
| | | Date: | |