# EXHIBIT HH

Date Prepared: | 3-Jul-17

## TICKET FOR ADVANCES / PARTICIPATIONS - STRUCTURED TRADE FINANCE FUNDING (STFF)
*(to be completed by deal analysts)*

### FACILITY INFORMATION

| | |
|---|---|
| Title of Loan/Credit Agreement | Contrato de Línea de Crédito Para la Prefinanción de Exportaciones |
| Facility Type: *(Specify)* | Revolving Credit-Uncommitted |
| Date of Loan/Credit Agreement: *(Date of Amendments- if applicable)* | |
| Maturity Date: | 29-Jul-17 |
| Borrower: | Sancor |
| Fee Type *(Specify)* | none |
| Fee Amount (Fixed$/Percentage): Frequency of Fee: *(Specify)* | none |

③

| | |
|---|---|
| Originator | TRADE FINANCE TRUST |
| Off taker Name(s): | Inventory - Sancor |
| Commodity/Industry Sector: *(Specify)* | Cheese Products |
| Trust : | N/A |
| Trustee / Administrator: | N/A |
| Collateral Manager: | N/A |
| Broker/Representative/Agent: | DBA Corporate Finance |
| Investment Structure: | Pre Export Financing - Inven. Exp. |

### PARTICIPATION ADVANCE / INTEREST INFORMATION

| | |
|---|---|
| Type of Advance: | Discount Instrument |
| Off taker Name: | Inventory - Sancor |
| TFF BV Loan # *(Loan to be Purchased)* | Specified below / SANC26/30/33 |
| Seller | TRADE FINANCE TRUST |
| Purchaser | STRUCTURED TRADE FINANCE FUND (STFF) |

#### COUNTRIES

| | |
|---|---|
| Risk Country: | Argentina |
| Origin: *(Specify)* | Argentina |
| Destination: *(Specify)* | Other (specified below) / VARIOUS |

| | |
|---|---|
| Date of Advance / Purchase: | 3-Jul-17 |
| Maturity Date(s) Applicable to Adv: *(Specify)* | Specified below / 29-Jul-17 |
| No. of Days: | 26 |
| Nominal Amount (Expected Maturity Value): | $5,488,647.00 |
| Discount Rate: | 100.00% |
| Advance Amount / Loan Participation Price: | $5,488,647.00 |
| Repayment Terms: | Single Maturity |
| TFF LTD Loan # *(Assigned Upon Purchase of Loan Participation)* *(Specify)* | N/A (advance of new funds to borrower) / SANC34 |
| Specific Loan Collateral *(Specify)* | Specified below / Assignmt of Export contracts under Master Agreement |

### DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

| WIRE INSTRUCTIONS: | To: | Deutsche Bank Trust Company Americas |
|---|---|---|
| | | 60 Wall Street, New York, NY 10005 |
| | ABA: | 021-001-033 |
| | Swift: | BKTRUST33 |
| | Credit | TFT Settlement Account |
| EFFECTIVE DATE: | Account: | 04-046-733 |
| OFFICER SIGNATURE: | | 7/3/2017 |

*Richard Cadena*
*Senior Director*
*ilG Trade Finance LLC*

*NOTE: As Collateral Manager, we will remit funds to the borrower and debit the STFF once proceeds are received in the Citibank account referenced above.*

| | | |
|---|---|---|
| STFF is purchasing from TFT principal: | $ | 5,488,647.00 |
| The amount of interest: | $ | 112,142.21 |
| Grand Total: | $ | 5,600,789.21 |

### INTEREST RATE DETAILS

| | |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| Spread  *(Interest Rate)* | 0.000% |
| Base Interest Rate at Initial Draw: | 10.66% |
| Total Rate: | 10.66% |
| Reset Date: | None |
| Ceiling (Maximum Rate): | n/a |
| Floor  (Minimum Rate): | 10.66% |
| Interest / Reset Frequency: | At Maturity |
| Payment Method: | Pays Interest at Maturity |

### Operations Only

| | |
|---|---|
| Region: | STFF |
| Officer: | |
| Branch: | |
| GL Code (TFF - Discount): | |
| GL Code: | |
| GL Code (TFF BV): | |
| Compute (Capitalize Interest) | |
| Accrue & Compute (Does not Capitalize): | |
| Amortize Loans (Reduction Schedule) | |

| | |
|---|---|
| Operations Analyst: | RC/CS |
| Manager:_____ *(Initial)* | CRC |
| Deal Analyst:_____ *(Initial)* | LM |
| Entered in Stucky by (Initial): | CS |
| Date: | 7/3/2017 |
| Loan #: | SANC34 |
| Activated By: | TL/RC |
| Weekly Stucky Verification Completed: | |
| By: | |
| Date: | |
| Papershell Set-Up Completed: | |
| By: | |
| Date: | |

| | Date Prepared: | 3-Jul-17 |
|---|---|---|

## TICKET FOR ADVANCES / PARTICIPATIONS - TRADE FINANCE FUNDING I B.V.

*(to be completed by deal analysts)*

### FACILITY INFORMATION

④

| Field | Value | Field | Value |
|---|---|---|---|
| Title of Loan/Credit Agreement: (Specify) | Contrato de Línea de Crédito para la Prefinanciación de Exportaciones | | |
| Facility Type: | Revolving Credit-Uncommitted | Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | | Off taker Name(s): | Inventory - Sancor |
| | | Commodity/Industry Sector: (Specify) | Cheese Products |
| Maturity Date: | 29-Jul-17 | | |
| Borrower: | Sancor | Trust : | N/A |
| Fee Type (Specify): | none | Trustee / Administrator: | N/A |
| Fee Amount (Fixed/Percentage): | | Collateral Manager: | N/A |
| Frequency of Fee: (Specify) | none | Broker/Representative/Agent: | DBA Corporate Finance |
| | | Investment Structure: | Pre Export Financing - Inven. Exp. |

### PARTICIPATION ADVANCE / INTEREST INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Type of Advance: | Discount Instrument | Date of Advance / Purchase: | 3-Jul-17 |
| Off taker Name: | Inventory - Sancor | Maturity Date(s) Applicable to Adv: | Specified below |
| TFF BV Loan # (Loan to be Purchased): | Specified below | (Specify) | 29-Jul-17 |
| | SANC27/28/29/31/32 | No. of Days: | 26 |
| Seller | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $13,281,471.36 |
| | | Discount Rate: | 99.24% |
| Purchaser | STRUCTURED TRADE FINANCE FUND (STFF) | Advance Amount / Loan Participation Price: | $13,180,000.00 |
| | | Repayment Terms: | Single Maturity |

### COUNTRIES

| Field | Value | Field | Value |
|---|---|---|---|
| | | TFF LTD Loan # (Assigned Upon Purchase of Loan Participation): | N/A (advance of new funds to borrower) |
| Risk Country: | Argentina | (Specify) | SANC35 |
| Origin: (Specify) | Argentina | | |
| Destination: (Specify) | Other (specified below) | Specific Loan Collateral (Specify): | Specified below |
| | VARIOUS | | Asignmt of Export contracts under Master Agreement |

### DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

| WIRE INSTRUCTIONS: | To: | Deutsche Bank Trust Company Americas |
|---|---|---|
| | | 60 Wall Street, New York, NY 10005 |
| | ABA: | 021-001-033 |
| | Swift: | BKTRUST33 |
| | Credit: | TFF Settlement Account |
| EFFECTIVE DATES: | Account: | 04-946-733 |
| OFFICER SIGNATURE: | | 7/3/2017 |

*Richard Cadena*
*Senior Director*
*Trade Finance LLC*

NOTE: As Collateral Manager, we will remit funds to the borrower and broker(s) once funds are received in the Citibank account referenced above.

### INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| Spread  (Interest Rate) | 0.000% |
| Base Interest Rate at Initial Draw: | 10.66% |
| Total Rate: | 10.66% |
| Reset Date | None |
| Ceiling (Maximum Rate): | n/a |
| Floor (Minimum Rate): | 10.66% |
| Interest / Reset Frequency: | At Maturity |
| Payment Method: | Pays Interest at Maturity |

| STFF is purchasing from TFF principal: | $ | 13,180,000.00 |
|---|---|---|
| The amount of interest: | $ | 269,289.37 |
| Grand Total: | $ | 13,449,289.37 |

### Operations Only

| Field | Value | Field | Value |
|---|---|---|---|
| Region: | STFF | Operations Analyst: | RC/CS |
| Office: | | | |
| Branch: | | Manager:_____ (Initial) | CRC |
| GL Code ( Discount): | | Deal Analyst:_____ (Initial) | LM |
| GL Code: | 6 | Entered in Stucky by (initial): | CS |
| GL Code (BV): | | Date: | 7/3/2017 |
| Compute (Capitalize Interest): | | Loan #: | SANC35 |
| Accrue & Compute (Does not Capitalize): | | Activated By: | TL/RC |
| Amortize Loans (Reduction Schedule): | | Weekly Stucky Verification Completed: | |
| | | | By: |
| | | | Date: |
| | | Papershell Set-Up Completed: | |
| | | | By: |
| | | | Date: |

## TICKET FOR ADVANCES / PARTICIPATIONS - STRUCTURED TRADE FINANCE FUND (STFF)
*(to be completed by deal analysts)*

### FACILITY INFORMATION

(23)

| | | | |
|---|---|---|---|
| Title of Loan/Credit Agreement: | Contrato de Línea de Crédito Para la Prefinanciación de Exportaciones | | |
| Facility Type: (Specify): | Revolving Credit-Uncommitted | Originator: | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: Date of Amendments- if applicable: | | Off taker Name(s): | Inventory - Sancor |
| | | Commodity/Industry Sector: (Specify): | Cheese Products |
| Maturity Date: | 29-Jul-18 | Trust : | |
| Borrower: | Sancor | Trustee / Administrator: | N/A |
| Fee Type (Specify): | none | Collateral Manager: | N/A |
| Fee Amount (Fixed/Percentage): Frequency of Fee: (Specify): | none | Broker/Representative/Agent: | DBA CORPORATE FINANCE S.A. |
| | | Investment Structure: | Pre-Export (PEF) |

### PARTICIPATION INTEREST INFORMATION

| | | | |
|---|---|---|---|
| Type of Advance: | Discount Instrument | Date of Advance / Purchase: | 2-Aug-17 |
| Off taker Name: | Inventory - Sancor | Maturity Date(s) Applicable to Adv/Participation: (Specify): | Specified below 29-Jul-18 |
| Old Loan #  (Loan to be Purchased): (Specify): | Specified below SANCAX/AY/AZ | No. of Days: | 361 |
| Seller (Specify): | TRADE FINANCE TRUST | Nominal Amount (Expected Maturity Value): | $928,093.78 |
| | | Discount Rate: | 92.00% |
| Purchaser (Specify): | STRUCTURED TRADE FINANCE FUND (STFF) | Advance Amount / Purchase Price: | $827,150.00 |
| | | Repayment Terms: | Single Maturity |
| **COUNTRIES** | | STFF LTD Loan # (Assigned Upon Purchase of Loan Participation) (Specify): | Specified below SANCAX |
| Risk Country: | Argentina | | |
| Origin: (Specify): | Argentina | Specific Loan Colateral (Specify): | Specified below |
| Destination: (Specify): | Other (specified below) VARIOUS | | Assigment of Export Contracts |

### DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES | INTEREST RATE DETAILS

| | | | |
|---|---|---|---|
| WIRE INSTRUCTIONS: To: | Deutsche Bank Trust Company Americas 60 Wall Street, New York, NY 10005 | Reference Rate: | Fixed Rate (Fixed) |
| ABA: | 021-001-033 | Spread  (Interest Rate) | 0.000% |
| Swift: | BKTRUST33 | Base Interest Rate at Initial Draw: | 12.17% |
| Credit: | TFT Settlement Account | Total Rate: | 12.17% |
| Account | 04-946-733 | Ceiling  (Maximum Rate): Reset Date | None n/a |
| EFFECTIVE DATE: | 8/2/2017 | Floor  (Minimum Rate): | 12.17% |
| OFFICER SIGNATURE: | | Interest / Reset Frequency: | At Maturity |
| | | Payment Method: | Pays Interest at Maturity |

Richard Cadena
Senior Director
iG Trade Finance LLC

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds
are received in the Deutsche Bank account referenced above.

| | | |
|---|---|---|
| STFF is purchasing from TFT principal: | | $827,150.00 |
| The amount of Interest: | $ | |
| Grand Total: | | $827,150.00 |

### Operations Only

| | | | |
|---|---|---|---|
| Region: | STFF | Operations Analyst: | RC/CS |
| Office: | | Manager: (Initial) | CRC |
| Branch: | | Deal Analyst: (Initial) | LM |
| GL Code ( Discount): | | Entered in Stucky by (initial): | CS |
| GL Code: | 6 | Date: | 2-Aug-17 |
| GL Code (BV): | | Loan #: | SANCAX |
| Compute [Capitalize Interest] | | Activated By: | RC/TL |
| Accrue & Compute [Does not Capitalize] | | Weekly Stucky Verification Completed: | |
| Amortize Loans (Reduction Schedule) | | By: Date: | |
| | | Papershell Set-Up Completed: | |
| | | By: Date: | |

**Date Prepared:** 14-Jun-18

## TICKET FOR ADVANCES / PARTICIPATIONS - STRUCTURED TRADE FINANCE FUNDING (STFF)
*(to be completed by deal analysts)*

### FACILITY INFORMATION

(36)

| Field | Value | | Field | Value |
|---|---|---|---|---|
| Title of Loan/Credit Agreement | Contrato de Línea de Crédito Para la Prefinanciación de Exportaciones | | | |
| Facility Type: (Specify) | Revolving Credit-Uncommitted | | Originator | TRADE FINANCE TRUST |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | | | Off taker Name(s): | Duntower Corporation |
| | | | Commodity/Industry Sector: (Specify) | Cheese Products |
| Maturity Date: | 29-Jul-18 | | | |
| Borrower: | Sancor | | Trust : | N/A |
| Fee Type (Specify) | none | | Trustee / Administrator: | N/A |
| | | | Collateral Manager: | N/A |
| Fee Amount (Fixed$/Percentage): Frequency of Fee: (Specify) | none | | Broker/Representative/Agent: | DBA Corporate Finance |
| | | | Investment Structure: | Pre-Export (PEF) |

### PARTICIPATION ADVANCE / INTEREST INFORMATION

| Field | Value | | Field | Value |
|---|---|---|---|---|
| Type of Advance: | Discount Instrument | | Date of Advance / Purchase: | 14-Jun-18 |
| Off taker Name: | Duntower Corporation | | Maturity Date(s) Applicable to Adv: (Specify) | Specified below / 29-Jul-18 |
| (Loan to be Purchased): | Specified below / SANC34 | | No. of Days: | 45 |
| Seller | STRUCTURED TRADE FINANCE FUND (STFF) | | Nominal Amount (Expected Maturity Value): | $654,454.31 |
| | | | Discount Rate: | 98.69% |
| Purchaser | STRUCTURED TRADE FINANCE FUND (STFF) | | Advance Amount / Loan Participation Price: | $645,848.38 |
| | | | Repayment Terms: | Single Maturity |

### COUNTRIES

| Field | Value | | Field | Value |
|---|---|---|---|---|
| | | | TFF LTD Loan # (Assigned Upon Purchase of Loan Participation): (Specify) | N/A (advance of new funds to borrower) / SANC36 |
| Risk Country: | United Kingdom | | | |
| Origin: (Specify) | Argentina | | | |
| Destination: (Specify) | United Kingdom | | Specific Loan Collateral (Specify) | Specified below / Assignment of Export contracts under Master Agreement |

### DETAILS OF THE TRANSACTION: WHERE TO WIRE FUNDS AND EFFECTIVE DATES

WIRE INSTRUCTIONS:
To: Deutsche Bank Trust Company Americas
60 Wall Street, New York, NY 10005
ABA: 021-001-033
Swift: BKTRUST33
Credit: TFT Settlement Account
Account: 01-916-731

EFFECTIVE DATE: 6/14/2018

OFFICER SIGNATURE:

*Richard Cardone*
*Senior Director*
*IIG Trade Finance LLC*

NOTE: As Collateral Manager, we will remit funds to the borrower and broker once funds are received in the Citibank account referenced above.

### INTEREST RATE DETAILS

| Field | Value |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| Spread  (Interest Rate) | 0.000% |
| Base Interest Rate at Initial Draw: | 10.66% |
| Total Rate: | 10.66% |
| Reset Date | None |
| Ceiling (Maximum Rate): | 10.66% |
| Interest / Reset Frequency: | At Maturity |
| | Pays Interest at Maturity |

| | |
|---|---|
| STFF is purchasing from STFF principal: | $ 645,848.38 |
| The amount of interest: | $ 14,151.62 |
| Grand Total: | $ 660,000.00 |

### Operations Only

| Field | Value | | Field | Value |
|---|---|---|---|---|
| Region! | STFF | | Operations Analyst: | RC/CS |
| Office: | | | | |
| Branch: | | | Manager:_____(initial) | CRC |
| GL Code ( Discount): | | | Deal Analyst:_____(initial) | LM |
| GL Code: | 6 | | | |
| GL Code (BV): | | | Entered in Stucky by (initial): | CS |
| | | | Date: | 6/14/2018 |
| Compute (Capitalize Interest) | | | Loan #: | SANC36 |
| Accrue & Compute (Does not Capitalize): | | | Activated By: | TL/RC |
| Amortize Loans (Reduction Schedule) | | | Weekly Stucky Verification Completed: | |
| | | | By: | |
| | | | Date: | |
| | | | Papershell Set-Up Completed: | |
| | | | By: | |
| | | | Date: | |

Date Prepared: 25-Apr-16

## PARTICIPATION CERTIFICATE FOR TRILINC - IIG MPA
*(to be used for all sales pursuant to TriLinc - IIG MPAs; to be completed by deal analysts)*

### FACILITY INFORMATION

| | |
|---|---|
| Title of Loan/Credit Agreement | Contrato de linea de credito |
| Maximum Facility Amount (Limit): | $50,000,000.00 |
| Facility Type: (Specify) | Revolving Credit-Uncommitted |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 21-Dec-09 / 3/15/10 - 11/29/10 - 8/1/11 - 9/21/11 - 4/20/12 - 8/28/14 |
| Maturity Date: | 29-Jul-16 |
| Borrower: | SANCOR COOP UNIDAS LTD |
| Fee Type (Specify) | |
| Fee Amount (Fixed$/Percentage): Frequency of Fee: (Specify) | |

| | |
|---|---|
| Originator (Specify) | TOF - BV |
| Off taker Name(s): | In line with documentation |
| Commodity/Industry Sector: (Specify) | Other (please specify) / Powdered Milk |
| Trust : | Fideicomiso de Garantias Sancor IIG TOF BV |
| Trustee / Administrator: | Banco de Servicios y Transacciones S.A. |
| Collateral Manager: | Control Union |
| Broker/Representative/Agent: | DBA Corporate |
| Investment Structure: | Pre-Export (PEF) |

### PARTICIPATION INTEREST INFORMATION

| | |
|---|---|
| Type of Participation: | Strip participation |
| Type of Advance: | Fixed Rate Loan |
| Off taker Name: | In Line of Documentation |
| Old Loan #  (Loan to be Purchased): (Specify) | Specified below |
| Seller (Specify) | TOF / TOF - BV |
| Purchaser (Specify) | TriLinc Global Impact Fund |

| | |
|---|---|
| Date of Advance / Purchase: | 25-Apr-16 |
| Maturity Date(s) Applicable to Adv/Participation: (Specify) | Specified below / 29-Jul-16 |
| No. of Days: | 95 |
| Maturity Value : | $4,000,000.00 |
| Discount Rate: | 0.00% |
| Approved Facility Amount : | $6,000,000.00 |
| Repayment Terms: | Single Maturity |
| New Loan # (Assigned Upon Advance / Purchase): (Specify) | Choose One / SANCEA |

#### COUNTRIES

| | |
|---|---|
| Risk Country: | Other (specified below) |
| Origin: (Specify) | Argentina |
| Destination: (Specify) | Other (specified below) / In line with documentation |

| | |
|---|---|
| Specific Loan Collateral (Specify) | Specified below / Contract |
| Participation Fee: | $0.00 |
| Servicing Fee: | $0.00 |

### INTEREST RATE DETAILS

| AUTHORIZED SIGNATORIES | |
|---|---|

*Each of Seller and Purchaser, by the respective authorized signature below, as such party's respective authorized representative as of the Date of Purchase first above written, hereby agrees to the sale and purchase of the participation interest described herein:*

| | |
|---|---|
| Seller | |
| Purchaser | Thomas LaVecchia / Senior Director / The International Investment Group LLC |

*(Note : The following acknowledgement signature must not be obtained if Originator is not the Seller or the Purchaser.)*

*Originator, by the authorized signature below, as its authorized representative as of the Date of Purchase first above written, hereby acknowledges and approves the sale and purchase from the Seller to the Purchaser herein of the participation interest described herein:*

| | |
|---|---|
| Originator | |

| | |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| Spread  (Interest Rate) | 0.000% |
| Interest Rate at Initial Draw: | 10.6700% |
| Total Rate: | 10.6700% |
| Reset Date | None |
| Ceiling (Maximum Rate): | None |
| Floor  (Minimum Rate): | 10.67% |
| Interest / Reset Frequency: | Quarterly |
| Payment Method: | Pays Interest Quarterly |

This document constitutes a "Participation Certificate" (as defined under that certain Master Participation Agreement ("MPA")), as currently in effect, among the Originator herein, as Originator, TriLinc Global Impact Fund - Trade Finance, Ltd., as Participant, and others.  Purchaser shall be deemed to be a "Participant" under the MPA for purposes of the Participation Interest acquired hereunder, and Seller shall be deemed to be a seller under the MPA for purposes of said Participation Interest, and each of them agrees to be bound by all of the terms and conditions of the MPA. Nothing herein shall modify or amend any terms or conditions of any Financing Document (as defined under the MPA).  Seller represents to Purchaser that any copies provided by Seller to Purchaser of Financing Documents in respect of the Loan/Credit Agreement set forth herein constitute true copies of said Financing Documents.  If this Participation Certificate is executed by an authorized signatory of IIG on behalf of Seller or Purchaser, IIG has authority to execute this participation and, if applicable, this participation complies with applicable investment guidelines and/or has been otherwise approved by the relevant party.
TriLinc is purchasing the amount of $4,000,000.00 of principal

| Operations Only | | |
|---|---|---|
| Region: | TriLinc | |
| Office: | | |
| Branch: | BV | |
| GL Code (Purchaser): | 10 | |
| GL Code (Seller): | 1 | |
| Compute [Capitalize Interest] | | |
| Accrue & Compute [Does not Capitalize]: | Yes | |
| Amortize Loans (Reduction Schedule) | | |

| | |
|---|---|
| Operations Analyst: | RC/AZ |
| Manager: (Initial) | CRC |
| Deal Analyst: (Initial) | LM |
| Entered in Stucky by (initial): | AZ |
| Date: | 25-Apr-16 |
| Loan #: | SANCEA |
| Activated By: | |

Weekly Stucky Verification Completed:

| | |
|---|---|
| By: | |
| Date: | |

Papershell Set-Up Completed:

| | |
|---|---|
| By: | |
| Date: | |

Date Prepared: 29-Jul-17

## PARTICIPATION CERTIFICATE FOR TRILINC - IIG MPA
*(to be used for all sales pursuant to TriLinc - IIG MPAs; to be completed by deal analysts)*

### FACILITY INFORMATION

| | | | |
|---|---|---|---|
| **Title of Loan/Credit Agreement:** | Contrato de linea de credito | | |
| **Maximum Facility Amount (Limit):** | $50,000,000.00 | **Originator** (Specify): | TOF - BV |
| **Facility Type:** (Specify): | Revolving Credit-Uncommitted | **Off taker Name(s):** | In line with documentation |
| **Date of Loan/Credit Agreement:** | 21-Dec-09 | **Commodity/Industry Sector:** (Specify): | Other (please specify) |
| **(Date of Amendments- if applicable)** | 3/15/10 - 11/29/10 - 8/1/11 - 9/21/11 - 4/20/12 - 8/28/14 | | Powdered Milk |
| **Maturity Date:** | 29-Jul-18 | **Trust:** | Fideicomiso de Garantias Sancor IIG TOF BV |
| **Borrower:** | SANCOR COOP UNIDAS LTD | **Trustee / Administrator:** | Banco de Servicios y Transacciones S.A. |
| **Fee Type** (Specify): | | **Collateral Manager:** | Control Union |
| | | **Broker/Representative/Agent:** | DBA Corporate |
| **Fee Amount (Fixed$/Percentage):** **Frequency of Fee:** (Specify): | | **Investment Structure:** | Pre-Export (PEF) |

### PARTICIPATION INTEREST INFORMATION

| | | | |
|---|---|---|---|
| **Type of Participation:** | Strip participation | **Date of Advance / Purchase:** | 27-Apr-16 |
| **Type of Advance:** | Fixed Rate Loan | **Maturity Date(s) Applicable to Adv/Participation:** | Specified below |
| | | Targeted Maturity Date: | 29-Jul-18 |
| **Off taker Name:** | In line with documentation them | Maximum Maturity Date: | 29-Jul-18 |
| | | **No. of Days:** | 365 |
| **Old Loan #  (Loan to be Purchased):** (Specify): | Specified below | **Maturity Value :** | $2,000,000.00 |
| | | **Discount Rate:** | 0.00% |
| **Seller** (Specify): | TOF | **Approved Facility Amount :** | $6,000,000.00 |
| | TOF - BV | | |
| **Purchaser** (Specify): | TriLinc Global Impact Fund | **Repayment Terms:** | Single Maturity |
| | | **New Loan # (Assigned Upon Advance / Purchase):** | Choose One |
| **COUNTRIES** | | (Specify): | SANCEB |
| **Risk Country:** | Other (specified below) | **Specific Loan Collateral** (Specify): | Specified below |
| | | | Contract |
| **Origin:** (Specify): | Argentina | **Participation Fee:** | $0.00 |
| **Destination:** (Specify): | Other (specified below) | **Servicing Fee:** | $0.00 |
| | In line with documentation | **INTEREST RATE DETAILS** | |

### AUTHORIZED SIGNATORIES

*Each of Seller and Purchaser, by the respective authorized signature below, as such party's respective authorized representative as of the Date of Purchase first above written, hereby agrees to the sale and purchase of the participation interest described herein:*

**Seller**

**Purchaser**

*(Note : The following acknowledgement signature must also be completed if Originator cannot be the Seller or the Purchaser.)*

*Originator, by the authorized signature below, as its authorized representative as of the Date of Purchase first above written, hereby acknowledges and approves the sale and purchase from the Seller to the Purchaser herein of the participation interest described herein:*

**Originator**

Thomas LaVecchia
Senior Director
IIG Trade Finance LLC

| | |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| Spread (Interest Rate) | 0.000% |
| Draw: | 10.6700% |
| Total Rate: | 10.6700% |
| | None |
| Ceiling (Maximum Rate): | None |
| Floor (Minimum Rate): | **10.67%** |
| Interest / Reset Frequency: | Quarterly |
| Payment Method: | Pays Interest Quarterly |

This document constitutes a "Participation Certificate" (as defined under that certain Master Participation Agreement ("MPA")), as currently in effect, among the Originator herein, as Originator, TriLinc Global Impact Fund - Trade Finance, Ltd., as Participant, and others.  Purchaser shall be deemed to be a "Participant" under the MPA for purposes of the Participation Interest acquired hereunder, and Seller shall be deemed to be a seller under the MPA for purposes of said Participation Interest, and each of them agrees to be bound by all of the terms and conditions of the MPA. Nothing herein shall modify or amend any terms or conditions of any Financing Document (as defined under the MPA).  Seller represents to Purchaser that any copies provided by Seller to Purchaser of Financing Documents in respect of the Loan/Credit Agreement set forth herein constitute true copies of said Financing Documents.  If this Participation Certificate is executed by an authorized signatory of IIG on behalf of Seller or Purchaser, IIG has authority to execute this participation and, if applicable, this participation complies with applicable investment guidelines and/or has been otherwise approved by the relevant party.

TriLinc is purchasing the amount of $2,000,000.00 of principal

The gross return on this deal is 11.85, but carries a 10% broker fee, resulting in a net return of 10.67% to TriLinc.

### Operations Only

| | | | |
|---|---|---|---|
| **Region:** | TriLinc | **Operations Analyst:** | RC/AZ |
| **Office:** **Branch:** | BV | **Manager:** _____ (Initial) | CRC |
| **GL Code (Purchaser):** | 10 | **Deal Analyst:** _____ (Initial) | LM |
| **GL Code (Seller):** | 1 | *Entered in Stucky by (initial):* | CS |
| | | Date: | 27-Apr-16 |
| **Compute [Capitalize Interest]:** | | Loan #: | SANCEB |
| **Accrue & Compute [Does not Capitalize]:** | Yes | Activated By: | |
| | | **Weekly Stucky Verification Completed:** | |
| **Amortize Loans (Reduction Schedule)** | | By: | |
| | | Date: | |
| | | **Papershell Set-Up Completed:** | |
| | | By: | |
| | | Date: | |

| | Date Prepared: | 29-Jul-16 |
|---|---|---|

# ADVANCE / PARTICIPATION CERTIFICATE
*(to be completed by deal analysts)*

## FACILITY INFORMATION

| | | | | |
|---|---|---|---|---|
| **Title of Loan/Credit Agreement:** | Contrato de Línea de Crédito Para la Prefinanciación de Exportaciones | | | |
| **Maximum Facility Amount (Limit):** | $50,000,000.00 | **Originator**<br>(Specify): | TOF - BV | |
| **Facility Type:** | Revolving Credit-Uncommitted | **Off taker Name(s):** | To be determined | |
| **Date of Loan/Credit Agreement:**<br>*(Date of Amendments- if applicable)* | 21-Dec-09<br>3/15/10-4/13/10-11/29/10-8/1/11-9/21/11-<br>4/20/12-8/21/14-8/28/14-1/28/16-7/29/16 | **Commodity/Industry Sector:**<br>(Specify): | Other (please specify)<br>Powdered Milk | |
| **Maturity Date:** | 29-Jul-19 | **Trust:** | Fideicomiso de Garantia Sancor IIG TOF BV | |
| **Borrower:** | SANCOR COOP UNIDAS LTD | **Trustee / Administrator:** | Banco de Servicio y Transacciones S.A. | |
| **Fee Type**<br>(Specify): | None | **Collateral Manager:** | Control Union | |
| | | **Broker/Representative/Agent:** | DBA | |
| *Fee Amount (Fixed$/Percentage):*<br>*Frequency of Fee:*<br>(Specify): | None | **Investment Structure:** | Pre-Export (PEF) | |

## PARTICIPATION INTEREST INFORMATION

| | | | |
|---|---|---|---|
| **Type of Participation:** | Strip participation | **Date of Advance / Purchase:** | 29-Jul-16 |
| **Type of Advance:** | Discount Instrument | **Maturity Date(s) Applicable to Adv/Participation:**<br>(Specify): | Specified below<br>29-Jul-19 |
| **Off taker Name:** | To be determined | **No. of Days:** | 1,095 |
| **Old Loan #  (Loan to be Purchased):**<br>(Specify): | N/A (advance of new funds to borrower) | **Nominal Amount (Expected Maturity Value):** | $662,196.88 |
| | | **Discount Rate:** | 75.5062% |
| **Seller**<br>(Specify): | TOF - BV | **Advance Amount / Purchase Price:** | $500,000.00 |
| **Purchaser**<br>(Specify): | Other (specified below)<br>IIG Bank (Malta) Ltd. | **Repayment Terms:** | Amortization |
| | | **New Loan # (Assigned Upon Advance / Purchase):**<br>(Specify): | Specified below<br>SANCDC |

### COUNTRIES

| | | | |
|---|---|---|---|
| **Risk Country:** | New Zealand | **Specific Loan Colateral**<br>(Specify): | Specified below<br>Assigment of Export contracts under Master Agreement |
| *Origin:*<br>(Specify): | Argentina | **Participation Fee:** | $0.00 |
| *Destination:*<br>(Specify): | Other (specified below)<br>VARIOUS | **Servicing Fee:** | $0.00 |

### INTEREST RATE DETAILS

| | |
|---|---|
| **Reference Rate:** | Fixed Rate (Fixed) |
| **Spread**  *(Interest Rate)* | 0.000% |
| **Base Interest Rate at Initial Draw:** | 10.67% |
| **Total Rate:** | 10.67% |
| **Reset Rate:** | None |
| Ceiling *(Maximum Rate):* | N/A |
| Floor *(Minimum Rate):* | 10.67% |
| Payment Frequency: | Quarterly |
| **Payment Method:** | Pays Interest Quarterly |

### AUTHORIZED SIGNATORIES - FOR PARTICIPATIONS ONLY

*Each of Seller and Purchaser, by the respective authorized signature below, as such party's respective authorized representative as of the Date of Purchase first above written, hereby agrees to the sale and purchase of the participation interest described herein:*

**Seller**

**Purchaser**

*(Note:  The following acknowledgement signature must also be obtained if Originator is not the Seller or the Purchaser.)*
*Originator, by the authorized signature below, as its authorized representative as of the Date of Purchase first above written, hereby acknowledges the sale and purchase from the Seller to the Purchaser herein of the participation interest described herein:*

**Originator**

Richard Cadena
Senior Director
IIG Trade Finance LLC

Seller represents to Purchaser that any copies provided by Seller to Purchaser of Financing Documents in respect of the Loan/Credit Agreement set forth herein constitute true copies of said Financing Documents. If applicable, this advance or participation complies with applicable fund investment guidelines, and IIG has discretionary authority to execute this advance or participation.
This document constitutes an "Advance / Participation Certificate" (as defined under that certain relevant Master Participation Agreement ("MPA"), as currently in effect, between or among Seller and Purchaser, with regard to the Facility (as defined under the MPA) referenced in this Certificate. Nothing herein shall modify or amend any terms or conditions of any Financing Document (as defined under the MPA).

Client  total outstanding : 36,623,539.05
Malta's participation percentage on total facility:    5.44%
Facility restructure: Interest payment in a quarterly basis. Principal to be repaid on 8 equal quarterly payments for $62,500.00 starting October 29, 2017.

| *Operations Only* | | | | |
|---|---|---|---|---|
| *Region:* | IIG Bank (Malta) Ltd. | **Operations Analyst:** | RC/CP | |
| *Office:* | | | | |
| *Branch:* | IIG TOF BV | **Manager:** *(Initial)* | CRC | |
| **GL Code (TOF/TFP/MALTA - Discount):** | 7 | **Deal Analyst:** *(Initial)* | RG | |
| **GL Code (SPV):** | | | | |
| **GL Code (TOF/TFP - ABL):** | | *Entered in Stucky by (initial):* | AZ | |
| | | *Date:* | 29-Jul-16 | |
| Compute [Capitalize Interest]: | | *Loan #:* | SANCDC | |
| Accrue & Compute [Does not Capitalize]: | Yes | *Activated By:* | | |
| | | **Weekly Stucky Verification Completed:** | | |
| Amortize Loans (Reduction Schedule) | | By: | | |
| | | Date: | | |
| | | **Papershell Set-Up Completed:** | | |
| | | By: | | |
| | | Date: | | |

# ADVANCE / PARTICIPATION CERTIFICATE
*(to be completed by deal analysts)*

| | |
|---|---|
| Date Prepared: | 29-Jul-16 |

## FACILITY INFORMATION

| | | | |
|---|---|---|---|
| Title of Loan/Credit Agreement | Contrato de Línea de Crédito Para la Prefinanciación de Exportaciones | | |
| Maximum Facility Amount (Limit): | $50,000,000.00 | Originator (Specify): | TOF - BV |
| Facility Type: (Specify): | Revolving Credit-Uncommitted | Off taker Name(s): | To be determined |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 21-Dec-09 / 3/15/10-4/13/10-11/29/10-8/1/11-9/21/11-4/20/12-8/21/14-8/28/14-1/28/16-7/29/16 | Commodity/Industry Sector: (Specify): | Other (please specify) / Powdered Milk |
| Maturity Date: | 29-Jul-19 | Trust : | Fideicomiso de Garantia Sancor IIG TOF BV |
| Borrower: | SANCOR COOP UNIDAS LTD | Trustee / Administrator: | Banco de Servicio y Transacciones S.A. |
| Fee Type (Specify) | None | Collateral Manager: | Control Union |
| Fee Amount (Fixed$/Percentage): Frequency of Fee: (Specify): | None | Broker/Representative/Agent: | DBA |
| | | Investment Structure: | Pre-Export (PEF) |

## PARTICIPATION INTEREST INFORMATION

| | | | |
|---|---|---|---|
| Type of Participation: | Strip participation | Date of Advance / Purchase: | 29-Jul-16 |
| Type of Advance: | Discount Instrument | Maturity Date(s) Applicable to Adv/Participation: (Specify): | Specified below / 29-Jul-19 |
| Off taker Name: | To be determined | No. of Days: | 1,095 |
| Old Loan # (Loan to be Purchased): (Specify): | N/A (advance of new funds to borrower) | Nominal Amount (Expected Maturity Value): | $1,324,393.75 |
| | | Discount Rate: | 75.5062% |
| Seller (Specify): | TOF - BV | Advance Amount / Purchase Price: | $1,000,000.00 |
| | | Repayment Terms: | Amortization |
| Purchaser (Specify): | Other (specified below) / IIG Bank (Malta) Ltd. | New Loan # (Assigned Upon Advance / Purchase): (Specify): | Specified below / SANCDD |

### COUNTRIES

| | | | |
|---|---|---|---|
| Risk Country: | New Zealand | Specific Loan Colateral | Specified below / Assigment of Export contracts under Master Agreement |
| Origin: (Specify): | Argentina | Participation Fee: | $0.00 |
| Destination: (Specify): | Other (specified below) / VARIOUS | Servicing Fee: | $0.00 |

### INTEREST RATE DETAILS

#### AUTHORIZED SIGNATORIES - FOR PARTICIPATIONS ONLY

*Each of Seller and Purchaser, by the respective authorized signature below, as such party's respective authorized representative as of the Date of Purchase first above written, hereby agrees to the sale and purchase of the participation interest described herein:*

Seller

Purchaser

Richard Cadena
Senior Director
IIG Trade Finance LLC

*(Note: The following acknowledgement signature must also be obtained if Originator is not the Seller or the Purchaser.)*
*Originator, by the authorized signature below, as its authorized representative as of the Date of Purchase first above written, hereby acknowledges the sale and purchase from the Seller to the Purchaser herein of the participation interest described herein:*

Originator

| | |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| Spread (Interest Rate) | 0.000% |
| Base Interest Rate at Initial Draw: | 10.67% |
| Total Rate: | 10.67% |
| Reset Date | None |
| Ceiling (Maximum Rate): | N/A |
| Floor (Minimum Rate): | 10.67% |
| Interest / Reset Frequency: | Quarterly |
| Payment Method: | Pays Interest Quarterly |

Seller represents to Purchaser that any copies provided by Seller to Purchaser of Financing Documents in respect of the Loan/Credit Agreement set forth herein constitute true copies of said Financing Documents. If applicable, this advance or participation complies with applicable fund investment guidelines, and IIG has discretionary authority to execute this advance or participation.
This document constitutes an "Advance / Participation Certificate" (as defined under that certain relevant Master Participation Agreement ("MPA"), as currently in effect, between or among Seller and Purchaser, with regard to the Facility as defined under the MPA) referenced in this Certificate. Nothing herein shall modify or amend any terms or conditions of any Financing Document (as defined under the MPA).

| |
|---|
| Client total outstanding : 36,623,539.05 |
| Malta's participation percentage on total facility: 5.44% |
| Facility restructure: Interest payment in a quarterly basis. Principal to be repaid on 8 equal quarterly payments for $125,000.00 starting October 29, 2017. |

### Operations Only

| | | | |
|---|---|---|---|
| Region: | IIG Bank (Malta) Ltd. | Operations Analyst: | RC/CP |
| Office: | | Manager:_____(Initial) | CRC |
| Branch: | IIG TOF BV | Deal Analyst:_____(Initial) | RG |
| GL Code (TOF/TFP/MALTA - Discount): | 7 | Entered in Stucky by (Initial): | AZ |
| GL Code (SPV): | | Date: | 29-Jul-16 |
| GL Code (TOF/TFP – ABL): | | Loan #: | SANCDD |
| Compute [Capitalize Interest]: | | Activated By: | |
| Accrue & Compute [Does not Capitalize]: | Yes | Weekly Stucky Verification Completed: | |
| Amortize Loans (Reduction Schedule) | | By: | |
| | | Date: | |
| | | Papershell Set-Up Completed: | |
| | | By: | |
| | | Date: | |

| Date Prepared: | 29-Jul-16 |
|---|---|

# ADVANCE / PARTICIPATION CERTIFICATE
(to be completed by deal analysts)

## FACILITY INFORMATION

| | | | |
|---|---|---|---|
| Title of Loan/Credit Agreement: | Contrato de Línea de Crédito Para la Prefinanciación de Exportaciones | | |
| Maximum Facility Amount (Limit): | $50,000,000.00 | Originator (Specify): | TOF - BV |
| Facility Type: (Specify) | Revolving Credit-Uncommitted | Off taker Name(s): | FONTERRA COOP GROUP |
| Date of Loan/Credit Agreement: (Date of Amendments- if applicable) | 21-Dec-09 3/15/10-4/13/10-11/29/10-8/1/11-9/21/11- 4/20/12-8/21/14-8/28/14-1/28/16-7/29/16 | Commodity/Industry Sector: (Specify) | Other (please specify) Powdered Milk |
| Maturity Date: | 29-Jul-19 | Trust : | Fideicomiso de Garantia Sancor IIG TOF BV |
| Borrower: | SANCOR COOP UNIDAS LTD | Trustee / Administrator: | Banco de Servicio y Transacciones S.A. |
| Fee Type (Specify) | None | Collateral Manager: | Control Union |
| | | Broker/Representative/Agent: | DBA |
| Fee Amount (Fixed$/Percentage): Frequency of Fee: (Specify) | None | Investment Structure: | Pre-Export (PEF) |

## PARTICIPATION INTEREST INFORMATION

| | | | |
|---|---|---|---|
| Type of Participation: | Strip participation | Date of Advance / Purchase: | 29-Jul-16 |
| Type of Advance: | Discount Instrument | Maturity Date(s) Applicable to Adv/Participation: (Specify): | Specified below 29-Jul-19 |
| Off taker Name: | FONTERRA COOP GROUP | No. of Days: | 1,095 |
| Old Loan # (Loan to be Purchased): (Specify) | N/A (advance of new funds to borrower) | Nominal Amount (Expected Maturity Value): | $652,926.12 |
| | | Discount Rate: | 75.5062% |
| Seller (Specify) | TOF - BV | Advance Amount / Purchase Price: | $493,000.00 |
| | | Repayment Terms: | Amortization |
| Purchaser (Specify) | Other (specified below) IIG Bank (Malta) Ltd. | New Loan # (Assigned Upon Advance / Purchase): (Specify) | Specified below SANCDB |

### COUNTRIES

| | | | |
|---|---|---|---|
| Risk Country: | New Zealand | Specific Loan Colateral (Specify) | Specified below Assigment of Export contracts under Master Agreement |
| Origin: (Specify) | Argentina | Participation Fee: | $0.00 |
| Destination: (Specify) | Other (specified below) VARIOUS | Servicing Fee: | $0.00 |

### INTEREST RATE DETAILS

### AUTHORIZED SIGNATORIES - FOR PARTICIPATIONS ONLY

*Each of Seller and Purchaser, by the respective authorized signature below as such party's respective authorized representative as of the Date of Purchase first above written, hereby agrees to the sale and purchase of the participation interest described herein:*

Seller

Purchaser

*(Note: The following acknowledgement signature must also be obtained if Originator is not the Seller to the Purchaser.)*
*Originator, by the authorized signature below, as its authorized representative as of the Date of Purchase first above written, hereby acknowledges the sale and purchase from the Seller to the Purchaser herein of the participation interest described herein:*

Originator

Richard Cadena
Senior Director
IIG Trade Finance LLC

| | |
|---|---|
| Reference Rate: | Fixed Rate (Fixed) |
| Spread  (Interest Rate) | 0.000% |
| Base Interest Rate at Initial Draw: | 10.67% |
| Total Rate: | 10.67% |
| Reset Date | None |
| Ceiling  (Maximum Rate): | N/A |
| Floor  (Minimum Rate): | 10.67% |
| Interest / Reset Frequency: | Quarterly |
| Payment Method: | Pays Interest Quarterly |

Seller represents to Purchaser that any copies provided by Seller to Purchaser of Financing Documents in respect of the Loan/Credit Agreement set forth herein constitute true copies of said Financing Documents. If applicable, this advance or participation complies with applicable fund investment guidelines, and IIG has discretionary authority to execute this advance or participation. This document constitutes an "Advance / Participation Certificate" (as defined under that certain relevant Master Participation Agreement ("MPA"), as currently in effect, between or among Seller and Purchaser, with regard to the Facility (as defined under the MPA) referenced in this Certificate. Nothing herein shall modify or amend any terms or conditions of any Financing Document (as defined under the MPA).

Client  total outstanding : 36,623,539.05
Malta's participation percentage on total facility:    5.44%
Facility restructure: Interest payment in a quarterly basis. Principal to be repaid on 8 equal quarterly payments for $61,625.00 starting October 29, 2017.

| Operations Only | | | |
|---|---|---|---|
| Region: | IIG Bank (Malta) Ltd. | Operations Analyst: | RC/CP |
| Office: | | | |
| Branch: | IIG TOF BV | Manager:_____(Initial) | CRC |
| GL Code (TOF/TFP/MALTA - Discount): | 7 | Deal Analyst:_____(Initial) | RG |
| GL Code (SPV): | | | |
| GL Code (TOF/TFP - ABL): | | Entered in Stucky by (Initial): | AZ |
| | | Date: | 29-Jul-16 |
| Compute [Capitalize Interest]: | | Loan #: | SANCDB |
| Accrue & Compute [Does not Capitalize]: | Yes | Activated By: | |
| | | Weekly Stucky Verification Completed: | |
| Amortize Loans (Reduction Schedule) | | By: | |
| | | Date: | |
| | | Papershell Set-Up Completed: | |
| | | By: | |
| | | Date: | |