```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
SECURITIES AND EXCHAGE COMMISSION,      :
                                        :
                  Plaintiff,            :    19cv10796 (DLC)
                                        :
              -v-                       :    ORDER
                                        :
INTERNATIONAL INVESTMENT GROUP, LLC,    :
                                        :
                  Defendant.            :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On April 17, 2020, non-parties Girobank, N.V. and Girobank International, N.V. (together, "Girobank") opposed the April 8 application of non-parties IIG Structured Trade Finance, Ltd. ("STFF") and IIG Global Trade Finance Fund Ltd. ("GTFF") for an Order, under this Court's ancillary jurisdiction, directing certain distributions.  Accordingly, it is hereby

ORDERED that any reply is due **April 24, 2020**.

Dated:   New York, New York
         April 20, 2020

                              _____
                                      DENISE COTE
                              United States District Judge