UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SECURITIES AND EXCHANGE COMMISSION, :
:
             Plaintiff, :
:   Case No.: 19-CV-10796) (DLC)
       -against- :
:
INTERNATIONAL INVESTMENT GROUP LLC, :   **DECLARATION OF**
:   **DAVID HU**
            Defendant. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DAVID HU** declares as follows:

1.    I am a Partner of International Investment Group LLC ("IIG")

2.    I am personally familiar with the facts set forth herein. The purpose of this declaration is to provide information in support of the request of IIG Structured Trade Finance Fund Ltd. ("STFF") and IIG Global Trade Finance Fund Ltd. ("GTFF") for an order directing the distribution of certain funds held in the Collection Account for Forestal Rio Calle Calle to STFF and GTFF (the "FRCC Letter") [ECF #110]. Capitalized terms used herein, if not separately defined, shall have the meanings assigned to such terms in the FRCC Letter,

3.    Annexed hereto as Exhibit 1 is a true and correct copy of the organizational chart for International Investment Group LLC and its affiliates and subsidiaries. As shown on Exhibit 1, both IIG Capital LLC and Trade Finance Trust were under the common control of myself and Martin Silver.

4.    The Collection Account for the loans extended by IIG Capital to FRCC was maintained at an account at Bank Leumi in the name of Trade Finance Trust – Forestal Rio Calle Calle S.A. because IIG Capital preferred for the funds to be paid into that account for tax-related purposes. IIG Capital and FRCC had previously utilized a collection account in the name of Trade Finance Trust for the benefit of Forestal Rio Calle Calle S.A. at Deutsche Bank; when IIG closed all of its collection accounts at Deutsche Bank and moved them to Bank Leumi, the Collection Account for FRCC was established.

I declare under penalties of perjury under the laws of the United States of America that the foregoing is true and correct. Executed as of this 24th day of April 2020.

_____
David Hu

## **EXHIBIT 1**

# IIG Group Companies and Proprietary Fund Clients and Affiliates — 04/30/2019



- – – – Denotes Investment Advisory Agreement
- — · · — Denotes Sub-Advisory Agreement
- ············ Serves as Administrator

1. Per regulation, the Bank's CEO also holds one B Class Share that is non-voting, non-participating.
2. IIG has been engaged by TriLinc Advisors International, Ltd., the Advisor to the Fund, to act as Sub-Advisor.
3. Entity will be shuttered following full repayment of the IDB/OFID credit line.
4. TOF owns 100% of the Preference Shares. The Ordinary Shares are held by MaplesFS (Cayman).

**Inactive Companies**
Horizon Asset Management, LLC (New York)
The IIG Companies LLC (Delaware)