```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
 SECURITIES AND EXCHAGE COMMISSION,       :
                                         :
                     Plaintiff,           :      19cv10796 (DLC)
                                         :
                -v-                       :      ORDER
                                         :
 INTERNATIONAL INVESTMENT GROUP, LLC,     :
                                         :
                     Defendant.           :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

On April 24, 2020, non-parties Girobank, N.V. and Girobank International, N.V. (together, "Girobank") opposed the April 16 application of non-parties IIG Structured Trade Finance, Ltd. ("STFF") and IIG Global Trade Finance Fund Ltd. ("GTFF") for an Order, under this Court's ancillary jurisdiction, directing certain distributions.  Girobank also opposed the April 20 application of non-party TriLinc Global Impact Fund -- Trade Finance, Ltd. ("TriLinc"), for an Order, under this Court's ancillary jurisdiction, directing certain distributions.  On April 24, Bank Leumi USA ("Bank Leumi") objected to the April 16 application of STFF and GTFF and the April 20 application of TriLinc to the extent they seek an Order that would require Bank Leumi to disburse funds in excess of the current account balances.  Accordingly, it is hereby

ORDERED that any reply to the April 24 submissions of Girobank and Bank Leumi is due **May 1, 2020.**

Dated:   New York, New York
         April 27, 2020

                         _____
                                 DENISE COTE
                       United States District Judge