```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
SECURITIES AND EXCHANGE COMMISSION,       :
                                          :
                          Plaintiff,      :   19cv10796 (DLC)
              -v-                         :
                                          :       ORDER
INTERNATIONAL INVESTMENT GROUP, LLC,      :
                                          :
                          Defendant.      :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

On August 7, 2024, the plaintiff filed a motion for an order directing payment of funds to partially satisfy the judgment in this case. Accordingly, it is hereby

ORDERED that the plaintiff shall file a proposed order by **August 14, 2024.**

Dated:   New York, New York
         August 7, 2024

_____
DENISE COTE
United States District Judge