```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
SECURITIES AND EXCHANGE COMMISSION,       :    19cv10796(DLC)
                                          :
                    Plaintiff,            :        ORDER
                                          :
              -v-                         :
                                          :
INTERNATIONAL INVESTMENT GROUP, LLC,      :
                                          :
                    Defendant.            :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

On August 7, 2024, plaintiff Securities and Exchange Commission ("Commission") moved for an order directing the turnover of funds from a bank account associated with defendant International Investment Group, LLC. The Commission submitted a proposed order on August 9. On August 12 and August 13, interested parties Girobank, N.V., Girobank International N.V., IIG Global Trade Finance Fund, and IIG Structured Trade Finance Fund submitted letters asserting they are entitled to pro rata distributions of any funds obtained by the Commission pursuant to a turnover order. The turnover order was issued on August 14. Accordingly, it is hereby

ORDERED that the Commission shall respond to the issues

raised in the interested parties' letters of August 12 and August 13 by **August 30, 2024.**

SO ORDERED:

Dated:   New York, New York
         August 16, 2024

_____
DENISE COTE
United States District Judge

2